## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RUN DTC LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:25-cv-15648 |
| v. | ) | |
| | ) | |
| PROCAPS LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DEFENDANT PROCAPS LABORATORIES, INC.'S
## NOTICE OF REMOVAL

Defendant ProCaps Laboratories, Inc. ("ProCaps" or "Defendant"), by and through its counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Circuit Court of the Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and states the following in support thereof:

### State Court Action

1.      On or about November 21, 2025, Plaintiff RunDTC LLC ("RunDTC" or "Plaintiff") commenced an action against ProCaps in the Circuit Court of Cook County, Illinois (the "State Court Action"). (*See* copies of all process, pleadings, and orders served upon the Defendant in the State Court Action, attached as **Exhibit 1**.)

2.      Plaintiff served the Complaint and Summons on ProCaps on November 25, 2025. (**Exhibit 2**, Affidavit of Service.)

3.      ProCaps has not yet served an answer to the Complaint.

### Grounds for Removal

4.     ProCaps removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, under the provisions of 28 U.S.C. § 1441(a), on the grounds that this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), there being diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeding $75,000.00.

5.     Because Plaintiff's citizenship is completely diverse from Defendant's citizenship, and because the amount in controversy exceeds $75,000.00, this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

6.     This Notice of Removal has been timely filed within thirty days of receipt by Defendant of a copy of the Complaint and Summons. *See* 28 U.S.C. § 1446(b)(1).

7.     ProCaps removes this matter to this Court in accordance with 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant [] to the district court of the United States for the district and division embracing the place where such action is pending."); *see also* 28 U.S.C. § 93(a)(1) (Cook County falls in the Eastern Division of the United States District Court for the Northern District of Illinois). However, ProCaps does not concede that this venue is the ultimate venue in which this litigation should be litigated. ProCaps instead intends to file a motion to transfer venue to either the District of Nevada (where ProCaps is domiciled) or the Central District of California (where RunDTC is domiciled) in accordance with, *inter alia*, 28 U.S.C. § 1404, 28 U.S.C. § 1406, and the first-to-file rule.

8.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being forwarded to counsel for Plaintiff, Richard E. Nawracaj, and this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County, Illinois.

**Citizenship of the Parties**

9.  In the following discussion, the statements as to the citizenship of each party, entity, and individual includes such citizenship on the date of this Notice of Removal and at the time the State Court Action was brought.

10.  Plaintiff RunDTC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business at 32565B Golden Lantern #480, Dana Point, California 92629.  (Ex. 1, Compl. ¶ 1.)

11.  Defendant ProCaps is a Nevada corporation with its principal place of business located at 430 Parkson Road, Henderson, Nevada 89011. (*Id.* ¶ 2.)

12.  Accordingly, this action is, both as of the time the State Court Action was brought and as of the instant Notice of Removal, between citizens of different states under 28 U.S.C. § 1332(a)(1).

**Amount in Controversy**

13.  According to the allegations on the face of the Complaint, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

14.  The amount in controversy generally is determined based on the sum demanded in good faith in the complaint. 28 U.S.C. § 1446(c)(2). In their Complaint in the State Court Action, Plaintiff states that it seeks an award of pecuniary damages of at least $542,793.55 plus interest and attorney fees. (Ex. 1, Compl. at 16, ¶ A.)

15.  Thus, pursuant to Plaintiff's allegations, the amount of pecuniary damages at issue exceeds the amount in controversy threshold of $75,000.00 in 28 U.S.C. § 1332(a).

16.  Therefore, for the reasons discussed above, the Complaint states on its face that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## Non-Waiver of Defenses

17.     By filing this Notice of Removal, Defendant expressly reserves, and does not waive, any and all defenses Defendant has or may have to Plaintiff's alleged causes of action asserted in the Complaint, and Defendant does not concede any of the allegations in Plaintiff's Complaint.

WHEREFORE, Defendant ProCaps Laboratories, Inc. removes the above-captioned action from the Circuit Court of Cook County, Illinois, and requests that further proceedings be conducted in this Court as provided by law.

Dated: December 24, 2025

Respectfully submitted,

By: */s/ Joshua W. Mahoney*

Patrick J. Reilly
    (*application for admission forthcoming*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 464-7033
preilly@bhfs.com

Joshua W. Mahoney
BARACK FERRAZZANO KIRSCHBAUM &
    NAGELBERG LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
(312) 984-3100
(312) 984-3150 (facsimile)
joshua.mahoney@bfkn.com

Attorneys for ProCaps Laboratories, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on December 24, 2025, a true and correct copy of the foregoing Notice of Removal was transmitted via e-mail and U.S. mail to the following:

Richard E. Nawracaj
Law Offices of Richard E. Nawracaj
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606
Telephone: (312) 803-4837
Fax: (312) 87304640
Email:  rich.nawracaj@nawracaj-law.com
Attorney No. 45811

By: */s/ Joshua W. Mahoney*