# EXHIBIT 1

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,R,X) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 1/20/2026 9:15 AM

**FILED**
11/21/2025 12:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014463
Calendar, N
35472810

(12/01/24) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RunDTC LLC

v.

Procaps Laboratories, Inc.

No. _____

FILED DATE: 11/21/2025 12:44 PM   2025L014463

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ❑ Yes ❑ No

### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:
- ❑ 027 Motor Vehicle
- ❑ 040 Medical Malpractice
- ❑ 047 Asbestos
- ❑ 048 Dram Shop
- ❑ 049 Product Liability
- ❑ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ❑ 052 Railroad/FELA
- ❑ 053 Pediatric Lead Exposure
- ❑ 061 Other Personal Injury/Wrongful Death
- ❑ 063 Intentional Tort
- ❑ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ❑ 065 Premises Liability
- ❑ 078 Fen-phen/Redux Litigation
- ❑ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:
- ❑ 007 Confessions of Judgment
- ❑ 008 Replevin
- ❑ 009 Tax
- ❑ 015 Condemnation
- ❑ 017 Detinue
- ❑ 029 Unemployment Compensation
- ❑ 031 Foreign Transcript
- ❑ 036 Administrative Review Action
- ❑ 085 Petition to Register Foreign Judgment
- ❑ 099 All Other Extraordinary Remedies

By: Richard E. Nawracaj, Esq.

(Attorney)          (Pro Se)

(FILE STAMP)

### COMMERCIAL LITIGATION

CASE TYPES:
- ☒ 002 Breach of Contract
- ❑ 070 Professional Malpractice
  (other than legal or medical)
- ❑ 071 Fraud (other than legal or medical)
- ❑ 072 Consumer Fraud
- ❑ 073 Breach of Warranty
- ❑ 074 Statutory Action
  (Please specify below.**)
- ❑ 075 Other Commercial Litigation
  (Please specify below.**)
- ❑ 076 Retaliatory Discharge

### OTHER ACTIONS

CASE TYPES:
- ❑ 062 Property Damage
- ❑ 066 Legal Malpractice
- ❑ 077 Libel/Slander
- ❑ 079 Petition for Qualified Orders
- ❑ 084 Petition to Issue Subpoena
- ❑ 100 Petition for Discovery

** Law Offices of Richard E. Nawracaj, P.C.

155 N. Wacker Drive, Suite 4250, Chicago, Illinois 60606

Primary Email: rich.nawracaj@nawracaj-law.com

Secondary Email: _____

Tertiary Email: _____

**Pro Se Only:** ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

## Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
Page 1 of 1

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In person.

All other Law Division Initial Case Management Dates will be heard via Zoom

For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12

Court Date: 1/20/2026 9:15 AM

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# SUMMONS

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

FILED
11/21/2025 12:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014463
Calendar, N
35472810

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Run DTC LLC
*Who started the case.*                    *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Procaps Laboratories, Inc.
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

_____
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

> **For the person filling out this form: Read all instructions in this box.**
>
> This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.
>
> Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.
>
> - Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
>
> - Use a **30-day summons** for most other case types.
>
> Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
>
> **If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J. Daley Center, 50 W. Washington Street, Room 801, Chicago, Illinois 60602
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*            *Time*                        *Courtroom Number*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

ATJ 1503.8                          Page 1 of 6                          (08/25)

Case Number _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<div style="margin-left:2em"><em>Courtroom Address</em>                              <em>Courtroom Number</em></div>

☐ **Remotely** (video or telephone)

**By video conference** at: _____
<div style="margin-left:2em"><em>Video Conference Website</em></div>

Log-in information: _____
<div style="margin-left:2em"><em>Video Conference Log-in Information, Meeting ID, Password, etc.</em></div>

**By telephone** at: _____
<div style="margin-left:2em"><em>Call-in Number for Telephone Remote Appearance</em></div>

To find out more about remote court options:

Phone: _____ or Website: _____
<div style="margin-left:2em"><em>Circuit Clerk's Phone Number</em>                 <em>Website URL</em></div>

_____         _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 542,793.55_____.
<div style="text-align:right"><em>(Enter 0 if you are not asking for money)</em></div>

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes   ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
<div style="margin-left:4em"><em>Number</em></div>

b. First Defendant/Respondent's **primary address/information** for service:

Name: Procaps Laboratories, Inc._____
<div style="margin-left:2em"><em>First, Middle, and Last Name, or Business Name</em></div>

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Andrew Lessman, Registered Agent_____
<div style="margin-left:2em"><em>First, Middle, and Last Name</em></div>

Street Address: 430 Parkson Road_____
<div style="margin-left:4em"><em>Street, Apt #</em></div>

City, State, ZIP: Henderson_____     Nevada_____     89011____
<div style="margin-left:6em"><em>City</em>                              <em>State</em>              <em>Zip</em></div>

Telephone: _____   Email: _____

FILED DATE: 11/21/2025 12:44 PM   2025L014463

Case Number _____

**c.** **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
<span style="padding-left:2em">*Street, Apt #*</span>

City, State, ZIP: _____
<span style="padding-left:2em">*City*</span>         *State*        *Zip*

Telephone: _____ Email: _____

**d.** Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
<span style="padding-left:4em">*County & State*</span>



---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Law Offices of Richard E. Nawracaj _____
<span style="padding-left:2em">*First, Middle and Last Name*</span>

Registered Agent's name, if any Richard E. Nawracaj _____
<span style="padding-left:8em">*First, Middle and Last Name*</span>

Street Address 155 North Wacker Drive, Suite 4250 _____
<span style="padding-left:6em">*Street, Apt #*</span>

City, State, ZIP: Chicago       IL       60606
<span style="padding-left:8em">*City*</span>        *State*       *Zip*

Telephone: (773) 255-4541       Email: rich.nawracaj@nawracaj-law.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP**   The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____

11/21/2025 12:44 PM Mariyana T. Spyropoulos
Clerk of the Court: _____

*Seal of Court*

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○ If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○ If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.

   ■ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.

○ Fill in the date above and give this copy of the *Summons* to the person served.

○ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 11/21/2025 12:44 PM   2025L014463

*Case Number* _____



## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions:
ilcourts.info/how-to-summons.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 11/21/2025 12:44 PM   2025L014463

FILED DATE: 11/21/2025 12:44 PM   2025L014463

*Case Number* _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook _____
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Run DTC LLC _____
*Who started the case.*                    *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Procaps Laboratories, Inc. _____

*Who the case was filed against.*

_____

_____
*First, Middle, and Last Name, or Business Name*

_____

**Case Number**

🛑 **STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
                    *Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
                    *First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
    Name of person served: _____
                            *First, Middle, Last Name*
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

    address on this date: _____ .

FILED DATE: 11/21/2025 12:44 PM  2025L014463

*Case Number* _____

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____  Print Your Name _____

You are: ☐ Sheriff in Illinois                          ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                        *County and State*                                                    *License number*

**FEES:**

Service and Return: $_____  Miles: $_____  Total: $_____

Law Division Motion Section Initial Case Management Dates for CALENDARS (A, B, C, D, E, F, H, R, X, Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 1/20/2026 9:15 AM

FILED
11/21/2025 12:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014463
Calendar, N
35472810

FILED DATE: 11/21/2025 12:44 PM  2025L014463

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| RUNDTC LLC | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| | ) |
| PROCAPS LABORATORIES, INC. | ) |
| | ) |
| *Defendant* | ) |

**VERIFIED COMPLAINT**

Plaintiff, RunDTC LLC ("RunDTC"), by and through its attorneys, the Law Offices of Richard E. Nawracaj, P.C., for its Verified Complaint against Defendant, Procaps Laboratories, Inc. ("Procaps"), states as follows:

**PARTIES AND VENUE**

1.      RunDTC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business at 32565B Golden Lantern #480, Dana Point, California 92629.  RunDTC provides technology and related consulting services.

2.      Procaps is a corporation organized and existing under the laws of the State of Nevada with its principal place of business located at 430 Parkson Road, Henderson, Nevada 89011. Procaps sells vitamins and other dietary supplements.

3.      Venue is proper in Cook County, Illinois pursuant to 735 ILCS 5/2-1401.

**FACTS GIVING RISE TO THIS COMPLAINT**

4.      On November 16, 2023, RunDTC and Procaps executed a Professional Services Agreement (the "Professional Services Agreement") pursuant to which RunDTC agreed to provide certain technology related consulting services (collectively, "Services") to Procaps in exchange

FILED DATE: 11/21/2025 12:44 PM    2025L014463

for payment thereof.  A true and correct copy of the Professional Services Agreement is attached hereto and incorporated herein as <u>Exhibit A</u>.

5.      Concurrent with the execution of the Professional Services Agreement, RunDTC and Procaps executed Statement of Work #001 ("SOW #001"). A true and correct copy of SOW #001 is attached hereto and incorporated herein as <u>Exhibit B</u>.

6.      Pursuant to SOW #001, RunDTC agreed to provide Services on a time and materials basis with respect to enhancing the technology stack of Procaps in exchange for payment thereof, with such Services including: gathering and analyzing Procaps' requirements for subsequent projects; planning for such subsequent projects; the commencement of the Shopify Plus implementation and migration  from Procaps' legacy PCLe platform; support for integration of third-party offerings into the Procaps' website; and "DevOps support" for code management and release processes (collectively, the "SOW #001 Services").

7.      Immediately after the execution of the Professional Services Agreement and SOW #001, RunDTC commenced the provision of the SOW #001 Services.

8.      In connection with the SOW #001 Services, RunDTC worked with many employees of Procaps including Kat Smith, Madison Samford, Tamara Winyard and John Gjonola. Such Procaps employees were fully aware of the scope and provision of the SOW #001 Services.

9.      RunDTC completed provision of the SOW #001 Services on or about February, 2024.

10.     RunDTC invoiced Procaps for the SOW #001 Services as follows: (a) $11,775.00 on Invoice No. 1231 dated December 2, 2023; (b) $1,800.00 on Invoice No. 1256 dated January 13, 2024; and (c) $4,128.75 on Invoice No. 1270 dated February 12, 2024.

11.     Procaps paid all amounts for the SOW #001 Services in full and without any dispute whatsoever.

FILED DATE: 11/21/2025 12:44 PM   2025L014463

12.     Pursuant to Section 3 of the Professional Services Agreement, all Deliverables (as defined therein) are deemed to have been accepted by Procaps unless it provides RunDTC, within ten (10) business days from the receipt thereof, with written notice that specifies any material deficiencies in the applicable Deliverables.

13.     Procaps never provided RunDTC with any written notice of deficiency or rejection of any of the Deliverables developed in connection with the SOW #001 Services. All such Deliverables, therefore, were accepted by Procaps pursuant to the provisions of the Professional Services Agreement.

14.     Due to its satisfaction with the SOW #001 Services, Procaps negotiated and, on May 6, 2024, executed Statements of Work #002 - #006 with RunDTC.

15.     Pursuant to SOW #002, RunDTC agreed to provide Services on a fixed fee, milestone basis with respect to the iPaaS implementation for Procaps, with such Services including: developing, customizing and integrating the iPaaS as a middleware layer to address the specific business needs and systems of Procaps; launching the new iPaaS platform to support the enterprise business systems of Procaps; and providing the Procaps team with two (2) weeks of hypercare post-launch support (the "SOW #002 Services"). A true and correct copy of SOW #002 is attached hereto and incorporated herein as Exhibit C.

16.     RunDTC provided the SOW #002 Services to Procaps.

17.     In connection with the SOW #002 Services, RunDTC worked with many employees of Procaps including Kat Smith, Madison Samford and John Gjonola. Such Procaps employees were fully aware of the scope and provision of the SOW #002 Services.

18.     RunDTC invoiced Procaps for the SOW #002 Services as follows: (a) $95,627.00 on Invoice No. 1320 dated May 17, 2024; (b) $95,627.00 on Invoice No. 1350 dated August 8, 2024; and (c) $95,627.00 on Invoice No. 1379 dated September 25, 2024.

FILED DATE: 11/21/2025 12:44 PM    2025L014463

19.     Procaps paid all amounts for the SOW #002 Services in full and without any dispute whatsoever.

20.     Procaps never provided RunDTC with any written notice of deficiency or rejection of any of the Deliverables developed in connection with the SOW #002 Services pursuant to Section 3 of the Professional Services Agreement. All such Deliverables, therefore, were accepted by Procaps pursuant to the provisions of the Professional Services Agreement.

21.     Pursuant to SOW #003, RunDTC agreed to provide Services on a fixed fee, milestone basis with respect to the Salesforce Service Cloud implementation for Procaps, with such Services including: customizing and integrating Salesforce Service Cloud to address the defined business needs of Procaps; and providing the Procaps team business support to use the new platform at launch thereof (the "SOW #003 Services"). A true and correct copy of SOW #003 is attached hereto and incorporated herein as Exhibit D.

22.     RunDTC provided the SOW #003 Services to Procaps.

23.     In connection with the SOW #003 Services, RunDTC worked with many employees of Procaps including Kat Smith, Madison Samford, Tamara Winyard, John Gjonola. Such Procaps employees were fully aware of the scope and provision of the SOW #003 Services.

24.     RunDTC invoiced Procaps for the SOW #003 Services as follows: (a) $92,376.00 on Invoice No. 1320 dated May 17, 2024; (b) $92,376.00 on Invoice No. 1340 dated July 7, 2024; (c) $92,376.00 on Invoice No. 1364 dated September 6, 2024; (d) $92,376.00 on Invoice No. 1429 dated December 21, 2024; and (e) $92,376.00 on Invoice No. 1446 dated January 22, 2025.

25.     Although Procaps received all the invoices for the SOW #003 Services, it failed to pay Ninety-Two Thousand Three Hundred Seventy-Six and 00/100 Dollars ($92,376.00) for the SOW #003 Services as set forth on Invoice Number 1429 and Ninety-Two Thousand Three

FILED DATE: 11/21/2025 12:44 PM   2025L014463

Hundred Seventy-Six and 00/100 Dollars ($92,376.00) for the SOW #003 Services as set forth on Invoice Number 1446.

26. Pursuant to the Professional Services Agreement, Invoice Number 1429 and Invoice Number 1446 were deemed accepted and approved unless disputed, in writing, by Procaps within five (5) days of receipt thereof. *See* Section 2.1 of the Professional Services Agreement.

27. Invoice Number 1429 was received by Procaps on December 21, 2024. Accordingly, pursuant to Section 2.1 of the Professional Services Agreement, Procaps had until December 26, 2024 to dispute, in writing, any amounts therein.

28. Procaps did not provide RunDTC with a written dispute of any amounts set forth in Invoice 1429 by December 26, 2024. Therefore, pursuant to Section 2.1 of the Professional Services Agreement, all amounts set forth therein – including the Ninety-Two Thousand Three Hundred Seventy-Six and 00/100 Dollars ($92,376.00) for the SOW #003 Services – were deemed accepted and approved by Procaps.

29. Invoice Number 1446 was received by Procaps on January 22, 2025. Accordingly, pursuant to Section 2.1 of the Professional Services Agreement, Procaps had until January 27, 2025 to dispute, in writing, any amounts therein.

30. Procaps did not provide RunDTC with a written dispute of any amounts set forth in Invoice 1446 by January 27, 2025. Therefore, pursuant to Section 2.1 of the Professional Services Agreement, all amounts set forth therein – including the Ninety-Two Thousand Three Hundred Seventy-Six and 00/100 Dollars ($92,376.00) for the SOW #003 Services – were deemed accepted and approved by Procaps.

31. Procaps never provided RunDTC with any written notice of deficiency or rejection of any of the Deliverables developed in connection with the SOW #003 Services pursuant to

Section 3 of the Professional Services Agreement. All such Deliverables, therefore, were accepted by Procaps pursuant to the provisions of the Professional Services Agreement.

32. Pursuant to SOW #004, RunDTC agreed to provide Services on a fixed fee, milestone basis with respect to the Order Management Solution implementation for Procaps, with such Services including: customizing and integrating the Order Management Solution to address the defined business needs of Procaps; and providing the Procaps team business support to use the new platform after launch thereof (the "SOW #004 Services"). A true and correct copy of SOW #004 is attached hereto and incorporated herein as Exhibit E.

33. RunDTC provided the SOW #004 Services to Procaps.

34. In connection with the SOW #004 Services, RunDTC worked with many employees of Procaps including Kat Smith, Madison Samford and John Gjonola. Such Procaps employees were fully aware of the scope and provision of the SOW #004 Services.

35. RunDTC invoiced Procaps for the SOW #004 Services as follows: (a) $102,970.00 on Invoice No. 1320 dated May 17, 2024; (b) $102,970.00 on Invoice No. 1349 dated July 25, 2024; (c) $102,970.00 on Invoice No. 1364 dated September 6, 2024; and (d) $102,970.00 on Invoice No. 1429 dated December 21, 2024.

36. Although Procaps received all the invoices for the SOW #004 Services, it failed to pay One Hundred Two Thousand Nine Hundred Seventy and 00/100 Dollars ($102,970.00) for the SOW #004 Services as set forth on Invoice Number 1429.

37. Pursuant to the Professional Services Agreement, Invoice Number 1429 was deemed accepted and approved unless disputed, in writing, by Procaps within five (5) days from receipt thereof. *See* Section 2.1 of the Professional Services Agreement.

FILED DATE: 11/21/2025 12:44 PM   2025L014463

FILED DATE: 11/21/2025 12:44 PM   2025L014463

38.     Invoice Number 1429 was received by Procaps on December 21, 2024. Accordingly, pursuant to Section 2.1 of the Professional Services Agreement, Procaps had until December 26, 2024 to dispute, in writing, any amounts therein.

39.     Procaps did not provide RunDTC with a written dispute of any amounts set forth in Invoice 1429 by December 26, 2024. Therefore, pursuant to Section 2.1 of the Professional Services Agreement, all amounts set forth therein – including the One Hundred Two Thousand Nine Hundred Seventy and 00/100 Dollars ($102,970.00) for the SOW #004 Services – were deemed accepted and approved by Procaps.

40.     Procaps never provided RunDTC with any written notice of deficiency or rejection of any of the Deliverables developed in connection with the SOW #004 Services pursuant to Section 3 of the Professional Services Agreement. All such Deliverables, therefore, were accepted by Procaps pursuant to the provisions of the Professional Services Agreement.

41.     Pursuant to SOW #005, RunDTC agreed to provide Services on a fixed fee, milestone basis with respect to the Salsify implementation for Procaps, with such Services including: creating the appropriate data model template for Procaps to populate and import into Salsify; configuring the native Salsify platform to support Procaps data models; creating an integration to the Procaps Shopify sales channel; and testing and training Procaps personnel on the management of Salsify (the "SOW #005 Services"). A true and correct copy of SOW #002 is attached hereto and incorporated herein as Exhibit F.

42.     RunDTC provided the SOW #005 Services to Procaps.

43.     In connection with the SOW #005 Services, RunDTC worked with many employees of Procaps including Kat Smith, Madison Samford, Tamara Winyard and John Gjonola. Such Procaps employees were fully aware of the scope and provision of the SOW #005 Services.

7

44. RunDTC invoiced Procaps for the SOW #005 Services as follows: (a) $87,294.00 on Invoice No. 1320 dated May 17, 2024; (b) $87,293.00 on Invoice No. 1340 dated July 7, 2024; and (c) $87,294.00 on Invoice No. 1364 dated September 6, 2024.

45. Procaps paid all amounts for the SOW #005 Services in full and without any dispute whatsoever.

46. Procaps never provided RunDTC with any written notice of deficiency or rejection of any of the Deliverables developed in connection with the SOW #005 Services pursuant to Section 3 of the Professional Services Agreement. All such Deliverables, therefore, were accepted by Procaps pursuant to the provisions of the Professional Services Agreement.

47. Pursuant to SOW #006, RunDTC agreed to provide Services on a fixed fee, milestone basis with respect to the commerce solution implementation for Procaps, with such Services including: configuring and customizing various Shopify websites; installing and configuring any necessary apps; implementing new features and customizations, as necessary; and integrating third party solutions and customizing their integrations, as necessary (the "SOW #006 Services"). A true and correct copy of SOW #006 is attached hereto and incorporated herein as Exhibit G.

48. RunDTC provided the SOW #006 Services to Procaps.

49. In connection with the SOW #006 Services, RunDTC worked with many employees of Procaps including Kat Smith, Madison Samford, Heather Flash, Rick Barlow, and Roshan Dhakal. Such Procaps employees were fully aware of the scope and provision of the SOW #006 Services.

50. RunDTC invoiced Procaps for the SOW #006 Services as follows: (a) $86,776.00 on Invoice No. 1320 dated May 17, 2024; (b) $86,776.00 on Invoice No. 1349 dated July 25, 2024;

FILED DATE: 11/21/2025 12:44 PM    2025L014463

FILED DATE: 11/21/2025 12:44 PM    2025L014463

(c) $86,776.00 on Invoice No. 1379 dated September 25, 2024; (d) $86,776.00 on Invoice No. 1429 dated December 21, 2024; and (e) $86,776.00 on Invoice No. 1446 dated January 22, 2025.

51.     Although Procaps received all the invoices for the SOW #006 Services, it failed to pay Eighty-Six Thousand Seven Hundred Seventy-Six and 00/100 Dollars ($86,776.00) for the SOW #006 Services as set forth on Invoice Number 1429 and Eighty-Six Thousand Seven Hundred Seventy-Six and 00/100 Dollars ($86,776.00)for the SOW #006 Services as set forth on Invoice Number 1446.

52.     Pursuant to the Professional Services Agreement, Invoice Number 1429 and Invoice Number 1446 were deemed accepted and approved unless disputed, in writing, by Procaps within five (5) days from receipt thereof.  *See* Section 2.1 of the Professional Services Agreement.

53.     Invoice Number 1429 was received by Procaps on December 21, 2024. Accordingly, pursuant to Section 2.1 of the Professional Services Agreement, Procaps had until December 26, 2024 to dispute, in writing, any amounts therein.

54.     Procaps did not provide RunDTC with a written dispute of any amounts set forth in Invoice 1429 by December 26, 2024. Therefore, pursuant to Section 2.1 of the Professional Services Agreement, all amounts set forth therein – including the Eighty-Six Thousand Seven Hundred Seventy-Six and 00/100 Dollars ($86,776.00)for the SOW #006 Services – were deemed accepted and approved by Procaps.

55.     Invoice Number 1446 was received by Procaps on January 22, 2025. Accordingly, pursuant to Section 2.1 of the Professional Services Agreement, Procaps had until January 27, 2025 to dispute, in writing, any amounts therein.

56.     Procaps did not provide RunDTC with a written dispute of any amounts set forth in Invoice 1446 by January 27, 2025. Therefore, pursuant to Section 2.1 of the Professional Services Agreement, all amounts set forth therein – including the Eighty-Six Thousand Seven

FILED DATE: 11/21/2025 12:44 PM    2025L014463

Hundred Seventy-Six and 00/100 Dollars ($86,776.00) for the SOW #006 Services – were deemed accepted and approved by Procaps.

57. Procaps never provided RunDTC with any written notice of deficiency or rejection of any of the Deliverables developed in connection with the SOW #006 Services pursuant to Section 3 of the Professional Services Agreement. All such Deliverables, therefore, were accepted by Procaps pursuant to the provisions of the Professional Services Agreement.

58. Section 15 of the Professional Services Agreement states "[t]he parties agree that the state and federal courts with situs in Illinois shall have exclusive jurisdiction over all claims related to, arising out of or in connection with this Agreement and all Statements of Work, and irrevocably consent to the jurisdiction of such courts and waive any and all objections thereto, including objections based on forum non conveniens."

## Count I
## Breach of Contract – SOW #003

59. RunDTC realleges and incorporates by reference the allegations set forth in Paragraphs 1 – 58 of this Verified Complaint.

60. RunDTC fully performed its obligations under the SOW #003 pursuant to its terms and conditions as well as those of the Professional Services Agreement by providing to Procaps the SOW #003 Services and submitting invoices for such SOW #003 Services in the manner agreed upon by the parties.

61. Many executives and employees of Procaps, including its founder and Chief Executive Officer Andew Lessman, knew of and often times witnessed the provision of the SOW #003 Services by RunDTC pursuant to SOW #003.

62. No such executive or employee of Procaps, however, ever objected to the provision of the SOW #003 Services pursuant to SOW #003 as such Services were being provided by RunDTC.

10

63.     Consequently, Procaps accepted all the SOW #003 Services provided by RunDTC under SOW #003.

64.     Procaps paid for some of the SOW #003 Services provided by RunDTC pursuant to SOW #003 but failed to pay for all such SOW #003 Services.

65.     Specifically, although Procaps received all the invoices for the SOW #003 Services, it failed to pay Ninety-Two Thousand Three Hundred Seventy-Six and 00/100 Dollars ($92,376.00) for the SOW #003 Services as set forth on Invoice Number 1429 and Ninety-Two Thousand Three Hundred Seventy-Six and 00/100 Dollars ($92,376.00) for the SOW #003 Services as set forth on Invoice Number 1446.

66.     Procaps continues to fail failed to pay RunDTC the amount of One Hundred Eighty-Four Thousand Seven Hundred Fifty-Two and 00/100 Dollars ($184,752.00) for the SOW #003 Services (the "SOW #003 Outstanding Balance") despite demands by RunDTC for payment of such amount.

67.     Pursuant to the Professional Services Agreement, any invoiced amounts remaining unpaid after ten (10) days shall accrue interest at a rate equal to the lower of: (a) one and one-half percent (1.5%) per month; and (b) the highest rate allowed by law. *See* Section 2.1 of the Agreement.

68.     As of the date of this Verified Complaint, pursuant to Section 2.1 of the Professional Services Agreement Procaps owes RunDTC interest in the amount of Thirty-One Thousand Nine Hundred Thirty and 55/100 Dollars ($31,930.55) for the unpaid SOW #003 Services (the "SOW #003 Accrued Interest").

69.     Procaps continues to fail to pay both the SOW #003 Outstanding Balance as well as the SOW #003 Accrued Interest to RunDTC.

FILED DATE: 11/21/2025 12:44 PM    2025L014463

FILED DATE: 11/21/2025 12:44 PM    2025L014463

70.     As a result of its failure to pay such amounts, Procaps breached the terms and conditions of the Professional Services Agreement and SOW #003.

71.     RunDTC has been damaged by such breach by Procaps of the terms and conditions of the Professional Services Agreement and SOW #003 in the amount not less than Two Hundred Sixteen Thousand Six Hundred Eighty-Two and 55/100 Dollars ($216,682.55).

<div align="center">

**Count II**
**Breach of Contract – SOW #004**

</div>

72.     RunDTC realleges and incorporates by reference the allegations set forth in Paragraphs 1 – 58 of this Verified Complaint.

73.     RunDTC fully performed its obligations under the SOW #004 pursuant to its terms and conditions as well as those of the Professional Services Agreement by providing to Procaps the SOW #004 Services and submitting invoices for such SOW #004 Services in the manner agreed upon by the parties.

74.     Many executives and employees of Procaps, including its founder and Chief Executive Officer Andew Lessman, knew of and often times witnessed the provision of the SOW #004 Services by RunDTC pursuant to SOW #004.

75.     No such executive or employee of Procaps, however, ever objected to the provision of the SOW #004 Services pursuant to SOW #004 as such Services were being provided by RunDTC.

76.     Consequently, Procaps accepted all the SOW #004 Services provided by RunDTC under SOW #004.

77.     Procaps paid for some of the SOW #004 Services provided by RunDTC pursuant to SOW #004 but failed to pay for all such SOW #004 Services.

78.     Specifically, although Procaps received all the invoices for the SOW #004 Services, it failed to pay One Hundred Two Thousand Nine Hundred Seventy and 00/100 Dollars ($102,970.00) for the SOW #004 Services as set forth on Invoice Number 1429.

79.     Procaps continues to fail failed to pay RunDTC the amount of One Hundred Two Thousand Nine Hundred Seventy and 00/100 Dollars ($102,970.00) for the SOW #004 Services (the "SOW #004 Outstanding Balance") despite demands by RunDTC for payment of such amount.

80.     Pursuant to the Professional Services Agreement, any invoiced amounts remaining unpaid after ten (10) days shall accrue interest at a rate equal to the lower of: (a) one and one-half percent (1.5%) per month; and (b) the highest rate allowed by law. *See* Section 2.1 of the Agreement.

81.     As of the date of this Verified Complaint, pursuant to Section 2.1 of the Professional Services Agreement Procaps owes RunDTC interest in the amount of Nineteen Thousand Five Hundred Ninety-Four and 14/100 Dollars ($19,594.14) for the unpaid SOW #004 Services (the "SOW #004 Accrued Interest").

82.     Procaps continues to fail to pay both the SOW #004 Outstanding Balance as well as the SOW #004 Accrued Interest to RunDTC.

83.     As a result of its failure to pay such amounts, Procaps breached the terms and conditions of the Professional Services Agreement and SOW #004.

84.     RunDTC has been damaged by such breach by Procaps of the terms and conditions of the Professional Services Agreement and SOW #004 in the amount not less than One Hundred Twenty-Two Thousand Five Hundred Sixty-Four and 14/100 Dollars ($122,564.14).

FILED DATE: 11/21/2025 12:44 PM    2025L014463

FILED DATE: 11/21/2025 12:44 PM    2025L014463

**Count III**
**Breach of Contract – SOW #006**

85.     RunDTC realleges and incorporates by reference the allegations set forth in Paragraphs 1 – 58 of this Verified Complaint.

86.     RunDTC fully performed its obligations under the SOW #006 pursuant to its terms and conditions as well as those of the Professional Services Agreement by providing to Procaps the SOW #006 Services and submitting invoices for such SOW #006 Services in the manner agreed upon by the parties.

87.     Many executives and employees of Procaps, including its founder and Chief Executive Officer Andew Lessman, knew of and often times witnessed the provision of the SOW #006 Services by RunDTC pursuant to SOW #006.

88.     No such executive or employee of Procaps, however, ever objected to the provision of the SOW #006 Services pursuant to SOW #006 as such Services were being provided by RunDTC.

89.     Consequently, Procaps accepted all the SOW #006 Services provided by RunDTC under SOW #006.

90.     Procaps paid for some of the SOW #006 Services provided by RunDTC pursuant to SOW #006 but failed to pay for all such SOW #006 Services.

91.     Specifically, although Procaps received all the invoices for the SOW #006 Services, it failed to pay Eighty-Six Thousand Seven Hundred Seventy-Six and 00/100 Dollars ($86,776.00) for the SOW #006 Services as set forth on Invoice Number 1429 and Eighty-Six Thousand Seven Hundred Seventy-Six and 00/100 Dollars ($86,776.00)for the SOW #006 Services as set forth on Invoice Number 1446.

92.     Procaps continues to fail failed to pay RunDTC the amount of One Hundred Seventy-Three Thousand Five Hundred Fifty-Two and 00/100 Dollars ($173,552.00) for the SOW

14

FILED DATE: 11/21/2025 12:44 PM    2025L014463

#006 Services (the "SOW #006 Outstanding Balance") despite demands by RunDTC for payment of such amount.

93.    Pursuant to the Professional Services Agreement, any invoiced amounts remaining unpaid after ten (10) days shall accrue interest at a rate equal to the lower of: (a) one and one-half percent (1.5%) per month; and (b) the highest rate allowed by law. *See* Section 2.1 of the Agreement.

94.    As of the date of this Verified Complaint, pursuant to Section 2.1 of the Professional Services Agreement Procaps owes RunDTC interest in the amount of Twenty-Nine Thousand Nine Hundred Ninety-Four and 86/100 Dollars ($29,994.86) for the unpaid SOW #006 Services (the "SOW #006 Accrued Interest").

95.    Procaps continues to fail to pay both the SOW #006 Outstanding Balance as well as the SOW #006 Accrued Interest to RunDTC.

96.    As a result of its failure to pay such amounts, Procaps breached the terms and conditions of the Professional Services Agreement and SOW #006.

97.    RunDTC has been damaged by such breach by Procaps of the terms and conditions of the Professional Services Agreement and SOW #006 in the amount not less than Two Hundred Three Thousand Five Hundred Forty-Six and 86/100 Dollars ($203,546.86).

98.    Section 2.1 of the Professional Services Agreement states "[i]n the event that Client fails to make any payment due under this Agreement, Client shall reimburse RunDTC for its costs of collection, including court costs and reasonable attorney's fees."

FILED DATE: 11/21/2025 12:44 PM    2025L014463

**WHEREFORE**, the Plaintiff, RunDTC LLC, respectfully prays for the following relief in this action:

A.      That judgment be entered against Procaps Laboratories, Inc. and in favor of RunDTC LLC in the amount of Five Hundred Forty-Two Thousand Seven Hundred Ninety-Three and 55/100 Dollars ($542,793.55)  plus interest thereon at an annual rate of one and one-half percent (1.5%) per month from the date of this Verified Complaint through the date judgment is rendered against Procaps Laboratories, Inc., and the reasonable attorney's fees and costs incurred by RunDTC LLC in connection with this matter; and

B.      That this Court enter such other and further relief as may be just and appropriate under the circumstances.

Respectfully submitted,

RUNDTC LLC

By: ____/s/ Richard E. Nawracaj____
One of its Attorneys

Richard E. Nawracaj
Law Offices of Richard E. Nawracaj
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606
Telephone: (312) 803-4837
Fax: (312) 873-4640
E-Mail: rich.nawracaj@nawracaj-law.com
Attorney No. 45811

16

FILED DATE: 11/21/2025 12:44 PM   2025L014463

## <u>CERTIFICATION</u>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned, an officer of the Plaintiff, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matter, the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

_____
Benjamin Noonan

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT A

FILED DATE: 11/21/2025 12:44 PM    2025L014463

**RUNDTC PROFESSIONAL SERVICES AGREEMENT**

This Professional Services Agreement ("Agreement") is made as of 11/16/2023, 2023 ("Effective Date") by and between RunDTC LLC, a California Limited Liability Company having its principal place of business at 32565 B Golden Lantern #480, Dana Point, CA 92629 ("RunDTC") and ProCaps Laboratories, Inc. **(**"ProCaps Laboratories"**),** a Nevada Corporation, having its principal place of business at 430 Parkson Road; Henderson, NV 89011 ("Client"). RunDTC and Client may be individually referred to herein as a "Party" and collectively as the "Parties".

1. **SERVICES**

**1.1.** RunDTC shall provide professional services to Client as specified in a Statement of Work executed by the Parties and referencing this Agreement (collectively, the "Services"). RunDTC shall also develop and furnish to Client the deliverables specified under the section entitled "Deliverables" in the applicable Statement of Work ("Deliverables"). In the event of a conflict between this Agreement and a Statement of Work, the terms of this Agreement shall prevail. Any change in the scope of Services as set forth in a Statement of Work shall be agreed upon in writing by the Parties. RunDTC shall have no obligation to perform services in connection with any such change until the Parties have agreed upon the effect of such change on RunDTC's fees and/or schedule of performance.

**1.2.** Client agrees that RunDTC's performance is contingent upon Client's timely and effective performance of its responsibilities, decisions and approvals. RunDTC may rely on all decisions and approvals of Client.

2. **INVOICES AND PAYMENT**

**2.1.** Unless otherwise stated in a Statement of Work, RunDTC shall invoice Client each month for the Services rendered and for all out-of-pocket expenses incurred. Client will pay such invoices within ten (10) days after delivery thereof. Any amount remaining unpaid after ten (10) days shall accrue interest at a rate equal to the lesser of: (a) one and one-half percent (1.5%) per month; or (b) the highest rate allowed by law. Invoices submitted by RunDTC to Client are deemed accepted and approved unless disputed, in writing, by Client within five (5) days of Client's receipt of the invoice. In the event Client disputes a portion of an invoice, Client agrees to fully pay the undisputed portion and RunDTC's acceptance of such partial payment shall not waive any of its rights as to the remaining balances nor in any way constitute accord and satisfaction. In the event that Client fails to make any payment due under this Agreement, Client shall reimburse RunDTC for its costs of collection, including count costs and reasonable attorney's fees.

**2.2.** RunDTC shall be reimbursed for the actual out-of-pocket expenses of its personnel and other expenses incurred in performance of the Services including, without limitation and when traveling out-of-town, coach class airfare, auto rental, lodging and reasonable and actual meal expenses. RunDTC shall be reimbursed for mileage in excess of the commute to the personnel's local office. Travel time for RunDTC personnel shall be paid at one hundred percent (100%) of their applicable rate.

**2.3.** Client shall pay any and all applicable federal, state and local sales, use, value added, excise, duty and any other taxes of any nature (except any tax based on RunDTC's net income) assessed on the Services and/or the Deliverables, including taxes any government agency assesses on tangible personal property acquired by RunDTC for use by Client.

3. **ACCEPTANCE**

**3.1.** Client will have ten (10) days after receipt of any Deliverable (or portion of Deliverable, if such Deliverable is to be delivered in milestones as set forth in an applicable Statement of Work) to test and review such Deliverable ("Acceptance Period"). If a Deliverable does not materially comply with the written specifications for such Deliverable set forth in the applicable Statement of Work ("Specifications"), Client may reject such Deliverable by written notice of rejection to RunDTC. Such notice will specify in detail the reasons the Deliverable fails to meet the relevant Specifications. RunDTC will use commercially reasonable efforts to correct any material deficiencies and provide Client with a revised Deliverable as soon as practicable. Client will have the right to accept or reject the corrected Deliverable in

accordance with this Section 3.1. If Client does not accept or reject a Deliverable within the Acceptance Period, such Deliverable will be deemed to be accepted by Client and the warranty period shall begin as to the portion of the Deliverable submitted for acceptance. Acceptance by Client shall not be unreasonably withheld.

4. **RIGHTS IN MATERIALS**

**4.1** RunDTC and its licensors, as applicable, shall own all right, title and interest in and to the following (collectively "RunDTC Materials"): (a) (i) all information and material (whether tangible or intangible) created or developed by or on behalf of RunDTC prior to the Effective Date or independent from the performance of the Services hereunder; and (ii) all information and material otherwise owned or licensed by RunDTC; and (b) all derivatives, improvements, enhancements or extensions of the RunDTC Materials.

**4.2** For purposes of this Agreement: (i) "Work Product" includes, but is not limited to, any and all notes, abstracts, summaries, calculations, algorithms, computer programs, software (including source codes), concepts, designs, drawings, ideas, processes, procedures, methods, know-how, materials, products, discoveries, inventions, technologies, improvements, models, tools, specifications, intangible work product, tangible deliverables and other results or proceeds of any Services that are first accumulated, authored, made, developed, conceived or reduced to practice by RunDTC in connection with performance of the Services; and (ii) "Intellectual Property Rights" means worldwide patent, copyright, trade secret, trademark, service mark, trade dress and trade name rights, rights in industrial designs, rights of publicity or privacy, moral rights, rights of attribution or integrity or any other intellectual property or proprietary rights, along with all rights of registration, extension and renewal associated with any of the foregoing and all related rights and causes of action, including, without limitation, for infringement, dilution or misappropriation of any of the foregoing.

**4.3** Client shall own all Work Product to the extent not based on, or a derivative work of, any RunDTC Materials (collective "Client Work Product") and all associated Intellectual Property Rights to the Client Work Product; provided, however, that if Client fails to pays RunDTC all amounts due to it, then all right, title and interest in and to the Client Work Product that had been made by the Services comprising such unpaid amounts shall revert to RunDTC. Client Work Product owned by Client in accordance with the preceding sentence shall be deemed to be a "work-made-for-hire" as defined in the Copyright Act of 1976, and Client will be considered the author and sole and exclusive owner of the Client Work Product, and all Intellectual Property Rights (which have not been specifically excluded herein) therein in perpetuity, throughout the universe. To the extent that the Client Work Product does not, in whole or in part, qualify as "works-made-for-hire" under the Copyright Act of 1976 or equivalent foreign laws, RunDTC agrees to sign such documents as Client may reasonably request, at Client's expense, to confirm and protect Client's rights in the Client Work Product, and RunDTC hereby grants, transfers, sells and assigns all right title and interest in and to the Client Work Product to Client. Client may, in its sole discretion, modify, edit, add to, delete from, distribute, license, duplicate, use, and otherwise exploit the Client Work Product in any manner or form whether now known or hereafter created. Client may also, in its sole discretion, modify, edit, add to, delete from, distribute, license, duplicate, use, and otherwise exploit the Client Work Product, equipment supplied, and rights granted hereunder in any manner or form whether now known or hereafter created.

**4.4** RunDTC hereby grants Client a limited, non-exclusive, royalty-free, paid-up, worldwide, irrevocable, transferable, perpetual right, and license to use the RunDTC Materials (i) for all purposes required or contemplated under this Agreement, including but not limited to for use in connection with the Deliverables and all exploitation thereof, and (ii) for all other purposes otherwise consistent with the terms of this Agreement, including the right to display, reproduce, distribute, prepare

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106
FILED DATE: 11/21/2025 12:44 PM    2025L014463

derivative works, use, advertise, promote, market, sell, manufacture, exhibit, license, make derivative works of, and otherwise exploit the Deliverables in any and all media and manner whether now known or hereafter devised throughout the universe in perpetuity (the "Client License"); provided, however, that Client pays RunDTC all amounts due to it in accordance with the provisions of Article 2 hereof. The Client License also allows Client to modify or upgrade RunDTC Materials used in the Deliverables without consultation or payment or notice to RunDTC. The Client License also includes a perpetual, irrevocable, royalty-free, paid-up, worldwide, non-exclusive license to make, have made, use, sell, import, offer for sale, license, copy, modify, display, distribute, or prepare derivative works from the ideas, inventions, designs, concepts, work products, and other materials which are essential to use the Deliverables.

## 5.    WARRANTIES

**5.1.**  RunDTC warrants to Client for a period of thirty (30) days from the completion of the Services that the Services shall: (a) be performed in a professional and workmanlike manner in accordance with applicable commercial standards; and (b) comply with any applicable law, rule or regulation.

**5.2.**  The foregoing warranties shall only apply provided that: (a) any materials developed by RunDTC have not been modified, unless authorized by RunDTC in writing; (b) the nonconformity was not caused by Client or its agents or any third party; (c) Client promptly notifies RunDTC of the nonconformity after discovery; and (d) all fees due to RunDTC have been paid.

**5.3.**  Client shall be responsible for the use of any Deliverables to achieve Client's intended results. In the event any of the Services not comply with the foregoing warranties, Client shall promptly inform RunDTC of the deficiency and RunDTC shall use commercially reasonable efforts to cause the Services to comply with the applicable warranty.

**5.4.**  THE FOREGOING WARRANTIES ARE RUNDTC's ONLY WARRANTIES CONCERNING THE SERVICES AND DELIVERABLES, AND ARE MADE FOR THE BENEFIT OF CLIENT ONLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**5.5.**  Client represents, warrants and covenants to RunDTC that: (a) Client owns all right, title and interest in and to, or has full and sufficient authority to use, all materials or data furnished by or on behalf of Client (collectively, the "Client Materials"); (b) Client will secure and comply with the terms and conditions of any licensing agreements which govern the use of any Client Materials owned by third parties; (c) Client has or will secure all necessary consents, permissions, clearances, authorizations and waivers for the use of Client Materials; and (d) Client has complied and will comply with all legislation, rules and regulations regarding the use of Client Materials. Client hereby grants RunDTC a non-exclusive, royalty-free license to use, copy, modify and create derivative works of the Client Materials in connection with RunDTC's performance of the Services. Client shall be liable for the full amount of any third-party products and services that Client instructed RunDTC to obtain on Client's behalf, in addition to any applicable surcharge by RunDTC as consideration for procuring such products and/or services. Client agrees to secure necessary rights to any Client Materials that are owned by third parties.

## 6.    NON-SOLICITATION AND NON-COMPETE

**6.1.**  In recognition that RunDTC personnel performing under this Agreement may perform similar services for others, this Agreement shall not prevent RunDTC from providing services or developing materials that are competitive with those developed or provided under this Agreement, regardless of any similarity between such services or materials. Subject to the confidentiality restrictions contained in Section 10, RunDTC shall be free to use its general knowledge, skills, and experience, and any ideas, concepts, know-how and techniques used in

the course of providing the Services, on other engagements. RunDTC's other clients shall have the right to use materials incorporating such ideas, concepts, know-how and techniques.

**6.2.**  During any period in which Services are being performed, and for a period of one (1) year thereafter, Client shall not solicit the employment of, employ, or contract with, current or former personnel of RunDTC with whom Client had contact under this Agreement, either individually or through another party or employee. Client shall promptly notify RunDTC of any communications with any Client personnel seeking employment. If Client breaches this Section 6.2, Client shall pay RunDTC, as liquidated damages and not as a penalty, the sum of $100,000 per breach.

## 7.    CLIENT'S POLICIES/TRAINING

RunDTC personnel visiting Client's facilities shall comply with Client's reasonable, standard visitor safety, security and related policies to the extent that Client makes RunDTC personnel aware of such policies at or before the time of its visits to Client's facilities.

## 8.    LIMITATION OF LIABILITY

THE MAXIMUM AGGREGATE LIABILITY OF RUNDTC, ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS AND AFFILIATES, TO CLIENT FOR DAMAGES FOR ANY AND ALL CAUSES OF ACTION WHATSOEVER, AND CLIENT'S MAXIMUM REMEDY, REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT OR OTHERWISE, SHALL BE LIMITED TO AN AMOUNT EQUAL TO THE TOTAL FEES PAID BY CLIENT TO RUNDTC DURING THE SIX (6) MONTH PERIOD PRECEDING THE ALLEGED CAUSE OF ACTION FOR THE PORTION OF THE SERVICES GIVING RISE TO SUCH CLAIM. IN NO EVENT SHALL RUNDTC, ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS OR AFFILIATES, BE LIABLE FOR ANY LOST DATA OR CONTENT, LOST PROFITS, BUSINESS INTERRUPTION OR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES ARISING OUT OF OR RELATING TO THE SERVICES PROVIDED UNDER THIS AGREEMENT, EVEN IF RUNDTC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY WARRANTY.

## 9.    TERMINATION

**9.1.**  Either Party may terminate this Agreement or any Statement of Work for a material breach thereof (including nonpayment of fees, failure to fulfill any responsibilities set forth in the Statement of Work, or failure to cooperate in good faith with the other Party in connection with the Services) upon giving the other Party thirty (30) days prior written notice identifying specifically the alleged breach, and provided that the breaching Party does not cure such breach within the thirty (30) day notice period. During this notice period the non-breaching Party shall have the right to suspend its performance under this Agreement.

**9.2.**  Either Party may terminate this Agreement and any Statement of Work immediately by written notice if the other Party makes an assignment for the benefit of creditors, becomes subject to a bankruptcy proceeding, is subject to the appointment of a receiver, or admits in writing its inability to pay its debts as they become due.

9.3.  Either Party may terminate this Agreement and any Statement of Work by providing the other Party 90 days written notice.

**9.3.**  Upon termination of this Agreement or any Statement of Work by either Party, Client will immediately pay RunDTC all fees, costs and expenses owed to or incurred by RunDTC up to the effective date of such termination; provided, however, that with respect to any fixed fee Statement of Work which is the basis for the termination, Client will pay RunDTC a pro rata amount of the fees due for such Statement of Work (based on the percentage of completion of the Services, as reasonably determined by RunDTC). Furthermore, upon termination of this Agreement or any Statement of Work, each Party shall promptly return all data, materials and other property of the other held by it; provided, however, that if Client has not fully paid all outstanding invoices for

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B186

FILED DATE: 11/21/2025 12:44 PM   2025L014463

Services performed by RunDTC prior to the date of termination, RunDTC shall be entitled to retain or recover any Deliverables until payment is made. The preceding rights shall be in addition to any other remedies the Parties may have at law or in equity.

**9.4.** Unless the Parties subsequently agree otherwise in writing, the terms and conditions of this Agreement shall govern any other services which RunDTC may provide to Client in the future, regardless of whether or not such services are performed pursuant to a Statement of Work.

**10.   CONFIDENTIAL INFORMATION**

**10.1.** Each Party agrees that any information concerning the other's price quotes, preliminary concepts, sales and/or marketing proposals, branding strategies, creative designs and concepts, technical data, web designs, trade secrets and know-how, research, product plans, products, customer technical requirements, software, programming techniques, algorithms, services, suppliers, supplier lists, customers, employee lists, customer lists, markets, developments, inventions, processes, technology, designs, drawings, engineering, apparatus, techniques, hardware configuration information, marketing, forecasts, business strategy, finances or other business information disclosed by the other Party and identified as confidential upon or prior to its disclosure ("Confidential Information") shall not, without the disclosing Party's authorization, be disclosed to any other party or used by the receiving Party for its own benefit except as contemplated by this Agreement. The recipient shall protect the confidentiality of the Confidential Information using at least the same measures it takes to protect its own confidential information of like kind and shall restrict access to Confidential Information to its personnel on a need to know basis.

**10.2.** Nothing in this Agreement shall restrict either Party's use of information (including, but not limited to, ideas, concepts, know-how, techniques and methodologies): (a) that is or becomes publicly available through no breach of this Agreement; (b) independently developed by it; (c) previously known to it without obligation of confidence; or (d) acquired by it from a third party which is not, to its knowledge, under an obligation of confidence with respect to such information. In the event either Party receives a subpoena or other validly issued administrative or judicial process requesting Confidential Information, the recipient shall promptly notify the other Party of such receipt and may comply with such subpoena or process to the extent permitted by law. Confidential Information shall be returned or destroyed upon the earlier of: (i) the completion of the Services; or (ii) the disclosing Party's request. RunDTC may retain, subject to the obligations of this Section 10, copies of Confidential Information for recordkeeping purposes.

**11.   ASSIGNMENT**

Neither Party shall assign this Agreement (directly, indirectly, or by operation of law as the result of a merger, sale of equity interest or otherwise) without the other Party's consent, and any attempt to do so shall be void; provided, however, that each Party shall have the right, upon written notice to the other Party, to assign this Agreement to any subsidiary, affiliate, person or entity that acquires or succeeds to all or substantially all of such Party's stock or assets.

**12.   ENTIRE AGREEMENT**

This Agreement and any applicable Statements of Work constitute the entire understanding between RunDTC and Client, and supersede all prior agreements, arrangements, representations and communications (whether oral or written) regarding the subject matter of this Agreement. Client is entering into this Agreement solely based upon the agreements and representations contained herein for its own purposes and not for the benefit of any third party.

**13.   WAIVER/SEVERABILITY**

Waiver of any breach or failure to enforce any term of this Agreement will not be deemed a waiver of any breach or right to enforce which may

thereafter occur. No waiver may be valid against any Party hereto unless made in writing and signed by the Party against whom enforcement of such waiver is sought, and then only to the extent expressly specified therein. If any term or provision of this Agreement is found by a court of competent jurisdiction to be illegal, invalid or otherwise unenforceable, such term or provision shall not affect the Agreement's other terms or provisions, or the whole of this Agreement, but such term or provision shall be deemed modified to the extent necessary in the court's opinion to render such term or provision enforceable, and the rights and obligations of the Parties shall be construed and enforced accordingly, preserving to the fullest permissible extent the intent and the agreements of the Parties.

**14.   FORCE MAJEURE**

Except with regard to payments due RunDTC, neither Party shall be liable for any delays or failures in performance due to circumstances beyond its control which could not be avoided by the exercise of due care.

**15.   APPLICABLE LAW AND VENUE**

This Agreement shall be governed by the laws of the State of Illinois without application of conflict of laws principles. The Parties agree that the state and federal courts with situs in Illinois shall have exclusive jurisdiction over all claims related to, arising out of or in connection with this Agreement and all Statements of Work, and irrevocably consent to the jurisdiction of such courts and waive any and all objections thereto, including objections based on forum non conveniens.

**16.   NOTICES**

Any notice or other communication under this Agreement shall be in writing and shall be effective upon the earlier of actual receipt, seven (7) days following deposit into the United States mail (certified mail, return receipt requested), the next business day following deposit with a nationally recognized overnight courier service, or the same day following transmission of a legible facsimile copy during regular business hours, in each case with any delivery fees pre-paid and addressed to the Party at the address set forth on the first page of this Agreement or such other address as that Party may notify the other from time to time in accordance with this Section 16.

**17.   MISCELLANEOUS**

**17.1.** RunDTC is an independent contractor and neither Party shall have the authority to bind, represent or commit the other. Nothing in this Agreement shall be deemed or construed to create a joint venture, partnership or agency relationship between the Parties for any purpose. RunDTC and its employees shall not be entitled to any of Client's benefits, including: (a) income tax withholding; (b) 401(k) or other retirement benefits; or (c) employee stock purchase or stock option plans. RunDTC shall be solely responsible for the withholding and payment of all taxes and insurance premiums owed by its employees, including workers' compensation insurance.

**17.2.** RunDTC may use Client's name and trademarks as a Client reference, including a general description of the Services provided to Client by RunDTC, in its resumes, client list, case studies, and in other promotional information including, but not limited to, press releases, brochures, reports, letters, white papers and electronic media such as e-mail or Web pages.

**17.3.** The terms of Sections 2, 4, 6, 8, 10 and other sections which by their nature are intended to extend beyond termination shall survive termination of this Agreement for any reason.

**17.4.** **Authority.** This Agreement shall become valid and binding upon RunDTC only upon execution by its duly authorized representative.

FILED DATE: 11/21/2025 12:44 PM   2025L014463

**IN WITNESS WHEREOF,** the Parties have caused this Professional Services Agreement to be executed and delivered as of the Effective Date and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.

**RUNDTC, LLC**

By: _____

Name: __Ben Noonan_____

Title: __CEO_____

**ProCaps Laboratories**

DocuSigned by:

By: _Debra George_____

DB4BD4A8C871454...

Name: ___Debra George_____

Title: ___Chief Financial Officer____

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT B

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106



FILED DATE: 11/21/2025 12:44 PM 2025L014463

**STATEMENT OF WORK: #001**

**PROJECT NAME:** D2C Technology Consulting for ProCaps Laboratories

**RunDTC, LLC**

| | |
|---|---|
| Contact: | Ben Noonan |
| Address: | 32565 B Golden Lantern #480 |
| | Dana Point, CA 92629 |
| Phone: | 949-637-3990 |

**ProCaps Laboratories, Inc.**

| | |
|---|---|
| Contact: | Katherine  Smith |
| Address: | 430 Parkson Road |
| | Henderson, NV 89011 |
| Phone: | 702-567-3948 |

_BN_ RunDTC ⌐DS _DG_ Client

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B186



11/16/2023

This Statement of Work (the "SOW") made this _____ day of November, 2023, by and between RunDTC, LLC ("RunDTC" or "we") and ProCaps Laboratories, Inc. ("Client" or "you") and is incorporated into that certain Professional Services Agreement ("PSA") dated¯¯11/16/2023¯¯, 2023 by and between Client and RunDTC. Any capitalized terms used herein but not defined shall have the meaning ascribed to them in the Professional Services Agreement.

## Project Overview

We are thrilled to be selected as the partner of choice to assist ProCaps in the definition and build of their optimal Direct to Consumer ("D2C") business. This proposal includes the overall scope, associated timelines, and estimated cost for the work contained within.

Client is currently running all D2C and back-office operations on a single custom platform and this SOW is presented to aid Client in beginning the migration to new systems, along with the review, selection, and to plan out the implementation of new applications to support the future growth of the business. RunDTC will help Client evaluate the options, make decisions, and begin to implement solutions for the future state for their D2C business.

## Scope

RunDTC will work with Client to begin enhancing the Direct to Consumer technology stack. This will include starting the following efforts:

- Begin Shopify Plus Migration; creating landing pages
- Plan for integration of Shopify to PCLE
- Front-end, UI / UX updates within current site (on PCLE)
- Google Analytics 4 support
- DevOps support (code management & release process)

As time allows, RunDTC will also begin to evaluate the eCommerce, Order Management, Customer Service, and Fulfillment operations (among others). There will be a collaborative focus on the applicable business requirements, establishing the processes that will govern the use of the selected solutions and in developing an appropriate organizational structure. RunDTC will work with Client to prioritize the requirements and will create a matrix that will be used to evaluate and prioritize future phases of work. RunDTC will also provide solution architecture and business process diagrams which will help to articulate the recommended future state.

Any work listed within this Scope section will be limited by the amount of hours within this SOW. As RunDTC does not yet have final requirements, this scope is a list of potential efforts to be conducted under this SOW. As RunDTC works through individual tasks and time is consumed, Status reports will be provided that detail the time & budget consumed against the hours defined within this SOW. If additional time is necessary to complete any of the tasks listed within this SOW, RunDTC will review with Client and provide a Change request to add hours and budget.



_____ RunDTC _____ Client

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B186



FILED DATE: 11/21/2025 12:44 PM  2025L014463

## Resources

As part of this SOW, RunDTC will provide the following resources:

- <u>Project Manager</u> who will be responsible for coordinating any meetings, tasks, and deliverables with Client resources. They will further be responsible for regular status updates and reporting.
- <u>D2C Strategy Director</u> who will be responsible for conducting any business audits and working directly with business stakeholders to understand operations, financials, customer service, fulfillment, and any other areas necessary for successful completion of the audit. Will make recommendations on future D2C operations.
- <u>Solution Architect</u> who will be responsible for conducting any technical audits and making any technical recommendations.
- <u>Developers</u> who will be responsible for executing any necessary development within Shopify or other systems.

Client will provide resources for the following roles:

- <u>Project Manager</u> who is responsible for managing internal resources and coordinating meetings with necessary stakeholders. This person will also be responsible for providing RunDTC with access to necessary Subject Matter Experts for successful completion of scope contained within this SOW.

- <u>Business Subject Matter Experts (SME's)</u> that will be available throughout the course of this engagement on an as needed basis to answer any questions from the project team that may come up. This may be related to operations, customer service, technology, marketing, and other areas that interact with the D2C business.

_BN_ RunDTC  _DG_ Client

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106



## Timeline & Fees

RunDTC will work under Client's direction in the execution of tasks listed within this SOW, which will be variable in length of time.

The effort within this SOW will be billed according to the following rate card:

| Role | Est Hours | Rate | Est Total |
|---|---|---|---|
| Project Manager | 30 | $195 | $5,850 |
| D2C Strategy Director | 30 | $225 | $6,750 |
| Solution Architect | 100 | $225 | $22,500 |
| Developer | 80 | $150 | $12,000 |
| | | **Estimated Total** | $47,100 |

As time is consumed, RunDTC will keep Client informed via weekly written status reports and calls. If additional budget is needed to continue the work and / or complete any projects, RunDTC will discuss with Client and provide a Change Request for additional time & budget.

### _Invoicing_

Fees will be invoiced according to the following schedule and will be due per terms of the associated PSA.

- $11,775 (~25%) will be invoiced as a deposit upon signature of this SOW.

- All hours will be invoiced monthly, following the month in which the work was completed.

- Initial invoices will draw down the deposit and will reflect the consumption of the deposit.

- Once deposit has been fully consumed, ongoing invoices will be due per terms of the associated PSA.

- All payments will be made via ACH. RunDTC banking details will be provided on each invoice.

_BN_ _____ RunDTC    _DG_ _____ Client

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106



## Assumptions, Terms, & Conditions

Below are the assumptions under this Statement of Work ("SOW"). If any of the assumptions are missed or are proven to be inaccurate, RunDTC reserves the right to present Client with an amendment to this SOW through a Change Request, reflecting the impact on schedules, costs and/or deliverables. RunDTC will present Client with the risks associated with the delay and demonstrate the anticipated cost, timeline and/or deliverable impact that a missed assumption directly causes. RunDTC and Client will work together to determine the best course of action. No action will be taken until a decision is reached.

### Fees & Services

- <u>Estimated Fees</u>. All work will be performed on a time and materials basis at the rate listed in the SOW. The fees provided in this Statement of Work are estimates based on the information available to RunDTC at the time of this Statement of Work.

- <u>Services Only Engagement</u>. This SOW is for services only. No hardware, software, or hosting fees are included.

- <u>Travel Costs</u>. The majority of the project work will be completed remotely, with any necessary in-person meetings taking place at a mutually agreed-upon location. All pre-approved actual travel costs for RunDTC employees will be billed to Client, including airfare, rental car, mileage, hotel rooms, and meals.

- <u>Timeline</u>. Any references to timelines in any efforts will assume continuous work without any stoppage in effort. If there is a stoppage in effort or delays, as directed by or caused by Client, additional fees may be incurred.

- <u>Delays</u>. RunDTC will not be responsible for any delays that result from any delays in receiving work products, or feedback on work products, from Client. Delays may incur additional fees.

- <u>PSA Relationship</u>. This SOW is hereby incorporated into and made part of the PSA and is subject to all of the terms and conditions set forth in the PSA; provided, however, that in the event of any conflict between the terms and conditions set forth in this SOW and the terms and conditions of the PSA, the terms and conditions set forth in the PSA shall control.

### Execution of Work

- <u>Availability</u>. Other than as mutually agreed upon by the parties, work generally will be completed by RunDTC offsite and will rely extensively on telephone, email and screen sharing interaction meetings.

- <u>Client Review and Feedback</u>. From the time that RunDTC presents Deliverables to Client for review, Client will have two business days (48 hours) to provide additional final feedback not captured during the presentation meeting.

- <u>Review and Sign-Off Process</u>. A round of review is defined as work being presented or delivered to approved Client personnel. Presentations can be either in person or by conference call with screen sharing, as agreed upon by the parties. The Client team will review the work and provide timely feedback, which will be addressed by RunDTC in the



FILED DATE: 11/21/2025 12:44 PM 2025L014463

FILED DATE: 11/21/2025 12:44 PM   2025L014463



subsequent round, until the presented Deliverable is acceptable and approved by Client per the terms of the associated PSA.

- <u>Content</u>.  Creation, migration, and loading site content is the sole responsibility of Client.  Site content is defined as, but not limited to, product content (including images), category and promotion banners, and general content pages.  This SOW does not include any content development. RunDTC will not be responsible for creating, editing or translating any copy for the project, creating any promotional design elements or providing any product imagery, or creation of SEO data.

- Unless otherwise noted in this SOW, Client is responsible for securing third party products required to implement this project, including but not limited to: SSL certificates, SAAS Load Test Providers, Application Performance Management Software and all software licenses/subscriptions for the project implementation.

- Client will provide test environments for all necessary back-end systems ( ERP, OMS, PIM, etc) and 3rd party integrations identified within this SOW to facilitate end-to-end system testing outside of the production environment.  Failure to provide such access compromises RunDTC's ability to deliver a properly functioning site at production and may require a Change Request for additional risk mitigation efforts, due to the inability to fully test the application prior to launch.

- The scope of the project will be limited to the implementation of the current version of the Shopify platform and selected theme, and the features that are available at the time of the project's start date.  Features requested that are not currently supported or available in the current version of the Shopify Plus platform or selected Theme will be considered out of scope, except for those listed in this SOW.

- Features and functionality of the Client's current site, if one exists, are not assumed to be included in the scope of this project.  Scope of the project is assumed to be current platform functionality of the current platform version and any specified customizations defined within this SOW.

- Client may choose to engage a third-party or RunDTC to conduct Search Engine Optimization (SEO) audits or similar testing to identify and prioritize specific modifications that they believe are required to produce desired search engine results, and then RunDTCcan provide estimates for that remediation.  Search Engine Optimization Audits / Testing and any subsequent remediation are outside the scope of this SOW.

- RunDTC and Client acknowledge that RunDTC is not an ADA consultant.  While RunDTC generally applies commercial best practices and aims for minimally WCAG AA standards, the estimates prescribed within this SOW (or Change Request) do not account for certification of the Services for compliance with ADA.

- RunDTC and Client acknowledge the industry standards and practices related to data security are evolving, and although RunDTC codes according to best-practice security standards, RunDTC is not responsible for compliance with any CCPA, GDPR, or similarly situated data privacy regulations.  RunDTC can recommend data privacy consultants and can work with any of Client's chosen experts to achieve Client's compliance with CCPA, GDPR, or other similar regulations, under a time and materials engagement under a separate Change Request.



_____ RunDTC   _____ Client

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106



FILED DATE: 11/21/2025 12:44 PM    2025L014463

- Unless otherwise stated within this SOW, time, materials and expenses expended by RunDTC to research and resolve issues with any code base supplied by a third party are outside of the scope of this proposal and will be billed at standard rates

- Unless otherwise stated within this SOW, time, materials and expenses expended by RunDTC to research and resolve issues with any Client-supplied code base are outside of the scope of this proposal and will be billed at standard rates.

- Client will be fully responsible for defining, designing, creating, executing and monitoring all fulfillment processes and systems. This may include but are not limited to addition of new SKU items, reclassification of SKU items, fulfillment, and order returns and cancellations.

- RunDTC will not be responsible for testing tax, fees or shipping calculation accuracy. Defects discovered should be captured along with expected calculations for remedy during fix cycles.

- RunDTC will not be responsible for any apps chosen to be implemented as part of the solution, or the performance of the Shopify plus site or platform.  If there prove to be any issues with any apps, RunDTC can work with the app developer to address.  Any issues may impact project timelines and require a Change Request.  Client is responsible for all fees and licenses associated with any included apps

IN WITNESS WHEREOF, the parties have caused this Statement of Work to be executed and delivered this agreement of the dates specified below and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.

**Approved and Accepted By:**

**RunDTC, LLC**

Ben Noonan

Name

CEO

Title

Signature

11 / 17 / 2023

Date

**ProCaps Laboratories, Inc.**

Debra George

Name

Chief Financial Officer

Title

*Debra George*
DocuSigned by:
FD0BEC871454...

Signature

11/16/2023

Date



DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B186



**RUN DTC**

## ProCaps D2C Transformation Proposed Phasing

### Phase 1

The primary goal of phase 1 is to drive business value quickly by implementing a more sophisticated suite of D2C solutions enabling highly targeted multi-channel marketing efforts geared towards driving eCommerce transactions.

Shopify
- Key features:
  - Online store(s) to enable product sales to customers
  - Product assortment
  - Product recommendations
  - Personalized content
- Estimated duration
  - 2.5 months
- Anticipated status at end of this phase
  - Implementation is complete

Klaviyo (already in progress)
- Key features
  - Personalized Email marketing
  - Personalized SMS marketing
  - Customer profile management
  - Segment curation
- Estimated duration
  - 3 weeks
- Anticipated status at end of this phase
  - Implementation is complete

### Phase 2

Phase 2 continues the evolution towards a more customer-oriented D2C organization with tools to help the customer service team onboard quicker, to locate information more efficiently and to provide the world class experience that Procaps customers are used to, in new and innovative ways. This phase also introduces order management capabilities which will provide the business with a sophisticated rules-based system to allow for the rapid fulfillment of customer orders. We will also begin the process of integrating with PCLE by implementing an integration layer (iPaaS) which will allow us to more easily add, and remove, key systems over time.

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: 5588C223-8742-4261-8762-ABB0BAF1B106

FILED DATE: 11/21/2025 12:44 PM   2025L014463



iPaaS (Mulesoft / Boomi)
- Key features
  - Integration layer used to broker communications between PCLE and Shopify
  - The first step towards reducing the reliance upon PCLE
  - Enables a progressive extraction of key functional areas from PCLE
    - Commerce and email marketing to begin with
  - Brokering communications between Service Cloud and PCLE
  - Brokering communications between PCLE and OMS
- Estimated duration
  - 6 months
- Anticipated status at end of this phase
  - Communication between PCLE and Shopify is functional
  - Potential communication between PCLE and Klaviyo is functional (need is yet to be determined)
  - Discovery is underway to establish the requirements for the Service Cloud <> PCLE integration
  - Communication between PCLE and Service Cloud is functional
  - Communication between OMS and WMS is functional
  - Communication between OMS and PCLE is functional

OMS
- Key features
  - Handle complex order routing
  - Address inventory reservations
  - Supply inventory visibility across channels
  - Enable order servicing (modifications, cancellations, etc) by customers and/or customer service agents
- Estimated duration
  - 4 months
- Anticipated status at end of this phase
  - The OMS integration is complete
  - The OMS is actively communicating with Shopify
  - The OMS is actively communicating with Klaviyo
  - The OMS is actively communicating with PCLE and / or the WMS for order fulfillment (as well as shipment notifications)

WMS
- Key features
  - Inventory management
  - Inventory receipt processes
  - Picking and packing processes
  - Labor management
- Estimated duration
  - 8 months
- Anticipated status at end of this phase

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106

FILED DATE: 11/21/2025 12:44 PM   2025L014463



- - All critical features are in place and the WMS is fully utilized in at least 1 DC (ideally more)
  - Within 1 year, the WMS is expected to be fully functional

<u>Service Cloud (Customer Service)</u>
- Key features
  - Sophisticated case-based relationship management solution
  - Knowledgebase for internal and external audiences
  - Native AI integration to support various degrees of automation
  - Chat, social listening and response and many other native ways to engage
- Estimated duration
  - 5 months
- Anticipated status at end of this phase
  - The customer service team is actively using Service Cloud for all applicable tasks

<u>ERP</u>
- Key features
  - Financial management
  - Wholesale customer information
  - System of record for pricing
  - System of record inventory
  - Supply chain management
- Estimated duration
  - 2 months
- Anticipated status at end of this phase
  - Requirements have been defined, a platform has been selected and the implementation has begun

## Phase 3

In the third phase we will wrap up the ERP implementation which will act as the system of record for various aspects of the business. We will also focus on optimizing the various platforms that have been integrated in earlier phases and the applicable organizational mechanics. Business intelligence will be a sizable opportunity now that there's a tremendous amount of data flowing throughout the various platforms and the day-to-day operations of the D2C business have been fully migrated away from legacy systems.

<u>ERP</u>
- Key features
  - Financial management
  - Wholesale customer information
  - System of record for pricing
  - System of record inventory
  - Supply chain management
- Estimated duration

DocuSign Envelope ID: 5588C222-8742-4264-8762-ABB0BAF1B106



FILED DATE: 11/21/2025 12:44 PM   2025L014463

- ○ 5 months
- Anticipated status at end of this phase
  - ○ Implementation is complete

Business Intelligence
- Key features
  - ○ Enterprise dashboards to report on various aspects of the D2C business
- Estimated duration
  - ○ 2 months
- Anticipated status at end of this phase
  - ○ The solution is in place and all applicable data is being fed in
  - ○ A collection of reports are available and additional ones are being developed

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT C

DocuSign Envelope ID: D520BD52-029D-4238-85F2-A0AEE9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463



**STATEMENT OF WORK:  #002**

**PROJECT NAME:** iPaaS Implementation

**RunDTC, LLC**

| | |
|---|---|
| Contact: | Ben Noonan |
| Address: | 32565 B Golden Lantern #480 |
| | Dana Point, CA 92629 |
| Phone: | 949-637-3990 |

**ProCaps Laboratories, Inc.**

| | |
|---|---|
| Contact: | Madison Samford |
| Address: | 430 Parkson Road |
| | Henderson, NV 89011 |
| Phone: | |



RunDTC                    Client                                    1

DocuSign Envelope ID: D520BD53-029D-4338-85F2-A0AEF9BF-1E1D

RUN DTC

This Statement of Work (the "SOW") made this __6th__ day of May, 2024 by and between RunDTC, LLC ("RunDTC" or "we") and ProCaps Laboratories, Inc ("Client" or "you") and is incorporated into that certain Professional Services Agreement dated November 16th, 2023, by and between Client and RunDTC. Any capitalized terms used herein but not defined shall have the meaning ascribed to them in the Professional Services Agreement.

# Project Overview

We are thrilled to be selected as the partner of choice for the implementation of the new enterprise middleware platform ("iPaaS") to support the ongoing growth of your business. This SOW documents the work, timeline, and costs for the estimated effort for the work contained within.

1. Developing, customizing and integrating the iPaaS as a middleware layer to address the specific business needs and systems
2. Launching the new iPaaS platform to support the enterprise business systems.
3. Providing the Client team 2 week hypercare support post-launch.

# Project Objective & Philosophy

**Objective** – This project is intended to provide a common integration framework for systems within the Client digital ecosystem and to select third party systems. A RunDTC project team led by the Project Manager will deliver on this effort.

**Guidance** – Integral to achieving this project objective, RunDTC and Client, with the support of iPaaS, will employ a highly collaborative approach guided by the following tenets:

1. **Prescribed Functionality**
   a. Custom functionality or modifications to native functionality are outlined below and will be minimized to (1) reduce project risk, and (2) maintain a predictable project schedule and timeline.
   b. Required Third Party (3P) integrations will be executed using native functionality.

2. **Accelerated Project Cycle**
   a. The project will adhere to predefined intervals for each project phase (Discovery, Design, Solution Build, and QA/UAT/Deploy), and maintaining overall project timeline will drive project decisions.
   b. Project Change Requests which may impact time/schedule may be offset by de-scoping other functionality in an effort to maintain original timelines.

3. **Implementation Readiness**
   a. The project development cycle will not start until requisite requirements (Strategy, Roles & Responsibilities, Technical Architecture, 3rd Party Partners Selection & Contracts execution, and Team Members) have been met, and respective obligations to all predefined Project Milestones can confidently be met.



RunDTC          Client

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: D520BD52-029D-4238-85F2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

# Approach

To complete the objectives of this project, RunDTC will manage the project using the following milestone phases.  One or more non-dependent phases / tasks may occur in parallel to optimize project duration.

1. **Project Planning / Discovery**
   a. It is estimated to be a 4 to 6 week effort to discuss and document necessary requirements for implementation.
   b. RunDTC Atlassian instances will be used to manage documentation, tasks and workstreams.
   c. Confluence will be used for all applicable project documentation.
   d. The agreed upon project timeline serves as reference for coordinating efforts, and aligning milestone deliverables by Client, RunDTC, and others as necessary.
   e. Roles and responsibilities, task dependencies, and their sequence will be captured in the project plan and/or Jira roadmap.
2. **Implementation and Configuration**
   a. Implement 3P integrations as necessary.
   b. For APIs, mock services will be developed in the design phase to get approval feedback from Client.
3. **Application Launch**
   a. Go-live planning
4. **Post-Launch**
   a. A 2 week hypercare period will be included as part of this SOW.  This will address any defects or issues that arise out of the original implementation scope.  Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC will be available for this two week period to ensure the iPaaS launch is supported. Development, test and release cycles will be structured based on the number of defects or tasks identified.
   b. Following the 2 week period, any necessary support post-launch will be completed under a separate support agreement. This will include any requested enhancements not part of the original scope of work, or any other support requests.  This agreement will be created, reviewed, and executed prior to launch of the new platform.

# Description of Work

The following outline the Phases, Activities, and Project Deliverables.

## Discovery Phase

At the start of the project, RunDTC will lead a Discovery Phase to confirm and document requirements, establish an estimated timeline, and provide any necessary updates to this SOW.

RunDTC will leverage RunDTC's Atlassian environment (Jira and Confluence) to set up the necessary project requirements documentation and task management portal.

This Discovery Phase will **last 4 - 6 weeks,** and will involve several team members from both RunDTC and Client to fully review and document all necessary functionality and integrations to the application.

 RunDTC _____Client

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

Client stakeholders with an interest in Enterprise integrations should be in attendance of these Discovery sessions.

At the conclusion of the Discovery process, RunDTC and Client will deliver the following.

| Data Definition and Environment Setup | |
| --- | --- |
| **Deliverable** | **Description** |
| Integration Specification Document (ISD) | • RunDTC will capture integration specifications for the customization between the iPaaS platform and each 3P solution. Client will facilitate and drive timely discussions and the delivery of specifications from 3P systems.<br>• As many systems and outside expertise may be involved in the documentation of non-iPaaS systems, RunDTC may require Client participation in reviewing, updating, and in some cases co-authoring specifications. |
| Technical Specification Document (TSD) | • RunDTC will capture customization specifications as necessary. RunDTC and Client will collaborate to facilitate and drive timely discussions and delivery of specifications. Upon acceptance, the TSD shall serve as the authoritative document for development.<br>• RunDTC may require Client to participate in reviewing, updating, and in some cases co-authoring specifications. |
| iPaaS and other development tools, software, or services | • Client will work with the provider to provision the iPaaS platform.<br>• Client will provision a code repository and a defect-tracking environment, providing RunDTC access to both. |

## Build Phase

Upon completion of the Discovery phase, RunDTC will provide Project Management, Architectural Oversight, Engineering, and Quality Assurance resources to support the tasks required to implement the iPaaS solution, as defined in the Discovery deliverables. The tasks will be executed as defined below.

If specific customizations or integrations are not included within the table below, in Appendix A, or within this SOW, it is assumed to not be included in the build.

| Solution Build | |
| --- | --- |
| **Deliverable** | **Activities** |
| PCL and other Systems integration with iPaaS | • RunDTC will implement iPaaS APIs using API-led connectivity standards. Business Layer will be encapsulated in process layer APIs, as well as integrations to all required third parties via iPaaS system APIs will be implemented. |



DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BE1E1D



| Third-Party (3P) Integrations environment | • RunDTC will work with Client to coordinate all 3P environments including development, staging, and production environments that directly integrate with the iPaaS platform. Client will be responsible for all business, legal, financial and coordination with 3P providers to ensure timely availability of each environment complete with sample test data.<br>• RunDTC will work with Client to integrate all applicable 3P systems and services to and from the iPaaS. |
|---|---|

The table below describes the expected integrations, their type, update frequency, and integration-specific notes. This Statement of Work is provided based on these assumptions and specific integrations.

## Integrations

| Description | System of Record | Integration Type | Frequency | Notes |
|---|---|---|---|---|
| Product Data | PCL / Salsify | API / Scheduled Task | TBD | • Product data<br>• iPaaS will use APIs to retrieve the data and will push it to the applicable system(s) via API. |
| Pricing Data | PCL | API / Scheduled Task | TBD | • SKU-based pricing will be provided via API.<br>• iPaaS will use PCL APIs to retrieve the data and will push it to the applicable system(s) via API. |
| Inventory Data | PCL / OMS | API / Scheduled Task | TBD | • SKU-based inventory will be provided via API.<br>• iPaaS will use APIs to retrieve the data and will push it to the applicable system(s) via API.. |
| Order History | PCL / OMS | API | TBD | • Order history data will be provided via API.<br>• iPaaS will use APIs to retrieve the data and will push it to the applicable system(s) via API. |
| New Orders | PCL / OMS | API | TBD | OMS will push orders to iPaaS which will transform them and will then post them to the applicable PCL API. |
| Customer Data | PCL / Ecomm / Service | API | TBD | • Customer profile/account data<br>• iPaaS will use PCL APIs to retrieve the data and will push it to the applicable system(s) via API. |



DocuSign Envelope ID: D520BD52-029D-4238-8FF2-A0AEF9BF1E1D

|  |  |  |  | Accounts created and updated in non-PCL systems will be pushed to iPaaS which will transform them and will then post them to the applicable PCL API. |
|---|---|---|---|---|

| Quality Assurance | |
|---|---|
| **Deliverable** | **Activities** |
| Finalize Documentation | Ensure all documentation is complete. |
| User Acceptance Testing | To validate desired functionality, RunDTC will provide a UAT Workbook which will provide guidance for the applicable business process flows. |

| Platform Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Finalize Documentation | Complete all supporting documentation. |
| Training & Support Plan | RunDTC will work with Client to create a training plan that will outline the training for Client business users, so Client is ready to operate iPaaS, as necessary, at launch. RunDTC will also review the post launch support needs and develop a plan accordingly. |
| Platform Launch | Enabled iPaaS platform, with integrations and customizations as documented in this SOW. |

# Additional Client Responsibilities

Collaboration

- Timely review and feedback on all project deliverables, milestones, questions, and issues that arise during the project.
- Providing a hosted and Internet accessible code repository system (Bitbucket or Gitlab) and defect tracking solution (Jira). Client is responsible for fees associated with these services and must maintain an agreement for these services for the duration of the project.

Systems Integration

- Securing 3P services and agreements to support development, test and production environments. Client will also secure 3P technical support for the duration of the project.
- Maintaining a master schedule of all 3P major milestones, contact information, and testing plans.
- Planning and actual switch-over to production.

Validation

 RunDTC        Client

6

DocuSign Envelope ID: D520RD53-029D-4238-8EF2-A0AEF9BF1E1D

- Providing to RunDTC and other 3P groups UAT test cases no less than 2 weeks prior to UAT start for review and refinement.
- Providing Coordinated UAT efforts (for non-trivial integrations such as Inventory and OMS) to quickly reconcile discrepancies and marshal responses with challenges should they arise.
- Providing final Go/No-Go decision

.
<u>Launch</u>

- Deployment and Configuration to iPaaS Production environment.

# Resources - Activities and Responsibilities

As part of this SOW, RunDTC will provide the following resources:

- **Executive Sponsor -** a member of the Executive team at RunDTC that will oversee the Client implementation and ensure expectations are being met. They will meet regularly with Client stakeholders to provide and receive status updates and address any concerns or questions. The Executive Sponsor will serve as a final escalation point for any issues that arise.

- **Project Manager** - ultimately responsible for the overall success of the project and for managing the timeline and budget. The Project Manager will generate a project plan and timeline that will be used to manage the work effort over the course of implementation. At a minimum, a weekly conference call will be held and the Project Manager will also communicate regularly with Client stakeholders to ensure expectations are being met and you are informed of current project status, including budget, deliverables, Client tasks due, and risks.

- **Business Analyst –** guides Clients on features/functionality and documents business requirements, including customizations and any integrations. This resource will also lead / participate in training on business tools within the platform and ensures Client is ready for launch.

- **iPaaS Architect –** oversees technical solution design, including any customizations and integrations; ensures best practices for development; reviews and approves code; leads development scrums.

- **iPaaS Developer(s)** - responsible for implementing the solution as designed by the Architect. Develop and customizations or integrations within the application.

- **Quality Assurance Specialist** – responsible for testing any completed tasks, to ensure development is thoroughly complete and reviewed prior to UAT.

The Client team will be responsible for:

- **Executive Business Sponsor** - who will provide oversight, escalation support and decisions for the duration of the project. The business sponsor will participate in weekly steering committee calls and is empowered with final decision authority for Client.

- **Project Manager** - (at no less than 50% capacity) to be the primary point of contact, to manage Client resources, to coordinate with 3P, and to manage Client deliverables.



RunDTC _____ Client

7

DocuSign Envelope ID: D520BD52-029D-4238-8FE2-A0AEF9BE1E1D



- **Subject Matter Experts** - (on an as required basis) during the course of the engagement, may provide information to the RunDTC team related to internal IT systems, 3P systems, or any other stakeholders with a vested interest in the application.

- **Technical Lead** - (on an as required basis) responsible for working with the RunDTC Tech lead and PM to ensure that all technical tasks involving Client systems are properly coordinated and executed.

- **User Acceptance Tester(s) -** (at no less than 100% capacity during certain periods of the project) to prepare for User Acceptance Testing by authoring and executing test cases during User Acceptance Testing (UAT), upon completion of the RunDTC development cycles.

- Providing facilities to host as needed in person meetings in and or around the Client project office. Facilities must have public Internet access, an overhead projector, white board and flip charts.

- Attending kickoff workshops. Participants will include a project manager, business sponsor, technical resources, merchandising representatives, and operations representatives.



RunDTC          Client

DocuSign Envelope ID: D520RD52-029D-4238-8FF2-A0AEF9BF-1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

## Estimated Timeline

The scope of work contained within this SOW is estimated at an overall **12 - 16 calendar weeks,** depending on the ultimate scope of work to be completed.  This timeline may be more or less, and the project team will work with Client to ensure that resources are available to support the final timeline.

The engagement will begin with a **2 - 3 week Discovery period**. This will be to confirm scope and align on requirements for implementation.

During Discovery, RunDTC will work with Client Stakeholders to finalize this timeline and make any necessary adjustments.  A detailed project plan will be provided, with detailed task assignments and milestone dates in connection with the planned implementation.  The project plan will represent a parallel effort to Client's other applicable workstreams. The estimated duration represents the time from the kick off date of the project. If necessary, RunDTC will provide Client with a detailed Change Request to modify the scope of the project, as determined over the course of Discovery.

# Fees

The scope of work within this SOW will be completed on a fixed-fee basis for $225,000, plus $61,880, which is the portion of the fees attributed to Program Management and additional resources to support the expedited timeline.

This SOW will be billed according to the following milestones:

| Milestone | Fee (USD) |
|---|---|
| 1. Execution of this SOW | $95,627 |
| 2. Six (6) weeks following the start of the engagement or completion of the first 3 jobs (as defined in the Scope section above) are code complete, whichever comes first | $95,627 |
| 3. Twelve (12) weeks following the start of the engagement or the beginning of User Acceptance Testing, whichever comes first | $95,626 |
| **Total** | **$286,880** |

### Invoicing

- All installments of the Fixed Fees will be invoiced according to the schedule listed in the fees table above.

- Invoices for the Fixed Fees will be due per terms of the PSA.

- Any necessary travel, pre-approved in accordance with the PSA, will be billed as separate invoices.

- All payments will be made via ACH or wire transfer. RunDTC banking details will be provided on each invoice.

 RunDTC _____ Client

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D

# Assumptions, Terms, & Conditions

Below are the assumptions under this Statement of Work ("SOW"). If any of the assumptions are missed or are proven to be inaccurate, RunDTC reserves the right to present Client with an amendment to this SOW through a Change Request, reflecting the impact on schedules, costs and/or deliverables. RunDTC will present Client with the risks associated with the delay and demonstrate the anticipated cost, timeline and/or deliverable impact that a missed assumption directly causes. RunDTC and Client will work together to determine the best course of action. No action will be taken until a decision is reached by RunDTC and Client.

## Fees & Services

- <u>PSA.</u> This SOW is hereby incorporated into and made part of the PSA and is subject to all of the terms and conditions set forth in the PSA; provided, however, that in the event of any conflict between the terms and conditions set forth in this SOW and the terms and conditions of the PSA, the terms and conditions set forth in the PSA shall control.

- <u>Fixed Fee.</u> All work will be performed on a fixed fee basis for fixed scope. The fees provided in this Statement of Work are based on the information available to RunDTC at the time of this Statement of Work. If there are any variations to the scope contained within this SOW, or there proves to be any unforeseen complexities in the development effort, through no fault of RunDTC, costs may vary and could be greater than the fees provided within this SOW. RunDTC will review with Client any variances in scope that could impact budget, and will determine how to best proceed, including the potential for a Change Request to add budget to the project.

- <u>Services Only Engagement</u>. This SOW is for services only. No hardware, software, or hosting fees are included.

- <u>Support</u>. This SOW does not include ongoing support and maintenance post launch, other than any hypercare specified within this SOW. A separate support SOW will be provided.

- <u>Project Timeline</u>. All fees in this SOW assume a continuous project implementation without any stoppage in effort. If there is a stoppage in effort or delays, as directed by or caused by Client, additional fees may be incurred.

- <u>Project Delays</u>. RunDTC will not be responsible for any delays that result from any delays in receiving work products of third parties, feedback from Client on Deliverables, or Client requirements and/or approval on scope necessary for launch. RunDTC will further not be responsible for delays resulting in access controls, third party services and systems to be provided by Client, or other areas that are outside the reasonable control of RunDTC. RunDTC has estimated and budgeted the effort in this SOW with the assumption that all access and data is available to have a continuous project without stoppage in effort. If the RunDTC team is delayed and waiting for access to a system, Client approvals, data, or anything else necessary to advance the Project, there will be additional fees to keep the team engaged during the periods of delays. These fees will be determined based on the total impact to timeline and necessary resources to remain engaged to support the Client project.

- <u>Additional Time</u>. Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request. The RunDTC Project Manager or Account Manager will advise Client immediately of any such potential impacts to timeline and/or budget.

- <u>Third Party Costs</u>. Unless otherwise noted in this SOW, Client is responsible for securing 3rd party products required to implement this project, including but not limited to: 3rd party software licenses, middleware, and all software licenses/subscriptions for the project implementation.



RunDTC _____ Client

FILED DATE: 11/21/2025 12:44 PM    2025L014463

- <u>Change Requests</u>. A Change Request will be issued any time an SOW changes after execution. A Change Request will also be issued after a change is requested to modify a previously-approved deliverable OR to include an item in scope which was previously determined to be out of scope. Any scope contained in a Change Request that has been previously scoped in an SOW or preceding Change Request is considered to be a replacement of that scope. RunDTC will not begin any work on a Change Request until it is approved by the client.

### Execution of Work

- <u>Availability</u>. Other than as mutually agreed upon by the parties, work generally will be completed by RunDTC offsite and will rely extensively on telephone, email and screen sharing interaction meetings.

- <u>Review and Sign-Off Process</u>. A round of review is defined as work being presented or delivered to approved Client personnel. Presentations can be either in person or by conference call with screen sharing, as agreed upon by the parties. The Client team will review the work and provide timely feedback either in the presentation meeting or within two business days (48 hours) of that meeting, which will be addressed by RunDTC in the subsequent round, until the presented Deliverable is acceptable and approved by Client per the terms of the associated PSA.

- <u>Test System Access</u>. Client will provide test environments for all applicable systems and 3rd party vendor integrations identified within this SOW in order to facilitate pre-production system testing. Failure to provide the necessary access compromises RunDTC's ability to deliver a properly functioning solution and may require a Change Request for additional risk mitigation effort.  Client will manage all non-Salesforce third-party integrations and infrastructure requirements for the successful testing and completion of the project.

- <u>Client Resource Availability</u>. Estimates assume availability of resources from Client to coordinate with the various entities and provide support as required. Estimates assume participation by the business partners in order to ensure overall satisfaction with the quality of the deliverable.

- <u>Third Party Code Issues</u>.  Unless otherwise stated in this proposal, time, materials and expenses expended by RunDTC to research and resolve issues with any codebase supplied by a third party are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Client Code Issues</u>.  Unless otherwise stated, time, materials and expenses expended by RunDTC to research and resolve issues with any Client-supplied codebase are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Platform Features</u>. The scope of the project will be limited to the implementation of the current version of the Salsify Advance Platform and the features that are available on the project's start date. Features requested that are not available in the publicly-available version of the Salsify Advance Platform will be considered out of scope, except for those listed in this SOW.

- <u>Data Services</u>. Unless specified herein, this SOW does not include services for data cleansing or resolving data integrity issues in any systems or applications. Integration with a system shall not include data cleansing or resolution of data integrity issues.

- <u>Launch Date</u>. Any references to a Launch Date in this SOW are defined as the date that the application is made available to the public such that an order can be taken.

- <u>Launch Support / Hypercare</u>.  Hypercare to support any critical defects from the original scope and the production instance of Salsify post launch, will be limited to 2 calendar weeks following the date of launch.  Any new features or defects that are not part of the original scope OR any bugs or defects part of the original scope that are not complete prior to the expiration of this hypercare period will require a new support agreement to be in effect to continue addressing any ongoing support or enhancement items.



_B_N_ RunDTC _____Client

DocuSign Envelope ID: D520RD53-029D-4238-85F2-A0AEF9BF-1E1D



FILED DATE: 11/21/2025 12:44 PM    2025L014463

- <u>Third Party Software.</u>  Client and RunDTC together assume that any software chosen to be implemented and/or configured is 'bug-free', and functions as expected.  If bugs or software issues arise (including when upgrades or patch fixes, or service packs, or further add-ons for improvements, which cause functional elements to cease working unexpectedly), RunDTC is not responsible for amending the solution to accommodate, nor to do bug fixes on those software solutions outside RunDTC's control. This includes those software solutions' core code, upgrades, service packs, or any of their web services, connectors, or any other pieces that would not be contrived at project start date.

- <u>User Acceptance Testing</u>. The User Acceptance Testing period as listed in this SOW has been provided at 2 calendar weeks of time for the Client to identify any critical defects preventing launch, and within this time, the RunDTC team will correct any such defects.  The budget within this SOW has been allocated accordingly.  If Client requests more than 2 weeks for UAT, this will incur a Change Order

- <u>General Consulting.</u>  Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request.  The RunDTC Project or Account Manager will advise of any such potential impacts to timeline & budget.

- <u>Content Migration.</u>  Unless specified within this SOW, Creation, migration, and loading platform content is the sole responsibility of the Client.  Platform content is defined as, but not limited to, product content (including images) and general content pages.  This SOW does not include any content development. RunDTC will not be responsible for creating, editing or translating any copy for the project, creating any promotional design elements or providing any product imagery, creation or migration of data.  If Client requests, RunDTC can provide these services via a separate SOW.

- <u>Current Functionality.</u>  Unless specified within this SOW, features and functionality of the Client's PIM, if one exists, are not assumed to be included in the scope of this project.  Scope of the project is assumed to be current platform functionality of the current platform version and any specified customizations defined within this SOW.

- <u>Data Privacy</u>. RunDTC and Client acknowledge the industry standards and practices related to data security are evolving, and although RunDTC codes according to best-practice security standards, RunDTC is not responsible for certification and compliance with CCPA, GDPR, or other similarly situated regional or global privacy regulations, both at the Salsify level and enterprise-wide at Client  RunDTC can recommend data privacy consultants who specialize in these areas and can work with any of Client's chosen experts to achieve Client's compliance with any data privacy laws under a time and materials engagement under a separate Change Request.



DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEE9BF1E1D



IN WITNESS WHEREOF, the parties have caused this Statement of Work to be executed and delivered this agreement of the dates specified below and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.

**Approved and Accepted By:**

**RunDTC, LLC**

Ben Noonan
_____
Name

CEO / Founder
_____
Title

_____
Signature

05 / 06 / 2024
_____
Date

**ProCaps Laboratories, Inc.**

Andrew Lessman
_____
Name

CEO
_____
Title

*Andrew Lessman*
DocuSigned by:
4CFEBE4FDC2745E...
_____
Signature

5/13/2024
_____
Date



FILED DATE: 11/21/2025 12:44 PM  2025L014463

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT D

DocuSign Envelope ID: D520BD53-029D-4238-85F2-A0AEE9BE1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463



**STATEMENT OF WORK:  #003**

**PROJECT NAME:** Salesforce Service Cloud Implementation

**RunDTC, LLC**

Contact:      Ben Noonan

Address:      32565 B Golden Lantern #480

                   Dana Point, CA 92629

Phone:        949-637-3990

**ProCaps Laboratories, Inc.**

Contact:    Madison Samford

Address:   430 Parkson Road
                  Henderson, NV 89011

Phone:

DocuSign Envelope ID: D520BD52-029D-4238-8FF2-A0AEF9BF1E1D

This Statement of Work (the "SOW") made this __6th__ day of May, 2024 by and between RunDTC, LLC ("RunDTC" or "we") and ProCaps Laboratories, Inc ("Client" or "you") and is incorporated into that certain Professional Services Agreement dated November 16th, 2023, by and between Client and RunDTC. Any capitalized terms used herein but not defined shall have the meaning ascribed to them in the Professional Services Agreement.

# Project Overview

We are thrilled to be ProCap's ("Client") partner of choice for the implementation of Salesforce Service Cloud ("SFSC"). This Statement of Work ("SOW") documents the work, timeline, and estimated costs for a project to configure, customize, and integrate the platform in support of the enhanced customer service operations. This effort includes:

1. Customizing and integrating SFSC to address the defined business needs;
2. Providing the Client team business support to utilize the new platform at launch;

# Project Objective & Philosophy

**Objective** – This project is intended to create a business-driven customer service solution that will allow the Client Customer Service team to manage support incidents and orders within a single screen and with the tools necessary to surprise and delight their customers. A RunDTC project team led by the PM will deliver on this effort.

1. **Prescribed Functionality**

   a. Service Cloud functionality / scope will be exclusively based on available functionality in the Salesforce Service Cloud platform unless mentioned in the "Description of Work" section below.

   b. Native functionality will be utilized whenever possible.

   c. Custom functionality or modifications to native functionality are outlined below and will be minimized to (1) reduce project risk, and (2) maintain a predictable project schedule and timeline.

   d. 3rd party vendor integrations, if necessary, will be executed using Salesforce-approved apps when available.

2. **Accelerated Project Cycle**

   a. The project will adhere to predefined intervals for each project phase (Discovery, Design, Solution Build, and QA/UAT/Deploy) with a focus on delivering against the approved business requirements and project timeline.

   b. Change Requests may be offset by de-scoping previously-approved functionality.

3. **Implementation Readiness**

   a. The project development cycle will not start until requisite requirements (Strategy, Roles & Responsibilities, Technical Architecture, 3rd party Partners Selection, Contracts, and Team Members) have been met, and respective obligations to all predefined Project Milestones can confidently be met.



RunDTC _____ Client

2

FILED DATE: 11/21/2025 12:44 PM  2025L014463

DocuSign Envelope ID: D520BD52-029D-4238-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

# Approach

To complete the objectives of this project, RunDTC will manage the project using the following milestone phases. One or more non-dependent phases/tasks may occur in parallel to optimize project duration.

1. **Project Planning / Discovery**
   a. Planned to be a 4 - 6 week effort
   b. Confluence will be used for all project documentation, particularly Business Requirements Document, and Functional Specification Documents (FSDs), Technical Specification Documents (TSDs), and Integration Specification Documents (ISDs), if applicable.
   c. Jira will be used to manage tasks and workstreams.
   d. The agreed upon project timeline serves as reference for coordinating efforts, and aligning milestone deliverables by Client, RunDTC, and others as necessary.
   e. Roles and responsibilities, task dependencies, and their sequence will be captured in the project plan and/or Jira roadmap.

2. **Development Environment Set-up**
   a. Client Salesforce Org will be utilized.
   b. Client code repository will be utilized.

3. **Implementation and Configuration**
   a. Create one (1) new Service Cloud platform
      i. Execute customizations and configure as necessary.
      ii. Implement and modify 3rd Party integrations as specified in the various ISDs.

4. **Assist Client with the migration and population of data**
   a. Assist Client with loading necessary data into the platform. It is assumed that Client will have the applicable data in a Salesforce-ready integration format.

5. **Quality Assurance**
   a. Create a SFSC test plan that defines: test scope, number of test cycles, cycle objectives and duration, and exit criteria; all in coordination with other 3rd party systems.
   b. Complete a regression cycle for the purpose of existing system testing, and entry into UAT testing.

6. **User Acceptance Testing**
   a. 1 or more resources from the Client team will execute against a User Acceptance Test (UAT) plan to ensure that originally documented requirements have been met and that SFSC is ready to launch into production.
   b. Any defects that are identified but not critical to the launch of the platform will be documented and pushed to a post-launch support phase.

7. **Application Launch**
   a. Go-live planning
   b. Final business user training
   c. Production Launch

8. **Post-Launch**

 RunDTC _____ Client

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEE9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

**a.** A 2 week hypercare period will be included as part of this SOW. This will address any defects or issues that arise out of the original implementation scope. Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC will be available for this two week period to ensure the Service Cloud launch is supported.

**b.** Any necessary support post-launch will be completed under a separate support agreement. This will include any requested enhancements not part of the original scope of work, or any other support requests. This agreement will be created, reviewed, and executed prior to launch of the new platform.

# Description of Work

The following sections outline the Phases, Activities, and Project Deliverables.

## Discovery Phase

At the start of the project, RunDTC will lead a Discovery Phase to confirm and document requirements, establish an estimated timeline, and provide any necessary updates to this SOW.

RunDTC will leverage RunDTC's Atlassian environment (Jira and Confluence) to set up the necessary project requirements documentation and task management portal.

This Discovery Phase is estimated to last **4 - 6 weeks,** and will involve several team members from both RunDTC and Client to fully document and review all necessary functionality and integrations. Client stakeholders with an interest in Customer Service, Order Management, and other areas of Client operations will participate in the Discovery sessions.

At the conclusion of the Discovery process, RunDTC & Client will deliver the following.

| Data Definition and Environment Setup | |
| --- | --- |
| **Deliverable** | **Description** |
| Business Requirements Document (BRD) | RunDTC will develop a detailed listing of functional and technical requirements for the SFSC implementation. The document will include 3rd party integrations and potential functional deviations from SFSC native functionality. |
| Project Timeline and Milestones | RunDTC will develop a project timeline and milestones based on the agreed-upon requirements and the subsequent estimates. |



RunDTC _____ Client

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D

# Build Phase

Upon completion of the Discovery phase, RunDTC will provide Project Management, Architectural Oversight, Engineering, and Quality Assurance resources to support the tasks required to implement the SFSC solution, as defined in the Discovery deliverables. The tasks will be executed as defined below.

If specific customizations or integrations are not included within the table below or within this SOW, it is assumed to not be included in the build.

| Solution Build | |
|---|---|
| **Deliverable** | **Activities** |
| Service Cloud Initial Setup | ● Configuration of the Service Cloud instance; provisioning and base user configuration. |
| Phone and IVR setup and configuration | ● Design and develop a mapping mechanism to link IVR menu options to specific case types, issue/request types in Salesforce Service Cloud<br>● Develop functionality to search for existing customer records in Service Cloud based on the caller's phone number.<br>● Create a new contact or account record in Salesforce Service Cloud using the caller's phone number and additional details captured during interaction, if no existing record is found. |
| Case Management | ● Enable the Support team to manage Caseloads and assignments, monitor goals and metrics, and facilitate transfer of Cases and Case related information amongst teams.<br>● Configure Queues and Case Assignment rules to route incoming cases to available and appropriately skilled Support Agents, so the Case is managed by the most suitable Agent<br>● Configure and customize Case Layouts to give Support Agents proper prioritization and access to information and business processes.<br>● Configure Case Escalation rules and manual escalation automation to ensure stagnate cases get addressed in a timely manner and Agents can quickly and easily escalate Cases that are better handled by other Agents or others.<br>● Configure Case Activity Management so that the history of a Case is recorded, allowing for easy transfer of a Case between Account Managers or departments and a record for posterity.<br>● Set up an Email-to-Case channel to make it easy for customers to submit a case by simply sending an email with a question or issue details. Email-to-Case can create a Case and link it with an existing Contact in Salesforce. Cases Created this way are routed via the Org's Assignment Rules and Omni-Channel routing.<br>● Set up a Web-to-Case channel to allow customers to easily submit a case via an online form. Web-to-Case can create a Case and link it with an existing Customer in Salesforce. Cases Created this way are routed via the Org's Assignment Rules and Omni-Channel routing.<br>● Configure Key performance indicators on Cases, such as Time to Acceptance, Time to Resolution, Case Age, or escalated Cases to monitor |



RunDTC                    Client

5

DocuSign Envelope ID: D520BD52-029D-4238-85F2-A0AEE9BE1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

| | |
|---|---|
| | agent performance, provide coaching, and discover metrics on Cases and products for greater insight on possible solutions to pain points.<br>• Configure Dashboards and Reports on Cases and Key Performance indicators to create a culture of encouragement and reward where support agents can see the results of their performance and Managers can monitor weak points for coaching.<br>• Configure List Views and KanBan Views of Cases so that support agents, managers, and queue members can have easy access to the information they are looking for about cases, including being able to select unassigned Cases from Queues. |
| Live Chat | • Develop APIs / code for implementation of live chat functionality on the client webstore<br>• Configure Salesforce Service Cloud to handle incoming chat requests from the webstore<br>• Set up chat queues, routing rules and assignment rules to ensure chats are directed to appropriate agents based on workload or skillset<br>• Capture chat transcripts and interaction history to be connected to cases |
| Einstein Service Cloud Bot | • Enable the customer service team to focus on higher value and more engaging requests by delegating simple and repeatable items to an automated service bot.<br>• Enable interrogation of the CRM when answering simple questions related to orders, refunds, policies, and returns.<br>• Deploy the bot across one or more channels to enable case deflection and fast resolution for customers. |
| Social Listening and Response | • CSRs will have the ability to view, and respond to, DMs from META/Facebook via Service Cloud integration with Facebook messenger. |
| Marketplaces | • CSRs will have the ability to view Amazon Marketplace orders through the integration with the OMS. |
| Implement Reports and Dashboards | • Specific reports and dashboards are to be determined, but they will include, at a minimum, the following metrics/widgets:<br>• Number of tickets, solved tickets, unsolved tickets, one touch tickets, two touch tickets, reopened tickets, ticket groups, average close ticket time |
| Quicktext | • Configure common greetings, closings, and responses for Support Agents for responding efficiently and consistently to clients.<br>• Leverage merge fields to personalize template replies.<br>• Create replies in multiple languages and leverage them across multiple channels. |
| Knowledge and Public Community (public use) | • Enable public access to Knowledge articles online so the public can search for and find solutions to common problems without the need to submit a case to support.<br>• Include Knowledge Articles in a public community so search engines can share them with searching users. |



$\mathcal{BN}$ RunDTC      Client

6

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

|  |  |
|---|---|
|  | • Gather usage and rating data to validate what is being leveraged by customers.<br>• This enables Syndicated Knowledge so partners can access your articles via API to present in their own UI if desired. |
| Customize Service Cloud screens/views | • List views, new case forms, case screens for triaging. |
| User Management and Security Implementation | • Native Salesforce roles and permissions will be employed to manage the access of authorized users to the system and the various features, objects and data. |
| Order Visibility and Servicing | • Customer orders will be imported from the commerce platform and order management system such that Customer Service Reps (CSRs) can see the details.<br>• In applicable scenarios, CSRs will have the ability to modify orders directly within Service Cloud via integration w/ OMS. |
| Subscription Management | • In applicable scenarios, CSRs will have the ability to identify, and modify, existing subscription orders through subscription service integration. .<br>• CSRs will have the ability to create new subscription orders for customers through the commerce platform. |
| Flex Pay | • In applicable scenarios, CSRs will have the ability to identify, and modify, existing flex pay orders leveraging integrations between service application and other applicable systems<br>• CSRs will have the ability to create new flex pay orders for customers leveraging integrations between service application and other applicable systems. |
| Customer Account Management | • CSRs will have the ability to easily search for and find customer accounts, modifying them as needed.<br>• CSRs will be able to create new customer accounts and upon completion, the account will be propagated throughout the digital ecosystem so as to ensure that customers are able to access their account in all applicable systems. |

| Integrations | |
|---|---|
| **3P System** | **Activities** |
| Order Management System (OMS) | • The OMS will be integrated to enable CSRs to view the details of orders, to modify them when applicable and to create new orders as needed.<br>• The details of the OMS integration will be established during the Discovery phase. |
| PCL | • PCL will be integrated to enable the flow of all applicable data including, but not limited to, customer accounts, orders, product data and product pricing. |



BN RunDTC          Client

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

| Integrations | |
|---|---|
| | • The details of the PCL integration will be established during the Discovery phase. |
| Shopify | • Shopify will be integrated to enable the flow of all applicable data including, but not limited to, customer accounts, orders, product data and product pricing.<br>• The details of the Shopify integration will be established during the Discovery phase. |
| PCI Pal | • PCI Pal will be integrated to enable customers to securely provide credit card data over the phone.<br>• The details of the PCI Pal integration will be established during the Discovery phase. |

| Quality Assurance | |
|---|---|
| **Deliverable** | **Activities** |
| Test Plan | Incorporating all of the in-scope project deliverables, RunDTC will create a test plan including the pre-production and production phases of the project, anydata integration to external systems, if applicable, and proper usability by Client business stakeholders. |

| Platform Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Finalize Documentation | Complete all supporting documentation. |
| Training & Support Plan | RunDTC will work with Client to create a training plan that will outline the training for Client business users, so Client is ready to operate SFSC at launch. RunDTC will also review the post launch support needs and develop a plan accordingly. |
| Platform Launch | Enabled Service Cloud instance, with dashboards specific to appropriate Client Service Representatives, providing all required data as part of this SOW. |

| Post-Launch | |
|---|---|
| **Deliverable** | **Activities** |



RunDTC          Client

DocuSign Envelope ID: D520BD52-029D-4238-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

| Hypercare | A 2 week hypercare period will be included as part of this SOW.  This will address any defects or issues that arise out of the original implementation scope.  Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC will be available for this two week period to ensure the Service Cloud launch is supported. |
|---|---|
| Post-Launch Phase | Any necessary support post-launch will be completed under a separate support agreement. This agreement will be created, reviewed, and executed prior to launch of the new platform. |

# Resources - Activities and Responsibilities

RunDTC will provide the following services at different points throughout the course of this SOW. A single resource may serve in multiple roles:

- <u>Project Management</u>: The RunDTC Project Manager is responsible for managing the scope of work defined in this agreement. The Project Manager will communicate regularly with the Client team to ensure expectations are being met and that all applicable resources are informed of the current project status including budget, deliverables and risks. The Project Manager will schedule a weekly status call and will generate a project timeline that will be distributed to the team in order to direct and manage the work effort.

- <u>Business Analyst</u>: The RunDTC Business Analyst is responsible for facilitating discussion about, and documenting, functional and business requirements.  Following a defined methodology for capturing requirements and identifying priorities, the Business Analyst ensures that requirements are easily referenceable by the Client and the RunDTC project team.

- <u>Solution Architecture</u>: The RunDTC Solution Architect is responsible for the overall technical implementation and ensures that the project is being implemented in accordance with the agreed-upon requirements and best practices. The Solution Architect will also help coordinate the delivery of technical tasks and the testing effort.

- <u>Engineering</u>: RunDTC engineering resources are responsible for implementing the solution as defined by the Solution Architect & Business Analyst, including the functional requirements and technical architecture.

- <u>Quality Assurance</u>:  RunDTC Quality Assurance engineers will be provided as part of this project. A test plan will be created to define the scope of our testing and all necessary test cases. Test cycles will be executed until all go-live blocking defects have been resolved.

- <u>Project Collaboration</u>: RunDTC will use a project portal in RunDTC's Atlassian environment (Confluence / JIRA) for project collaboration and task management. This will be the central repository for project documentation, task assignment and other project artifacts throughout the project. RunDTC and Client Project team members will have access to Confluence and JIRA.

The Client team will be responsible for:

- <u>A Project Manager</u>: who is responsible for managing internal resources, coordinating Client

 RunDTC _____ Client

9

contracted 3rd party systems or services, obtaining any deliverable sign offs, and leading the User Acceptance Testing (UAT) phase (after the RunDTC team has completed its test cycle as described above).

- <u>Business Subject Matter Experts (SME's)</u>: that will be available during Discovery and then on an as-needed basis to answer any questions from the project team that may come up during the course of the project.

- <u>Technical Lead</u>: who will be responsible for working closely with the RunDTC Solution Architect and Project Manager on coordinating various technical aspects of the project.

- <u>User Acceptance Testing</u>: a team made up of your business and technical users will need to perform a User Acceptance Test following test cases developed by your team. They will be required to document any defect in the JIRA system and approval by the UAT team is necessary to launch SFSC into production.

- Attending kickoff workshops. Participants will include a project manager, business sponsor, technical resources, subject matter representatives, and operations representatives.

## Estimated Timeline

The scope of work contained within this SOW is estimated at an overall **14 - 18 calendar weeks,** depending on the ultimate scope of work to be completed.  This timeline may be more or less, and the project team will work with Client to ensure that resources are available to support the final timeline

The engagement will begin with a **4 - 6 week Discovery period**. This will be to confirm scope and align on requirements for implementation.

During Discovery, RunDTC will work with Client Stakeholders to finalize this timeline and make any necessary adjustments.  A detailed project plan will be provided, with detailed task assignments and milestone dates in connection with the planned implementation.  The project plan will represent a parallel effort to Client's other applicable workstreams. The estimated duration represents the time from the kick off date of the project. If necessary, RunDTC will provide Client with a detailed Change Request to modify the scope of the project, as determined over the course of Discovery.

## Fees

The scope of work within this SOW will be completed on a fixed-fee basis for $400,000, plus $61,880, which is the portion of the fees attributed to Program Management and additional resources to support the expedited timeline.

This SOW will be billed according to the following milestones:

| Milestone | Fee (USD) |
|---|---|
| 1.  Execution of this SOW | $92,376 |
| 2.  Four (4) weeks following the start of the engagement or environment fully configured, whichever comes first | $92,376 |
| 3.  Eight (8) weeks following the start of the engagement or the case management configuration complete, whichever comes first | $92,376 |

 RunDTC _____Client

10

DocuSign Envelope ID: D520BD53-029D-4238-85F2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463

| | | |
|---|---|---|
| 4. Twelve (12) weeks following the start of the engagement or the chatbot and social listening / response integration is complete, whichever comes first | | $92,376 |
| 5. Beginning of User Acceptance Testing | | $92,376 |
| | **Total** | **$461,880** |

## Invoicing

- All installments of the Fixed Fees will be invoiced according to the schedule listed in the fees table above.

- Invoices for the Fixed Fees will be due per terms of the PSA.

- Any necessary travel, pre-approved in accordance with the PSA, will be billed as separate invoices.

- All payments will be made via ACH or wire transfer. RunDTC banking details will be provided on each invoice.

# Additional Scope Items

Below are additional inclusions or exclusions in scope. If any scope items are not explicitly defined within this SOW, they are considered to be out of scope and can be included via Change Request.

- **Excluded Scope**
  - Other than the configuration, customization, or integration listed in the Solution Build table above, no other customizations will be included as part of this scope of work.

- **Client Deliverables / Responsibilities**

  Client will be responsible for the following:

  - Define and document the customer service processes and workflows that need to be supported by Service Cloud - ex. rules for case assignments, escalations, etc.
  - Populate knowledge base within Salesforce Service Cloud with relevant articles, FAQs, guides, etc. for assisting their CS team members in resolving issues efficiently.
  - Collaborate with RunDTC implementation team to tailor the Service Cloud setup and configuration to meet their specific needs for the CS team during development & QA.
  - Participate in user acceptance testing to validate that Salesforce Service Cloud meets the functional requirements and business needs of the customer service team.
  - Identify and report any issues or discrepancies encountered during testing to ensure they are addressed before final deployment.
  - Facilitate change management activities to smooth the transition to Salesforce Service Cloud, including communicating updates, soliciting feedback, and addressing concerns from team members.



RunDTC     Client

DocuSign Envelope ID: D520BD53-029D-4238-85F2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463

- ○ Conduct hands-on training sessions for their CS team members; Create training materials specific to their business and CS needs, any user guides, and FAQs to support ongoing learning and adoption of the platform.

 RunDTC _____ Client

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D

# Agreement Execution

## Assumptions, Terms, & Conditions

Below are the assumptions under this Statement of Work ("SOW"). If any of the assumptions are missed or are proven to be inaccurate, RunDTC reserves the right to present Client with an amendment to this SOW through a Change Request, reflecting the impact on schedules, costs and/or deliverables. RunDTC will present Client with the risks associated with the delay and demonstrate the anticipated cost, timeline and/or deliverable impact that a missed assumption directly causes. RunDTC and Client will work together to determine the best course of action. No action will be taken until a decision is reached.

## Fees & Services

- <u>PSA.</u> This SOW is hereby incorporated into and made part of the PSA and is subject to all of the terms and conditions set forth in the PSA; provided, however, that in the event of any conflict between the terms and conditions set forth in this SOW and the terms and conditions of the PSA, the terms and conditions set forth in the PSA shall control.

- <u>Fixed Fee.</u> All work will be performed on a fixed fee basis for fixed scope. The fees provided in this Statement of Work are based on the information available to RunDTC at the time of this Statement of Work. If there are any variations to the scope contained within this SOW, or there proves to be any unforeseen complexities in the development effort, through no fault of RunDTC, costs may vary and could be greater than the fees provided within this SOW. RunDTC will review with Client any variances in scope that could impact budget, and will determine how to best proceed, including the potential for a Change Request to add budget to the project.

- <u>Services Only Engagement.</u> This SOW is for services only. No hardware, software, or hosting fees are included.

- <u>Support.</u> This SOW does not include ongoing support and maintenance post launch, other than any hypercare specified within this SOW. A separate support SOW will be provided.

- <u>Project Timeline.</u> All fees in this SOW assume a continuous project implementation without any stoppage in effort. If there is a stoppage in effort or delays, as directed by or caused by Client, additional fees may be incurred.

- <u>Project Delays.</u> RunDTC will not be responsible for any delays that result from any delays in receiving work products of third parties, feedback from Client on Deliverables, or Client requirements and/or approval on scope necessary for launch. RunDTC will further not be responsible for delays resulting in access controls, third party services and systems to be provided by Client, or other areas that are outside the reasonable control of RunDTC. RunDTC has estimated and budgeted the effort in this SOW with the assumption that all access and data is available to have a continuous project without stoppage in effort. If the RunDTC team is delayed and waiting for access to a system, Client approvals, data, or anything else necessary to advance the Project, there will be additional fees to keep the team engaged during the periods of delays. These fees will be determined based on the total impact to timeline and necessary resources to remain engaged to support the Client project.

- <u>Additional Time.</u> Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request. The RunDTC Project Manager or Account Manager will advise Client immediately of any such potential impacts to timeline and/or budget.

- <u>Third Party Costs.</u> Unless otherwise noted in this SOW, Client is responsible for securing 3rd party products required to implement this project, including but not limited to: 3rd party software licenses, middleware, and all software licenses/subscriptions for the project implementation.

 RunDTC _____ Client

13

DocuSign Envelope ID: D520RD52-029D-4238-8EF2-A0AEF9BE1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

- <u>Change Requests</u>. A Change Request will be issued any time an SOW changes after execution. A Change Request will also be issued after a change is requested to modify a previously-approved deliverable OR to include an item in scope which was previously determined to be out of scope. Any scope contained in a Change Request that has been previously scoped in an SOW or preceding Change Request is considered to be a replacement of that scope. RunDTC will not begin any work on a Change Request until it is approved by the client.

**Execution of Work**

- <u>Availability</u>. Other than as mutually agreed upon by the parties, work generally will be completed by RunDTC offsite and will rely extensively on telephone, email and screen sharing interaction meetings.

- <u>Review and Sign-Off Process</u>. A round of review is defined as work being presented or delivered to approved Client personnel. Presentations can be either in person or by conference call with screen sharing, as agreed upon by the parties. The Client team will review the work and provide timely feedback either in the presentation meeting or within two business days (48 hours) of that meeting, which will be addressed by RunDTC in the subsequent round, until the presented Deliverable is acceptable and approved by Client per the terms of the associated PSA.

- <u>Test System Access</u>. Client will provide test environments for all applicable systems and 3rd party vendor integrations identified within this SOW in order to facilitate pre-production system testing. Failure to provide the necessary access compromises RunDTC's ability to deliver a properly functioning solution and may require a Change Request for additional risk mitigation effort.  Client will manage all non-Salesforce third-party integrations and infrastructure requirements for the successful testing and completion of the project.

- <u>Client Resource Availability</u>. Estimates assume availability of resources from Client to coordinate with the various entities and provide support as required. Estimates assume participation by the business partners in order to ensure overall satisfaction with the quality of the deliverable.

- <u>Third Party Code Issues.</u>  Unless otherwise stated in this proposal, time, materials and expenses expended by RunDTC to research and resolve issues with any codebase supplied by a third party are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Client Code Issues.</u>  Unless otherwise stated, time, materials and expenses expended by RunDTC to research and resolve issues with any Client-supplied codebase are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Platform Features</u>. The scope of the project will be limited to the implementation of the current version of the Salesforce Service Cloud Platform and the features that are available on the project's start date. Features requested that are not available in the publicly-available version of the Salesforce Service Cloud Platform will be considered out of scope, except for those listed in this SOW.

- <u>Data Services</u>. Unless specified herein, this SOW does not include services for data cleansing or resolving data integrity issues in any systems or applications. Integration with a system shall not include data cleansing or resolution of data integrity issues.

- <u>Launch Date</u>. Any references to a Launch Date in this SOW are defined as the date that the application is made available to the public such that an order can be taken.

- <u>Launch Support / Hypercare</u>.  Hypercare to support any critical defects from the original scope and the production instance of Service Cloud post launch, will be limited to 2 calendar weeks following the date of launch.  Any new features or defects that are not part of the original scope OR any bugs or defects part of the original scope that are not complete prior to the expiration of this hypercare period will require a new support agreement to be in effect to continue addressing any ongoing support or enhancement items.


RunDTC _____ Client

14

DocuSign Envelope ID: D520RD53-029D-4238-8FF2-A0AEF9BF-1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463

- <u>Salesforce Integrations.</u>  Salesforce has a very defined and prescriptive set of APIs and file formats required for imports and exports. All file-based imports and integrations with Salesforce will adhere to these formats, which Salesforce will make available to Client at the onset of the project.

- <u>Salesforce & Third Party Software.</u>  Client and RunDTC together assume that any software chosen to be implemented and/or configured is 'bug-free', and functions as expected.  If bugs or software issues arise (including when upgrades or patch fixes, or service packs, or further add-ons for improvements, which cause functional elements to cease working unexpectedly), RunDTC is not responsible for amending the solution to accommodate, nor to do bug fixes on those software solutions outside RunDTC's control. This includes those software solutions' core code, upgrades, service packs, or any of their web services, connectors, or any other pieces that would not be contrived at project start date.

- <u>User Acceptance Testing</u>. The User Acceptance Testing period as listed in this SOW has been provided at 2 calendar weeks of time for the Client to identify any critical defects preventing launch, and within this time, the RunDTC team will correct any such defects.  The budget within this SOW has been allocated accordingly.  If Client requests more than 2 weeks for UAT, this will incur a Change Order

- <u>General Consulting.</u>  Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request.  The RunDTC Project or Account Manager will advise of any such potential impacts to timeline & budget.

- <u>Content Migration.</u>  Unless specified within this SOW, Creation, migration, and loading platform content is the sole responsibility of the Client.  Platform content is defined as, but not limited to, product content (including images) and general content pages.  This SOW does not include any content development. RunDTC will not be responsible for creating, editing or translating any copy for the project, creating any promotional design elements or providing any product imagery, creation or migration of data.  If Client requests, RunDTC can provide these services via a separate SOW.

- <u>Current Functionality.</u>  Unless specified within this SOW, features and functionality of the Client's current dashboard or service platform, if one exists, are not assumed to be included in the scope of this project.  Scope of the project is assumed to be current platform functionality of the current platform version and any specified customizations defined within this SOW.

- <u>Data Privacy</u>. RunDTC and Client acknowledge the industry standards and practices related to data security are evolving, and although RunDTC codes according to best-practice security standards, RunDTC is not responsible for certification and compliance with CCPA, GDPR, or other similarly situated regional or global privacy regulations, both at the Service Cloud level and enterprise-wide at Client  RunDTC can recommend data privacy consultants who specialize in these areas and can work with any of Client's chosen experts to achieve Client's compliance with any data privacy laws under a time and materials engagement under a separate Change Request.



RunDTC        Client

15

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEE9BF1E1D

IN WITNESS WHEREOF, the parties have caused this Statement of Work to be executed and delivered this agreement of the dates specified below and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.

**Approved and Accepted By:**

**RunDTC, LLC**

Ben Noonan
_____
Name

CEO
_____
Title

_____
Signature

05 / 06 / 2024
_____
Date

**ProCaps Laboratories, Inc.**

Andrew Lessman
_____
Name

CEO
_____
Title

*Andrew Lessman*
DocuSigned by:
_____
Signature FDC2745E...

5/13/2024
_____
Date



_____ RunDTC _____ Client

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT E

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF-1E1D

**RUN DTC**

**STATEMENT OF WORK: #004**

**PROJECT NAME:** Order Management Solution Implementation

| **RunDTC, LLC** | **ProCaps Laboratories, Inc.** |
|---|---|
| Contact: Ben Noonan | Contact: Madison Samford |
| Address: 32565 B Golden Lantern #480 | Address: 430 Parkson Road |
| Dana Point, CA 92629 | Henderson, NV 89011 |
| Phone: 949-637-3990 | Phone: |



RunDTC _BN_     Client _al_ DS

1

DocuSign Envelope ID: D520BD52-029D-4238-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463



This Statement of Work (the "SOW") made this __6th__ day of May, 2024 by and between RunDTC, LLC ("RunDTC" or "we") and ProCaps Laboratories, Inc ("Client" or "you") and is incorporated into that certain Professional Services Agreement dated November 16th, 2023, by and between Client and RunDTC. Any capitalized terms used herein but not defined shall have the meaning ascribed to them in the Professional Services                                                                                                    Agreement.

# Project Overview

We are thrilled to be ProCap's ("Client") partner of choice for the implementation of Order Management  ("OMS"). This Statement of Work ("SOW") documents the work, timeline, and price for a project to configure, customize, and integrate the platform in support of the order management, inventory reservation and order routing (among others) capabilities. This effort includes:

1. Customizing and integrating OMS to address the defined business needs;
2. Providing the Client team business support to utilize the new platform at launch;

# Project Objective & Philosophy

**Objective** – This project will establish an Order Management foundation, to be used in support of the current, and future, needs of Client's business. The RunDTC project team, led by the Project Manager, will deliver on this effort.

1. **Prescribed Functionality**
   a. OMS functionality / scope will be exclusively based on available functionality in the Order Management platform unless mentioned in the "Description of Work" section below.
   b. Native functionality will be utilized whenever possible.
   c. Custom functionality will be created based on the business requirements and will be minimized to (1) reduce project risk, and (2) keep project schedule and timeline predictable.
   d. 3rd party vendor integrations will be executed using commercially-available apps when available.

2. **Accelerated Project Cycle**
   a. The project will adhere to predefined intervals for each project phase (Discovery, Design, Solution Build, and QA/UAT/Deploy) with a focus on delivering against the approved business requirements and project timeline.
   b. Change Requests may be offset by de-scoping previously-approved functionality.

3. **Implementation Readiness**
   a. The project development cycle will not start until requisite requirements (Strategy, Roles & Responsibilities, Technical Architecture, 3rd party Partners Selection, Contracts, and Team Members) have been met, and respective obligations to all predefined Project Milestones can confidently be met.

# Approach

To complete the objectives of this project, RunDTC will manage the project using the following milestone phases. One or more non-dependent phases / tasks may be executed in parallel in order to optimize the project duration.



DocuSign Envelope ID: D520BD52-029D-4238-8EF2-A0AEF9BF1E1D



1. **Project Planning / Discovery**

   a. Planned to be a 4 - 6 week effort.

   b. Confluence will be used for all project documentation, particularly the Technical Specification Documents (TSDs) and Integration Specification Documents (ISDs).

   c. Jira will be used to manage tasks and workstreams.

   d. The agreed-upon project timeline serves as reference for coordinating efforts, and aligning milestone deliverables by Client, RunDTC, and others as necessary.

   e. Roles and responsibilities, task dependencies, and their sequence will be captured in the project plan and/or Jira roadmap.

2. **Development Environment Set-up**

   a. Client OMS instances will be utilized.

   b. Client code repository will be utilized.

3. **Implementation and Configuration**

   a. Configure and customize one (1) new Order Management platform

      i. Execute customizations and configure as necessary.

      ii. Implement and modify 3rd Party integrations as specified in the various ISDs.

4. **Assist Client with the migration and population of data:**

   a. Assist Client with loading necessary data into the platform. It is assumed that Client will have the applicable data in an OMS-ready integration format.

5. **Quality Assurance**

   a. Create an OMS test plan that defines: test scope, number of test cycles, cycle objectives and duration, and exit criteria; all in coordination with other 3rd party systems.

   b. Complete a regression cycle for the purpose of existing system testing, and entry into UAT testing.

6. **User Acceptance Testing**

   a. 1 or more resources from the Client team will execute against a User Acceptance Test (UAT) plan to ensure that originally documented requirements have been met and that OMS is ready to launch into production.

   b. Any defects that are identified but not critical to the launch of the platform will be documented and pushed to a post-launch support phase.

7. **OMS Launch**

   a. Go-live planning will be coordinated across 3P systems and fulfillment centers, but may be launched prior to the others' readiness.

   b. Final business user training

   c. Production Launch

8. **Post-Launch**

   a. A 2-week hypercare period will be included as part of this SOW. This will address any defects or issues that arise out of the original implementation scope. Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC team will be available for this two week period to ensure the Order Management launch is supported.

   b. Any necessary support post-launch will be completed under a separate support agreement. This will include any requested enhancements not part of the original scope of work, or any other support requests. This agreement will be created, reviewed, and executed prior to launch of the new platform.

RunDTC _BN_    Client _al_    3

DocuSign Envelope ID: D520BD53-029D-4238-85F2-A0AEF9BF1E1D



# Description of Work

The following sections outline the Phases, Activities, and Project Deliverables.

## Discovery Phase

At the start of the project, RunDTC will lead a Discovery Phase to confirm and document requirements, establish an estimated timeline, and provide any necessary updates to this SOW.

RunDTC will leverage RunDTC's Atlassian environment (Jira and Confluence) to set up the necessary project requirements documentation and task management portal.

This Discovery Phase will **last 4 - 6 weeks** and will involve several team members from both RunDTC and Client to fully document and review all necessary functionality and integrations. Client stakeholders with an interest in Order Management, Customer Service, Fulfillment, and other areas of Client operations will participate in the Discovery sessions.

At the conclusion of the Discovery process, RunDTC & Client will deliver the following.

| Data Definition and Environment Setup | |
|---|---|
| **Deliverable** | **Description** |
| Business Requirements Document (BRD) | RunDTC will develop a detailed listing of functional and technical requirements for the OMS implementation. The document will include 3P integrations and potential functional deviations from OMS native functionality. |
| Project Timeline and Milestones | RunDTC will develop a project timeline and milestones based on the agreed-upon requirements and the subsequent estimates. |
| Systems Integration / Data Flow Diagram | RunDTC will create a systems diagram showing, among other things, the following:<br>● Products and Orders flowing from Shopify into OMS<br>● Inventory flowing from PCL into OMS<br>● Sales Orders flowing from OMS into PCL<br>● Ship Memos flowing from PCL into OMS<br>● Orders flowing from OMS into Service Cloud<br>Known integrations include:<br>1. Shopify (Customer Accounts, Products, Orders)<br>2. PCL (Sales Orders, Inventory, Pricing, Ship Memos)<br>3. Service Cloud (Sales Orders, Inventory) |

## Build Phase

Upon completion of the Discovery phase, RunDTC will provide Project Management, Architectural Oversight, Engineering, and Quality Assurance resources to support the tasks required to implement the OMS, as defined in the Discovery deliverables. The tasks will be executed as defined below.

If specific customizations or integrations are not included within the table below or within this SOW, it is assumed to not be included in the build.

| Solution Build | |
|---|---|



DocuSign Envelope ID: D520BD52-029D-4238-8EF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463



| Deliverable | Activities |
|---|---|
| OMS Environment Configuration | RunDTC will configure the new OMS environment to support this scope of work.<br><br>If available, the Client code repository will be used. If unavailable, RunDTC will work with Client to set one up. Any associated fees will be the responsibility of the Client. |
| Technical Specification Document (TSD) | A TSD will be created for all applicable functional customizations and will detail the specific effort. RunDTC and Client will collaborate to drive timely discussions and delivery of specifications. Upon acceptance, the TSD(s) shall serve as authoritative document(s) for development.<br><br>RunDTC may require both Client and RunDTC participation in reviewing, updating, and in some cases co-authoring specifications. |
| Integration Specification Document (ISD) | Client will facilitate and drive timely discussions and delivery of specifications from 3rd party systems. Each 3rd party integration will have a corresponding ISD that details the integration effort.<br><br>Upon acceptance, the ISDs shall serve as authoritative documents for development.<br><br>Both Client and RunDTC might be required to participate in reviewing, updating, and in some cases co-authoring specifications. |
| OMS Configuration | Configuration of the following functionality:<br><br>a) Environment(s) configuration<br>b) Setup of baseline flows for OMS<br>c) Order Management Users and Permissions<br>d) Flow for Order Summary Object<br>e) Configure and customize Fulfillment Locations<br>f) Configure and customize Fulfillment Types<br>g) Configure and customize Sales Channels (Shopify and Marketplaces)<br>h) Configure and customize Allocation and Reservation Rules |
| OMS Integration Development | Development of the following integrations:<br><br>a) Shopify<br>b) PCL<br>c) Service Cloud<br><br>This scope of work doesn't account for sales channels outside of those listed above. |
| Subscription Orders | • In applicable scenarios, CSRs will have the ability to identify, and modify, existing subscription orders.<br>• CSRs will have the ability to create new subscription orders for customers. |



DocuSign Envelope ID: D520BD52-029D-4238-85F2-A0AEF9BF1E1D



| | |
|---|---|
| Product Samples, Gift with Purchase | • Users will have the ability to add product samples to existing orders.<br>• Users will have the ability to add a gift product to existing orders. |
| Order Servicing | • Customer orders will be imported from the commerce platform such that users can see the details.<br>• In applicable scenarios, users will have the ability to modify orders directly within OMS.<br>• Orders can be created directly in OMS. |

| Quality Assurance | |
|---|---|
| **Deliverable** | **Activities** |
| Test Plan | Incorporating all of the in-scope project deliverables, RunDTC will create a test plan including the pre-production and production phases of the project, any data integration to external systems, if applicable, and proper usability by Client business stakeholders. |

| Platform Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Finalize Documentation | Complete all supporting documentation. |
| Training & Support Plan | RunDTC will work with Client to create a training plan that will outline the training for Client business users, so Client is ready to operate OMS at launch. RunDTC will also review the post launch support needs and develop a plan accordingly. |
| Platform Launch | The RunDTC team will execute the project as specified and designed in the project deliverables. |

| Post-Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Hypercare | A 2 week hypercare period will be included as part of this SOW.  This will address any defects or issues that arise out of the original implementation scope.  Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC will be available for this two week period to ensure the OMS launch is supported. |
| Post-Launch Phase | Any necessary support post-launch will be completed under a separate support agreement. This agreement will be created, reviewed, and executed prior to launch of the new platform. |


FILED DATE: 11/21/2025 12:44 PM    2025L014463



FILED DATE: 11/21/2025 12:44 PM    2025L014463

# Resources - Activities & Responsibilities

RunDTC will provide the following services at different points throughout the course of this SOW. A single resource may serve in multiple roles:

- <u>Project Management</u>: The RunDTC Project Manager is responsible for managing the scope of work defined in this agreement. The Project Manager will communicate regularly with the Client team to ensure expectations are being met and that all applicable resources are informed of the current project status including budget, deliverables and risks. The Project Manager will schedule a weekly status call and will generate a project timeline that will be distributed to the team in order to direct and manage the work effort.

- <u>Business Analyst</u>: The RunDTC Business Analyst is responsible for facilitating discussion about, and documenting, functional and business requirements.  Following a defined methodology for capturing requirements and identifying priorities, the Business Analyst ensures that requirements are easily referenceable by the Client and the RunDTC project team.

- <u>Technical Architect</u>: The RunDTC Technical Architect oversees technical solution design, including any customizations and integrations; ensures best practices for the applicable development; reviews and approves code; leads development scrums.

- <u>Solution Architect</u>: The RunDTC Solution Architect is responsible for the overall technical implementation and ensures that the project is being implemented in accordance with the agreed-upon requirements and best practices. The Solution Architect will also help coordinate the delivery of technical tasks and the testing effort.

- <u>Engineering</u>: RunDTC engineering resources are responsible for implementing the solution as defined by the Solution Architect & Business Analyst, including the functional requirements and technical architecture.

- <u>Quality Assurance</u>:  RunDTC Quality Assurance Engineers will be provided as part of this project. A test plan will be created to define the scope of our testing and all necessary test cases. Test cycles will be executed until all go-live blocking defects have been resolved.

- <u>Project Collaboration</u>: RunDTC will use a project portal in RunDTC's Atlassian environment (Confluence / JIRA) for project collaboration and task management. This will be the central repository for project documentation, task assignment and other project artifacts throughout the project. RunDTC and Client Project team members will have access to Confluence and JIRA.

Client will provide the following the following resources:

- <u>A Project Manager</u>: who is responsible for managing internal resources, coordinating Client contracted 3rd party systems or services, obtaining any deliverable sign offs, and leading the User Acceptance Testing (UAT) phase (after the RunDTC team has completed its test cycle as described above).

- <u>Business Subject Matter Experts (SME's)</u>: that will be available during Discovery and then on an as-needed basis to answer any questions from the project team that may come up during the course of the project.

- <u>Technical Lead</u>: the Technical Lead will be responsible for working closely with the RunDTC Solution Architect and Project Manager on coordinating various technical aspects of the project.

- <u>User Acceptance Testing</u>: a team made up of your business and technical users will need to perform a



User Acceptance Test following test cases developed by your team. They will be required to document any defect in the JIRA system and approval by the UAT team is necessary to launch OMS into production.

- Attending kickoff workshops. Participants will include a project manager, business sponsor, technical resources, subject matter representatives, and operations representatives.

## Estimated Timeline

The scope of work contained within this SOW is estimated at an overall **14 - 18 calendar weeks,** depending on the ultimate scope of work to be completed.  This timeline may be more or less, and the project team will work with Client to ensure that resources are available to support the final timeline

The engagement will begin with a **4 - 6 week Discovery period**. This will be to confirm scope and align on requirements for implementation.

During Discovery, RunDTC will work with Client Stakeholders to finalize this timeline and make any necessary adjustments.  A detailed project plan will be provided, with detailed task assignments and milestone dates in connection with the planned implementation.  The project plan will represent a parallel effort to Client's other applicable workstreams. The estimated duration represents the time from the kick off date of the project. If necessary, RunDTC will provide Client with a detailed Change Request to modify the scope of the project, as determined over the course of Discovery.

## Fees

The scope of work within this SOW will be completed on a fixed-fee basis for $350,000 plus $61,880, which is the portion of the fees attributed to Program Management and additional resources to support the expedited timeline.

This SOW will be billed according to the following milestones:

| Milestone | Fee (USD) |
|---|---|
| 1.  Execution of this SOW | $102,970 |
| 2.  Six (6) weeks following the start of the engagement or completion of the reservation and routing rules, whichever comes first | $102,970 |
| 3.  Twelve (12) weeks following the start of the engagement or completion of 3P integrations, whichever comes first | $102,970 |
| 4.  Sixteen (16) weeks following the start of the engagement or the beginning of User Acceptance Testing, whichever comes first | $102,970 |
| **Total** | **$411,880** |

### Invoicing

- All installments of the Fixed Fees will be invoiced according to the schedule listed in the fees table above.

- Invoices for the Fixed Fees will be due per terms of the PSA.

- Any necessary travel, pre-approved in accordance with the PSA, will be billed as separate invoices.

RunDTC  Client

DocuSign Envelope ID: D520RD52-029D-4238-8FF2-A0AEF9BF1E1D



- All payments will be made via ACH or wire transfer. RunDTC banking details will be provided on each invoice.

# Additional Scope Items

Below are additional inclusions or exclusions in scope. If any scope items are not explicitly defined within this SOW, they are considered to be out of scope and can be included via Change Request.

- **Excluded Scope**
  - Other than the configuration, customization, or integration listed in Solution Build table above, no other customizations will be included as part of this.

- **Client Deliverables / Responsibilities**

  - Client will be responsible for all work related to PCL including, but not limited to:

    - providing (and documenting) points of integration

    - ensuring that applicable data provided by PCL is organized, well structured and readily available in applicable endpoints

    - advising on the structure of data being passed to PCL endpoints from OMS

    - evaluating and providing feedback on data received by PCL from OMS

    - testing applicable PCL workflows in response to communications (pre- and post-) with OMS

# Agreement Execution

## Assumptions, Terms, & Conditions

Below are the assumptions under this Statement of Work ("SOW"). If any of the assumptions are missed or are proven to be inaccurate, RunDTC reserves the right to present Client with an amendment to this SOW through a Change Request, reflecting the impact on schedules, costs and/or deliverables. RunDTC will present Client with the risks associated with the delay and demonstrate the anticipated cost, timeline and/or deliverable impact that a missed assumption directly causes. RunDTC and Client will work together to determine the best course of action. No action will be taken until a decision is reached.

### Fees & Services

- <u>PSA.</u> This SOW is hereby incorporated into and made part of the PSA and is subject to all of the terms and conditions set forth in the PSA; provided, however, that in the event of any conflict between the terms and conditions set forth in this SOW and the terms and conditions of the PSA, the terms and conditions set forth in the PSA shall control.

- <u>Fixed Fee.</u> All work will be performed on a fixed fee basis for fixed scope. The fees provided in this Statement of Work are based on the information available to RunDTC at the time of this Statement of Work. If there are any variations to the scope contained within this SOW, or there proves to be any unforeseen complexities in the development effort, through no fault of RunDTC, costs may vary and could be greater than the fees provided within this SOW. RunDTC will review with Client any variances in scope that could impact budget, and will determine how to best proceed, including the potential for a Change Request to add budget to the project.

- <u>Services Only Engagement.</u> This SOW is for services only. No hardware, software, or hosting fees are

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: D520BD52-029D-4238-85F2-A0AEF9BE1E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463



included.

- <u>Support</u>. This SOW does not include ongoing support and maintenance post launch, other than any hypercare specified within this SOW. A separate support SOW will be provided.

- <u>Project Timeline</u>. All fees in this SOW assume a continuous project implementation without any stoppage in effort. If there is a stoppage in effort or delays, as directed by or caused by Client, additional fees may be incurred.

- <u>Project Delays</u>. RunDTC will not be responsible for any delays that result from any delays in receiving work products of third parties, feedback from Client on Deliverables, or Client requirements and/or approval on scope necessary for launch. RunDTC will further not be responsible for delays resulting in access controls, third party services and systems to be provided by Client, or other areas that are outside the reasonable control of RunDTC. RunDTC has estimated and budgeted the effort in this SOW with the assumption that all access and data is available to have a continuous project without stoppage in effort. If the RunDTC team is delayed and waiting for access to a system, Client approvals, data, or anything else necessary to advance the Project, there will be additional fees to keep the team engaged during the periods of delays. These fees will be determined based on the total impact to timeline and necessary resources to remain engaged to support Client project.

- <u>Additional Time</u>. Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request. The RunDTC Project Manager or Account Manager will advise Client immediately of any such potential impacts to timeline and/or budget.

- <u>Third Party Costs</u>. Unless otherwise noted in this SOW, Client is responsible for securing 3rd party products required to implement this project, including but not limited to: 3rd party software licenses, middleware, and all software licenses/subscriptions for the project implementation.

- <u>Change Requests</u>. A Change Request will be issued any time an SOW changes after execution. A Change Request will also be issued after a change is requested to modify a previously-approved deliverable OR to include an item in scope which was previously determined to be out of scope. Any scope contained in a Change Request that has been previously scoped in an SOW or preceding Change Request is considered to be a replacement of that scope. RunDTC will not begin any work on a Change Request until it is approved by the client.

**Execution of Work**

- <u>Availability</u>. Other than as mutually agreed upon by the parties, work generally will be completed by RunDTC offsite and will rely extensively on telephone, email and screen sharing interaction meetings.

- <u>Review and Sign-Off Process</u>. A round of review is defined as work being presented or delivered to approved Client personnel. Presentations can be either in person or by conference call with screen sharing, as agreed upon by the parties. The Client team will review the work and provide timely feedback either in the presentation meeting or within two business days (48 hours) of that meeting, which will be addressed by RunDTC in the subsequent round, until the presented Deliverable is acceptable and approved by Client per the terms of the associated PSA.

- <u>Test System Access</u>. Client will provide test environments for all applicable systems and 3rd party vendor integrations identified within this SOW in order to facilitate pre-production system testing. Failure to provide the necessary access compromises RunDTC's ability to deliver a properly functioning solution and may require a Change Request for additional risk mitigation effort. Client will manage all third-party integrations and infrastructure requirements for the successful testing and completion of the project.

- <u>Client Resource Availability</u>. Estimates assume availability of resources from Client to coordinate with the various entities and provide support as required. Estimates assume participation by the business partners in order to ensure overall satisfaction with the quality of the deliverable.

- <u>Third Party Code Issues</u>. Unless otherwise stated in this proposal, time, materials and expenses expended by RunDTC to research and resolve issues with any codebase supplied by a third party are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Client Code Issues</u>. Unless otherwise stated, time, materials and expenses expended by RunDTC to research and resolve issues with any Client-supplied codebase are outside of the scope of this proposal

FILED DATE: 11/21/2025 12:44 PM    2025L014463



and will be billed at the rates defined within this SOW.

- Platform Features. The scope of the project will be limited to the implementation of the current version of the OMS and the features that are available on the project's start date. Features requested that are not available in the publicly-available version of the OMS will be considered out of scope, except for those listed in this SOW.

- Data Services. Unless specified herein, this SOW does not include services for data cleansing or resolving data integrity issues in any systems or applications. Integration with a system shall not include data cleansing or resolution of data integrity issues.

- Launch Date. Any references to a Launch Date in this SOW are defined as the date that the application is made available to the public such that an order can be taken.

- Launch Support / Hypercare.  Hypercare to support any critical defects from the original scope and the production instance of OMS post launch, will be limited to 2 calendar weeks following the date of launch. Any new features or defects that are not part of the original scope OR any bugs or defects part of the original scope that are not complete prior to the expiration of this hypercare period will require a new support agreement to be in effect to continue addressing any ongoing support or enhancement items.

- Third Party Software.  Client and RunDTC together assume that any software chosen to be implemented and/or configured is 'bug-free', and functions as expected.  If bugs or software issues arise (including when upgrades or patch fixes, or service packs, or further add-ons for improvements, which cause functional elements to cease working unexpectedly), RunDTC is not responsible for amending the solution to accommodate, nor to do bug fixes on those software solutions outside RunDTC's control. This includes those software solutions' core code, upgrades, service packs, or any of their web services, connectors, or any other pieces that would not be contrived at project start date.

- User Acceptance Testing. The User Acceptance Testing period as listed in this SOW has been provided at 2 calendar weeks of time for the Client to identify any critical defects preventing launch, and within this time, the RunDTC team will correct any such defects.  The budget within this SOW has been allocated accordingly.  If Client requests more than 2 weeks for UAT, this will incur a Change Order

- General Consulting.  Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request.  The RunDTC Project or Account Manager will advise of any such potential impacts to timeline & budget.

- Content Migration.  Unless specified within this SOW, Creation, migration, and loading platform content is the sole responsibility of the Client.  Platform content is defined as, but not limited to, product content (including images) and general content pages.  This SOW does not include any content development. RunDTC will not be responsible for creating, editing or translating any copy for the project, creating any promotional design elements or providing any product imagery, creation or migration of data.  If Client requests, RunDTC can provide these services via a separate SOW.

- Current Functionality.  Unless specified within this SOW, features and functionality of the Client's current order management platform, if one exists, are not assumed to be included in the scope of this project. Scope of the project is assumed to be current platform functionality of the current platform version and any specified customizations defined within this SOW.

- Data Privacy. RunDTC and Client acknowledge the industry standards and practices related to data security are evolving, and although RunDTC codes according to best-practice security standards, RunDTC is not responsible for certification and compliance with CCPA, GDPR, or other similarly situated regional or global privacy regulations, both at the OMS level and enterprise-wide at Client RunDTC can recommend data privacy consultants who specialize in these areas and can work with any of Client's chosen experts to achieve Client's compliance with any data privacy laws under a time and materials engagement under a separate Change Request.



RunDTC _____    Client _____    11

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEE9BF1E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463



IN WITNESS WHEREOF, the parties have caused this Statement of Work to be executed and delivered this agreement of the dates specified below and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.

**Approved and Accepted By**

**RunDTC, LLC**

Ben Noonan
_____
Name

CEO
_____
Title

_____
Signature

05 / 06 / 2024
_____
Date

**ProCaps Laboratories, Inc.**

Andrew Lessman
_____
Name

CEO
_____
Title

DocuSigned by:

*Andrew Lessman*
_____
4CFE6F4FDC2745E...
Signature

5/13/2024
_____
Date

RunDTC _____   Client _____   12



FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT F

FILED DATE: 11/21/2025 12:44 PM   2025L014463



**STATEMENT OF WORK:  #005**

**PROJECT NAME:** Salsify Implementation

**RunDTC, LLC**

Contact:        Ben Noonan

Address:       32565 B Golden Lantern #480

                      Dana Point, CA 92629

Phone:          949-637-3990

**ProCaps Laboratories, Inc.**

Contact:   Madison Samford

Address:  430 Parkson Road
                  Henderson, NV 89011

Phone:



_____ RunDTC  _____ Client                                                         1

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D



This Statement of Work (the "SOW") made this __6th__ day of May, 2024 by and between RunDTC, LLC ("RunDTC" or "we") and ProCaps Laboratories, Inc ("Client" or "you") and is incorporated into that certain Professional Services Agreement dated November 16th, 2023, by and between Client and RunDTC. Any capitalized terms used herein but not defined shall have the meaning ascribed to them in the Professional Services Agreement.

# Project Overview

We are thrilled to be selected as ProCap's ("Client") partner of choice for the implementation of your new Salsify Product Information Management ("Salsify" or "PIM") platform to support the ongoing growth of your business. This SOW documents the work, timeline, and costs for the estimated effort for the work contained within.

1. Creating the appropriate data model template for Client to populate and import into Salsify
2. Configuring the native Salsify platform to support Client data model(s)
3. Creating an integration to the primary Client sales channel (Shopify)
4. Testing, Training, and ensuring Client is equipped to take on management of Salsify

# Project Objective & Philosophy

**Objective** – This project will establish an enterprise data foundation to be used in support of Client's domestic & international businesses. The RunDTC project team will configure the Salsify platform based on the services outlined in this SOW. Upon completion of the implementation period, Client will have centralized product content and the ability to distribute it to predetermined channels (defined below in this SOW).

**Guidance** – Integral to achieving this project objective, RunDTC and Client, with the support of Salsify as needed, will employ a highly collaborative approach guided by the following tenets:

1. **Prescribed Functionality**

    a. PIM functionality / scope will be exclusively based on available functionality in Salsify unless mentioned in IN-SCOPE INTEGRATIONS AND ADDITIONS sections below.

    b. Native functionality will be utilized and configured whenever possible, based on the business requirements.

    c. Integrations will be executed using any available connectors.

2. **Accelerated Project Cycle**

    a. The project will adhere to predefined intervals for each project phase (Discovery, Design, Solution Build, and QA/UAT/Deploy), and will adhere to the agreed upon timeline.

    b. Increases in scope may result in a change request which may impact the project cost and timeline.

3. **Implementation Readiness**

    a. The project implementation effort will not begin until requisite requirements (Strategy, Roles & Responsibilities, Data Modeling, Technical Architecture, 3rd



RunDTC          Client                                                          2

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: D520RD53-029D-4238-8FF2-A0AEF9BF1E1D



party Partners Selection, Contracts, and Team Members) have been met, and respective obligations to all predefined Project Milestones have been satisfied.

# Approach

To complete the objectives of this project, RunDTC will manage the project using the following milestone phases. One or more non-dependent phases / tasks may occur in parallel to optimize project duration.

1. **Project Planning / Discovery**
   a. Expected to be a 2 - 3 week effort
   b. Confluence will be used for all project documentation, particularly Business Requirements Document, and Functional Specification Documents (FSDs), Technical Specification Documents (TSDs), and Integration Specification Documents (ISDs), if applicable.
   c. Jira will be used to manage tasks and workstreams.
   d. The agreed upon project timeline serves as reference for coordinating efforts, and aligning milestone deliverables by Client, RunDTC, and others as necessary.
   e. Roles and responsibilities, task dependencies, and their sequence will be captured in the project plan and/or Jira roadmap.

2. **Assist Client with the population of data**
   a. As needed, assist Client with data model setup, inclusive of hierarchies, localization, and digital assets.
   b. Consult on setup of master data spreadsheet for future re-use; ensure system of record export is correct for future data transfer

3. **Pre-Production Environment**
   a. A pre-production Salsify environment may be utilized as necessary by RunDTC.

4. **Implementation and Configuration**
   a. Create one (1) new Salsify PIM instance
      i. Configure and upload data to the appropriate instance
      ii. Implement and modify necessary integrations as specified in the various ISDs.

5. **Systems Integration**
   a. Shopify will be integrated using the Salsify to Shopify connector.
      i. https://apps.shopify.com/salsify
   b. Brandfolder (DAM) will be integrated using the Salsify connector.
      i. https://help.smartsheet.com/articles/2483010-Salsify-Integration

6. **Quality Assurance**
   a. Create a system test plan that defines: test scope, number of test cycles, cycle objectives and duration, and exit criteria.

7. **User Acceptance Testing**
   a. 1 or more resources from the Client team will execute against a User Acceptance Test plan to ensure that originally documented requirements have been met and the PIM is ready to launch into production.

8. **Application Launch**



RunDTC _____ Client

3

FILED DATE: 11/21/2025 12:44 PM    2025L014463

DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BE1E1D



a. RunDTC will work with Salsify resources to move the instance to production assuming a pre-production environment was used.

**9. Post-Launch**

    **a.** A 2 week hypercare period will be included as part of this SOW. This will address any defects or issues that arise out of the original implementation scope. Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC team will be available for this two week period to ensure the Salsify launch is supported.

    **b.** Any necessary support post-launch will be completed under a separate support agreement. This will include any requested enhancements not part of the original scope of work, or any other support requests. This agreement will be created, reviewed, and executed prior to launch of the new platform.

# Description of Work

The following outlines the Phases, Activities, and Project Deliverables.

## Discovery Phase

At the beginning of the project, RunDTC will lead a Discovery Phase to confirm and document necessary requirements, produce a high-level JIRA Roadmap, and an updated timeline & estimates.

RunDTC will leverage RunDTC's Atlassian environment (Jira and Confluence) to set up the necessary project requirements documentation and task management portal.

This Discovery Phase will last 2 - 3 weeks and is a mix of virtual, and on-site (as needed), meetings. This will involve team members from both RunDTC and Client to understand the scope of data to be migrated into Salsify. Client stakeholders with an interest in data structures flowing to & from the PIM system should participate.

At the conclusion of the Discovery process, RunDTC & Client will deliver the following.

| Data Model Definition | |
|---|---|
| **Deliverable** | **Activities** |
| Data Model Discovery & Advisory | Following delivery by Client of a representative data set that consists of all properties required for developing a data model, RunDTC will conduct a discovery session to review and consult with Client on the following topics:<br>● Perform analysis on Client-provided data to validate that key data requirements are met and data is complete for onboarding.<br>● Review and confirmation on product identifiers, data types, category hierarchy, property definitions, property groups, property permissions focused on Client's endpoint requirements and filename conventions for digital assets.<br>● Review and confirmation of Client's downstream objectives and requirements for product content and assets.<br>● Best practice around configuration of a data model within Salsify focused on source data. |



DocuSign Envelope ID: D520BD53-029D-4238-8FF2-A0AEF9BF1E1D



FILED DATE: 11/21/2025 12:44 PM   2025L014463

| Data Model Document (DMD) | Based on the information gathered during the Discovery phase, RunDTC will configure Client's data model within Salsify. The data model will account for properties required to support source data requirements. As part of this milestone, RunDTC will configure the following:<br><br>● Product Hierarchy<br><br>  ○ One (1) product inheritance hierarchy to be used across all product categories, up to four (4) levels in depth.<br><br>● Localization<br><br>  ○ Up to five (5) locales in Customer's Salsify instance. A locale is defined as a language-country combination such as 'English - Canada', and 'French - Canada', or as a language without a country designation such as 'English'.<br><br>  ○ Up to fifty (50) localized properties, inclusive of localized digital asset properties.<br><br>● Digital Assets<br><br>  ○ Up to twelve (12) assets per product, across up to twelve (12) digital asset properties; 360 spins are considered a single asset.<br><br>● Security<br><br>  ○ Up to five (5) security policy groups. Security policy groups are defined as groups of users (by role) that are able to see various entities such as groups of products, digital assets, and channels in Salsify.<br><br>  ○ Up to ten (10) user groups defined by the level of access that the user should have. User groups are defined as groups of users (by role) that have varying levels of permissions (create, read, updated, delete) throughout Salsify. |
|---|---|



# Build Phase

Upon completion of the Discovery phase, RunDTC will configure the Salsify instance per the defined requirements and to complete initial content load(s). All applicable integrations will be completed as part of this phase. In addition, the following will be completed:

| Solution Build | |
| --- | --- |
| **Deliverable** | **Activities** |
| Configured Salsify Functionality | RunDTC will configure functionality and data within Salsify to match Client needs and requirements. |
| Initial Content Loads | Once the data model is complete, RunDTC will work with Client to load content into Salsify from Client's data sources, including up to three (3) or more different content sources with up to two (2) or more files per source such as product copy, attribute data and anything else which adheres to the pre-created data models and is deemed a priority by Client<br><br>RunDTC will perform one (1) manual upload of Client-provided digital assets and associated metadata from a single source, as needed. As part of the initial digital asset loading process, RunDTC will link digital assets to existing products based on a consistent file naming convention inclusive of the product ID, subject to Assumptions defined below. RunDTC will link assets based on up to twenty-five (25) variations of the file name. |
| Ongoing Content Feeds | Client will configure an automated / semi-automated feed of product content from an upstream system as long as Client is able to schedule an export of Salsify-importable data from that upstream system, per the relevant Assumptions and Client Responsibilities defined below.<br><br>Client will set up a semi-automated data feed process where Client can place new or updated product information in a flat file single-tab format (.xlsx or .csv) on a Client or Salsify SFTP server (or potentially Middleware system such as BTP or Mulesoft). This process will consume files placed on the SFTP and add or update product information in Salsify. |
| Sales Channel Integration / Data Mapping (Shopify and SAP) | RunDTC will perform the following activities as part of the mapping of, and integration to, Shopify:<br>● Make use of commercially available connectors to enable communications between applicable systems.<br>● Define mappings of product content to Client template requirements and receive Client approval on mappings.<br>● Map Client's category hierarchies to meet the sales channel requirements.<br>● Configure mappings of product content to channel-specific attribute requirements across product categories.<br>● Conduct a review session of the mapped channel(s) with Client stakeholders and update mappings as necessary. |



DocuSign Envelope ID: D520RD53-029D-4238-85F2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: D520RD52-029D-4238-85F2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM 2025L014463



|  | • Identify and communicate gaps in required attributes to Client stakeholders.<br>• Work with Client to identify the process or steps necessary for Client to fill required content gaps for products and the timing related to filling those gaps in order to be ready for distribution. |
|---|---|

| Quality Assurance | |
|---|---|
| **Deliverable** | **Activities** |
| Test Plan | <u>System testing</u> – RunDTC team members will test to discover, log and address any gaps or issues. This effort will be carried out over several test cycles with defined fixes or plan of remediation. RunDTC will work with Client to define scope and responsibility for any necessary fixes. |

| Platform Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Client Training | Client's project team will complete the Salsify Standard Platform Training curriculum, which provides foundational Salsify skills that ensure Client can configure and administer Salsify on a go-forward basis. The Salsify Standard Platform Training curriculum includes training on modules within the Salsify platform, and is accessible via on-demand recordings (included with Client's Salsify subscription). |
| Enabled Salsify Instance | RunDTC will work with the Salsify team to ensure the production ready PIM instance is live and performing as expected. |

| Post-Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Hypercare | A 2 week hypercare period will be included as part of this SOW.  This will address any defects or issues that arise out of the original implementation scope.  Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC will be available for this two week period to ensure the Salsify launch is supported. |



RunDTC _____ Client

DocuSign Envelope ID: D520BDF3-029D-4239-8FF3-A0AEF9B5E1E4D



FILED DATE: 11/21/2025 12:44 PM   2025L014463

| Post-Launch Phase | Any necessary support post-launch will be completed under a separate support agreement. This agreement will be created, reviewed, and executed prior to launch of the new platform. |
|---|---|

# Additional Client Responsibilities

### Content Import Milestone

- Providing content extracts in a CSV or single-sheet tabular XLSX file export for up to three (3) or more content sources, as determined over the course of Discovery, that are representative of Client's content and properties; this will be used to define and configure Client's data model, and populate the content in Salsify.
- Identifying a unique product ID or set of potential unique product IDs that exist within each upstream system or file provided as a data source per each relevant level of the product hierarchy (i.e. Material Number for parents, UPCs for SKUs, etc.)
- Defining product identifiers, data types, category hierarchy and taxonomy, and properties.
- A consistent naming convention across assets that reference a consistent product identifier and property identifier.
- Providing digital assets as files (i.e. .tiff, .png, .jpeg, .mp4), file archives (i.e. .zip), or as publicly accessible URLs in a CSV or single-sheet tabular XLSX format.
- Additional configuration of localized properties beyond the initial fifty (50).
- Manual asset loads following the initial loads.
- If Client requires ongoing feed(s) for this project, Client must have one of the following capabilities; if these are not feasible, Client will be responsible for either manually importing updated data on an ongoing basis, or building an automated process to import from an upstream system:
  - Ability to schedule an export of Salsify-importable data from the upstream system, delivered to Salsify's SFTP server. This could also be accomplished via API and/or with Mulesoft or BTP within another scope of work.
  - If Client is unable to deliver source data to Salsify's SFTP server, but is able to deliver a Salsify-importable file to a Client owned SFTP server, Client will ensure that:
    - The file is named consistently and without any date/timestamp or other variation.
    - Credentials to access relevant directory on Client's SFTP server are provided.
    - The file will be delivered on a regular cadence (daily, weekly, etc.).
    - The delivery cadence will be shared with Salsify for configuration purposes.

### Further Salsify Specific Client Assumptions

RunDTC will deliver the services described in this document subject to the assumptions listed in this section. Invalidation of these assumptions may alter the scope of services required for successful implementation / administration of the Salsify platform and may require a change order or an additional SOW.

- Each data source file will consist of up to two hundred (200) columns, and will have up to three hundred (300) unique data points across all necessary content sources.  These file formats will be confirmed over the course of Discovery and may include more or less columns.  RunDTC will work with Client to ensure files are optimized for import into Salsify.
- Client will provide Digital Assets with a consistent file naming convention across assets that adhere to the best practices defined below:



RunDTC                    Client                                                          8



- o A product identifier that is available in Salsify and unique across all products -- for instance, Customer's internal product SKU number or UPC/EAN.
- o A consistent delimiter to support programmatic linking of assets to products, such as an underscore
- o Specification of the property / shot type to which the asset should be assigned (i.e. 'Front', 'Back', 'Nutrition', 'Ingredients', etc.)
- o If Client plans to have more than one image per property / shot type, the name should include an index (i.e. 012345_FRONT_01.jpg)
- If Client does not have all content based on the necessary data mapping requirements, publishing will not be possible until the content is complete. If the required content can not be added or updated within ten (10) days of the channel mapping being completed, the channel mapping will be considered complete.
- Client has an existing relationship and contract with the Sales Channel identified for this service.

# Resources - Activities and Responsibilities

As part of this SOW, RunDTC will provide the following resources:

- **Project Manager** - responsible for the overall success of the project and for managing the timeline and budget. The Project Manager will generate a project plan and timeline that will be used to manage the work effort over the course of the project. A weekly status meeting will be held and the Project Manager will communicate regularly with Client stakeholders to ensure they are informed of the project status, including budget, deliverables, Client tasks due, and risks.

- **Salsify Consultant –** will guide Client on features/functionality and document business requirements, including configurations & data models. They will also assist in platform training and ensuring Client is ready for launch.

- **Integration Developer –** as necessary, works to develop integrations from Salsify to any sales channels or other 3rd party systems. This effort might be covered under a separate SOW(s).

- **Project Collaboration -** RunDTC will use a project portal in RunDTC's Atlassian environment (Confluence / JIRA) for project collaboration and task management. This will be the central repository for project documentation, task assignment and other project artifacts throughout the project. RunDTC and Client Project team members will have access to Confluence and JIRA.

Client will provide resources for the following roles:

- **Executive Business Sponsor** - will provide oversight, escalation support and decisions throughout the duration of the project. They will participate in monthly steering committee calls and is empowered with final decision-making authority for Client.

- **Project Manager** - will be the primary point of contact, to manage Client resources, to coordinate with 3rd parties, and to manage Client deliverables.

- **Subject Matter Experts** - they will provide information to the RunDTC team related to any applicable area of focus.

- **User Acceptance Tester(s) -** (at no less than 100% capacity during certain periods of the project) to prepare for User Acceptance Testing by authoring and executing test cases during User Acceptance Testing (UAT), upon completion of the RunDTC work.



RunDTC _____ Client

9

DocuSign Envelope ID: D520BDF3-029D-4239-8FF3-A0AEF9BF1E4D



FILED DATE: 11/21/2025 12:44 PM   2025L014463

## Estimated Timeline

The scope of work contained within this SOW is estimated at an overall **10 - 12 calendar weeks**, depending on the ultimate scope of work to be completed.  This timeline may be more or less, and the project team will work with Client to ensure that resources are available to support the final timeline.

The engagement will begin with a **2 - 3 week Discovery period**. This will be to confirm scope and align on requirements for implementation.

During Discovery, RunDTC will work with Client Stakeholders to finalize this timeline and make any necessary adjustments.  A detailed project plan will be provided, with detailed task assignments and milestone dates in connection with the planned implementation.  The project plan will represent a parallel effort to Client's other applicable workstreams. The estimated duration represents the time from the kick off date of the project. If necessary, RunDTC will provide Client with a detailed Change Request to modify the scope of the project, as determined over the course of Discovery.

## Fees

The scope of work within this SOW will be completed on a fixed-fee basis for $200,000, plus $61,880, which is the portion of the fees attributed to Program Management and additional resources to support the expedited timeline.

This SOW will be billed according to the following milestones:

| Milestone | Fee (USD) |
|---|---|
| 1.  Execution of this SOW | $87,294 |
| 2.  Six (6) weeks following the start of the engagement or completion of the Data Model, whichever comes first | $87,293 |
| 3.  Twelve (12) weeks following the start of the engagement or the beginning of User Acceptance Testing, whichever comes first | $87,293 |
| **Total** | **$261,880** |

### Invoicing

- All installments of the Fixed Fees will be invoiced according to the schedule listed in the fees table above.

- Invoices for the Fixed Fees will be due per terms of the PSA.

- Any necessary travel, pre-approved in accordance with the PSA, will be billed as separate invoices.



RunDTC                    Client

DocuSign Envelope ID: D520BDF3-029D-4239-9FF3-A0AEF9BF1E4D



- All payments will be made via ACH or wire transfer. RunDTC banking details will be provided on each invoice.

FILED DATE: 11/21/2025 12:44 PM 2025L014463



_BN_ RunDTC _____Client

11

DocuSign Envelope ID: D520BDF3-029D-4229-8FF3-A0AFF9B5F1E4D



# Assumptions, Terms, & Conditions

Below are the assumptions under this Statement of Work ("SOW"). If any of the assumptions are missed or are proven to be inaccurate, RunDTC reserves the right to present Client with an amendment to this SOW through a Change Request, reflecting the impact on schedules, costs and/or deliverables. RunDTC will present Client with the risks associated with the delay and demonstrate the anticipated cost, timeline and/or deliverable impact that a missed assumption directly causes. RunDTC and Client will work together to determine the best course of action. No action will be taken until a decision is reached by RunDTC and Client.

## Fees & Services

- <u>PSA.</u> This SOW is hereby incorporated into and made part of the PSA and is subject to all of the terms and conditions set forth in the PSA; provided, however, that in the event of any conflict between the terms and conditions set forth in this SOW and the terms and conditions of the PSA, the terms and conditions set forth in the PSA shall control.

- <u>Fixed Fee.</u> All work will be performed on a fixed fee basis for fixed scope. The fees provided in this Statement of Work are based on the information available to RunDTC at the time of this Statement of Work. If there are any variations to the scope contained within this SOW, or there proves to be any unforeseen complexities in the development effort, through no fault of RunDTC, costs may vary and could be greater than the fees provided within this SOW. RunDTC will review with Client any variances in scope that could impact budget, and will determine how to best proceed, including the potential for a Change Request to add budget to the project.

- <u>Services Only Engagement</u>. This SOW is for services only. No hardware, software, or hosting fees are included.

- <u>Support</u>. This SOW does not include ongoing support and maintenance post launch, other than any hypercare specified within this SOW. A separate support SOW will be provided.

- <u>Project Timeline</u>. All fees in this SOW assume a continuous project implementation without any stoppage in effort. If there is a stoppage in effort or delays, as directed by or caused by Client, additional fees may be incurred.

- <u>Project Delays</u>. RunDTC will not be responsible for any delays that result from any delays in receiving work products of third parties, feedback from Client on Deliverables, or Client requirements and/or approval on scope necessary for launch. RunDTC will further not be responsible for delays resulting in access controls, third party services and systems to be provided by Client, or other areas that are outside the reasonable control of RunDTC. RunDTC has estimated and budgeted the effort in this SOW with the assumption that all access and data is available to have a continuous project without stoppage in effort. If the RunDTC team is delayed and waiting for access to a system, Client approvals, data, or anything else necessary to advance the Project, there will be additional fees to keep the team engaged during the periods of delays. These fees will be determined based on the total impact to timeline and necessary resources to remain engaged to support the Client project.

- <u>Additional Time</u>. Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request. The RunDTC Project Manager or Account Manager will advise Client immediately of any such potential impacts to timeline and/or budget.

- <u>Third Party Costs</u>. Unless otherwise noted in this SOW, Client is responsible for securing 3rd party products required to implement this project, including but not limited to: 3rd party software licenses, middleware, and all software licenses/subscriptions for the project implementation.

- <u>Change Requests</u>. A Change Request will be issued any time an SOW changes after execution.



RunDTC      Client

FILED DATE: 11/21/2025 12:44 PM   2025L014463

DocuSign Envelope ID: D520BDE3-029D-4239-8FF2-A0AEF9B51E1D



A Change Request will also be issued after a change is requested to modify a previously-approved deliverable OR to include an item in scope which was previously determined to be out of scope. Any scope contained in a Change Request that has been previously scoped in an SOW or preceding Change Request is considered to be a replacement of that scope. RunDTC will not begin any work on a Change Request until it is approved by the client.

**Execution of Work**

- <u>Availability</u>. Other than as mutually agreed upon by the parties, work generally will be completed by RunDTC offsite and will rely extensively on telephone, email and screen sharing interaction meetings.

- <u>Review and Sign-Off Process</u>. A round of review is defined as work being presented or delivered to approved Client personnel. Presentations can be either in person or by conference call with screen sharing, as agreed upon by the parties. The Client team will review the work and provide timely feedback either in the presentation meeting or within two business days (48 hours) of that meeting, which will be addressed by RunDTC in the subsequent round, until the presented Deliverable is acceptable and approved by Client per the terms of the associated PSA.

- <u>Test System Access</u>. Client will provide test environments for all applicable systems and 3rd party vendor integrations identified within this SOW in order to facilitate pre-production system testing. Failure to provide the necessary access compromises RunDTC's ability to deliver a properly functioning solution and may require a Change Request for additional risk mitigation effort. Client will manage all third-party integrations and infrastructure requirements for the successful testing and completion of the project.

- <u>Client Resource Availability</u>. Estimates assume availability of resources from Client to coordinate with the various entities and provide support as required. Estimates assume participation by the business partners in order to ensure overall satisfaction with the quality of the deliverable.

- <u>Third Party Code Issues.</u> Unless otherwise stated in this proposal, time, materials and expenses expended by RunDTC to research and resolve issues with any codebase supplied by a third party are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Client Code Issues.</u> Unless otherwise stated, time, materials and expenses expended by RunDTC to research and resolve issues with any Client-supplied codebase are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- <u>Platform Features</u>. The scope of the project will be limited to the implementation of the current version of the Salsify Advance Platform and the features that are available on the project's start date. Features requested that are not available in the publicly-available version of the Salsify Advance Platform will be considered out of scope, except for those listed in this SOW.

- <u>Data Services</u>. Unless specified herein, this SOW does not include services for data cleansing or resolving data integrity issues in any systems or applications. Integration with a system shall not include data cleansing or resolution of data integrity issues.

- <u>Launch Date</u>. Any references to a Launch Date in this SOW are defined as the date that the application is made available to the public such that an order can be taken.

- <u>Launch Support / Hypercare</u>. Hypercare to support any critical defects from the original scope and the production instance of Salsify post launch, will be limited to 2 calendar weeks following the date of launch. Any new features or defects that are not part of the original scope OR any bugs or defects part of the original scope that are not complete prior to the expiration of this hypercare period will require a new support agreement to be in effect to continue addressing any ongoing support or enhancement items.

- <u>Third Party Software.</u> Client and RunDTC together assume that any software chosen to be implemented and/or configured is 'bug-free', and functions as expected. If bugs or software



FILED DATE: 11/21/2025 12:44 PM 2025L014463

DocuSign Envelope ID: D520BDF3-029D-4239-8FF2-A0AEF9BF1E1D



issues arise (including when upgrades or patch fixes, or service packs, or further add-ons for improvements, which cause functional elements to cease working unexpectedly), RunDTC is not responsible for amending the solution to accommodate, nor to do bug fixes on those software solutions outside RunDTC's control. This includes those software solutions' core code, upgrades, service packs, or any of their web services, connectors, or any other pieces that would not be contrived at project start date.

- <u>User Acceptance Testing</u>. The User Acceptance Testing period as listed in this SOW has been provided at 2 calendar weeks of time for the Client to identify any critical defects preventing launch, and within this time, the RunDTC team will correct any such defects.  The budget within this SOW has been allocated accordingly.  If Client requests more than 2 weeks for UAT, this will incur a Change Order

- <u>General Consulting.</u>  Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request.  The RunDTC Project or Account Manager will advise of any such potential impacts to timeline & budget.

- <u>Content Migration</u>.  Unless specified within this SOW, Creation, migration, and loading platform content is the sole responsibility of the Client.  Platform content is defined as, but not limited to, product content (including images) and general content pages.  This SOW does not include any content development. RunDTC will not be responsible for creating, editing or translating any copy for the project, creating any promotional design elements or providing any product imagery, creation or migration of data.  If Client requests, RunDTC can provide these services via a separate SOW.

- <u>Current Functionality.</u>  Unless specified within this SOW, features and functionality of the Client's PIM, if one exists, are not assumed to be included in the scope of this project.  Scope of the project is assumed to be current platform functionality of the current platform version and any specified customizations defined within this SOW.

- <u>Data Privacy</u>. RunDTC and Client acknowledge the industry standards and practices related to data security are evolving, and although RunDTC codes according to best-practice security standards, RunDTC is not responsible for certification and compliance with CCPA, GDPR, or other similarly situated regional or global privacy regulations, both at the Salsify level and enterprise-wide at Client  RunDTC can recommend data privacy consultants who specialize in these areas and can work with any of Client's chosen experts to achieve Client's compliance with any data privacy laws under a time and materials engagement under a separate Change Request.

FILED DATE: 11/21/2025 12:44 PM   2025L014463



_RunDTC   _Client

DocuSign Envelope ID: D520BDF3-029D-4339-8FF2-A0AEF9B51E1D



IN WITNESS WHEREOF, the parties have caused this Statement of Work to be executed and delivered this agreement of the dates specified below and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.

## Approved and Accepted By:

**RunDTC, LLC**                    **ProCaps Laboratories, Inc.**

Ben Noonan                         Andrew Lessman
_____        _____
Name                               Name

CEO                                CEO
_____        _____
Title                              Title

_____        _____
Signature                          Signature

05 / 06 / 2024                     5/13/2024
_____        _____
Date                               Date


RunDTC          Client                                          15

FILED DATE: 11/21/2025 12:44 PM   2025L014463

# EXHIBIT G

DocuSign Envelope ID: D520BDF3-029D-4339-8FE2-A0AEF9BF1E1D



**STATEMENT OF WORK:  #006**

**PROJECT NAME:** Commerce Implementation

**RunDTC, LLC**

| | |
|---|---|
| Contact: | Ben Noonan |
| Address: | 32565 B Golden Lantern #480 |
| | Dana Point, CA 92629 |
| Phone: | 949-637-3990 |

**ProCaps Laboratories, Inc.**

| | |
|---|---|
| Contact: | Madison Samford |
| Address: | 430 Parkson Road |
| | Henderson, NV 89011 |
| Phone: | |



BN ___RunDTC ___Client

1

DocuSign Envelope ID: D520BDF3-029D-4339-8FE2-A0AEF9BE1E1D



This Statement of Work (the "SOW") made this __6th__ day of May, 2024 by and between RunDTC, LLC ("RunDTC" or "we") and ProCaps Laboratories, Inc ("Client" or "you") and is incorporated into that certain Professional Services Agreement dated November 16th, 2023, by and between Client and RunDTC. Any capitalized terms used herein but not defined shall have the meaning ascribed to them in the Professional Services Agreement.

# Project Overview

We are thrilled to be selected as ProCap's ("Client") partner of choice for the implementation of your new Direct-to-Consumer ("D2C") commerce solution to support the ongoing growth of your D2C business. This SOW documents the work, timeline, and costs for the estimated effort for the work contained within.

1. Configuring and customizing various Shopify websites, leveraging a Shopify theme
2. Installing and configuring any necessary apps
3. Implementing new features & customizations, as necessary;
4. Integrating 3rd party solutions, and customizing those integrations as necessary;

# Project Objective & Philosophy

**Objective** – This project will establish an enterprise D2C commerce foundation, to be used in support of the expansion of the Client digital business.The RunDTC project team led by the Project Manager will deliver on this effort.

**Guidance** – Integral to achieving this project objective, RunDTC & Client, with the support of Shopify, will employ a highly collaborative approach guided by the following tenets:

1. **Prescribed Functionality**

   a. Storefront functionality / scope will be exclusively based on available functionality in the Shopify platform, unless any customizations, apps, or 3rd party integrations are detailed within the scope section of this SOW.

   b. Native functionality will be utilized as is applicable, based on the business requirements.

   c. Custom functionality will be created as is applicable, based on the business requirements.

   d. 3rd party vendor integrations will be executed using Shopify apps when available.

   e. Custom functionality or modifications to native functionality are outlined in the tables below and will be minimized to (1) reduce project risk, and (2) keep project schedule and timeline predictable.

2. **Accelerated Project Cycle**

   a. The project will adhere to predefined intervals for each project phase (Discovery, Design, Solution Build, and QA/UAT/Deploy) with a focus on delivering against the approved business requirements and project timeline.

   b. Project Change Requests, which may impact time / schedule, may be offset by de-scoping other functionality in an effort to maintain original timelines & budget.



DocuSign Envelope ID: D520BDF3-029D-4239-8FF2-A0AEF9B51E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463



3. **Implementation Readiness**

   a. The project development cycle will not start until requisite requirements (Strategy, Roles & Responsibilities, Technical Architecture, 3rd party Partners Selection, Contracts, and Team Members) have been met, and respective obligations to all predefined Project Milestones can confidently be met.

# Approach

To complete the objectives of this project, RunDTC will manage the project using the following milestone phases. One or more non-dependent phases / tasks may occur in parallel to optimize project duration.

1. **Project Planning / Discovery**

   a. Planned to be a 4 - 6 week effort.

   b. Jira will be used to manage tasks and workstreams.

   c. Confluence will be used for all project documentation, particularly the Technical Specification Documents (TSDs) and Integration Specification Documents (ISDs).

   d. The agreed upon project timeline serves as reference for coordinating efforts, and aligning milestone deliverables by Client, RunDTC, and other 3rd parties as necessary.

   e. Roles and responsibilities, task dependencies, and their sequence will be captured in the project plan and/or Jira roadmap.

2. **User Experience Design**

   a. RunDTC will leverage Client provided designs and either modify to match Shopify functionality or customize Shopify to match designs. This will be reviewed and coordinated in Discovery.

3. **Development Environment Set-up**

   a. The Client Shopify instance and code repository will be utilized.

   b. RunDTC and Client will coordinate with 3rd Parties to establish proper pre-production environment and/or configurations.

4. **Implementation and Configuration**

   a. Create up to ten (10) new Shopify sites.

      i. Execute configuration and customizations as needed.

      ii. Implement and modify 3P integrations as defined in the requirements documentation.

5. **Assist Client with the migration and population of data:**

   a. Assist Client with loading applicable data including, but not limited to, product data and static page content. It is assumed that Client will have the applicable data in a Shopify ready integration format. Loading of all content and data will be the responsibility of Client, and RunDTC will assist.

   b. Configure Shopify site(s) to support merchandising requirements.

6. **Quality Assurance**

   a. Create a Shopify test plan that defines: test scope, number of test cycles, cycle objectives and duration, and exit criteria; all in coordination with other 3rd party systems.

   b. Complete a regression cycle for the purpose of existing system testing, and entry into UAT testing.

7. **User Acceptance Testing**



_BN_ RunDTC _al_ _____Client

3

DocuSign Envelope ID: D520BDE3-029D-4339-8FE2-A0AEF9BF1E1D



a. One (1) or more resources from the Client team will execute against a User Acceptance Test plan to ensure that originally documented requirements have been met and the site is ready to launch into production.

b. Any defects that are identified but not critical to the launch of the platform will be documented and pushed to a post-launch support phase.

**8. Site Launch**

a. Final Business User Training. Training will be conducted throughout and this will be the final, pre-launch training.

b. Go-live switchover planning and actual DNS switch-over will be the responsibility of Client. RunDTC will support as necessary.

**9. Post-Launch**

**a.** A 2 week hypercare period will be included as part of this SOW. This will address any defects or issues that arise out of the original implementation scope. Any bugs or defects that were not deemed critical for launch will be pushed into hypercare. The RunDTC team will be available for this two week period to ensure the site launch is supported.

b. Any necessary support post-launch will be completed under a separate support agreement. This will include any requested enhancements not part of the original scope of work, or any other support requests. This agreement will be created, reviewed, and executed prior to launch of the new platform.

# Description of Work

The following outline the Phases, Scope, Activities, and Project Deliverables.

# Discovery Phase

At the start of the project, RunDTC will lead a Discovery Phase to confirm and document requirements, establish an estimated timeline, and provide any necessary updates to this SOW.

RunDTC will leverage RunDTC's Atlassian environment (Jira and Confluence) to set up the necessary project requirements documentation and task management portal.

This Discovery Phase will **last approximately 4 - 6 weeks** and will involve several team members from both RunDTC and Client to fully document and review all necessary functionality and integrations. Client stakeholders with an interest in Order Management, Customer Service, Fulfillment, and other areas of Client operations will participate in the Discovery sessions.

At the conclusion of the Discovery process, RunDTC & Client will deliver the following.

| Data Definition and Environment Setup | |
|---|---|
| **Deliverable** | **Description** |
| Business Requirements Document (BRD) | RunDTC will develop a detailed listing of functional and technical requirements for the OMS implementation. The document will include 3P integrations and potential functional deviations from OMS native functionality. |


RunDTC          Client                                                    4

FILED DATE: 11/21/2025 12:44 PM     2025L014463

DocuSign Envelope ID: D520BDE3-029D-4239-8FF2-A0AEF9BE1E1D



| Project Timeline and Milestones | RunDTC will develop a project timeline and milestones based on the agreed-upon requirements and the subsequent estimates. |
|---|---|
| Shopify Development Store setup, and other development tools, software, or services | RunDTC will set up a Shopify Development store within Client's account. If available, the Client code repository will be used. If not available, RunDTC will work with Client to set one up.Any associated fees will be the responsibility of the Client. |

## Design Phase

The Shopify Dawn Theme will be leveraged as the User Experience & Functional starting point.

Client will provide any necessary website and landing page designs to inform the applicable styling and theme modifications. Client will provide detailed guidance as applicable.

RunDTC will either modify any provided designs to match Shopify base functionality or customize Shopify to match designs. This will be reviewed during Discovery or the design process with Client, along with the impact to overall effort for any unplanned customizations, and a mutual decision will be made on how to best proceed.

## Build Phase

Upon completion of the Discovery and Design phases, RunDTC will implement the sites and 3Ps per the defined requirements. Back-end integrations can begin prior to completion of the Design phase, and any front-end development or storefront customizations will begin upon completion of any applicable designs. As part of the build phase, the following will be delivered.

| Implementation Scope | |
|---|---|
| **Deliverable** | **Activities** |
| Storefront experience | The storefront will utilize the Dawn Theme shopping experience with page template and functional modifications as necessary, per the designs, and requirements, provided by Client. |
| Third-Party (3P) Integrations environment | RunDTC will work with Client to coordinate all 3rd party environments that directly integrate with the Shopify Plus platform. Client will be responsible for all business, legal, financial and coordination with 3rd party providers to ensure timely availability of each environment, complete with sample test data. RunDTC will work with Client to integrate all 3rd party systems and services to and from the Shopify Plus environment. |

FILED DATE: 11/21/2025 12:44 PM   2025L014463



RunDTC _____ Client

DocuSign Envelope ID: D520BDE3-029D-4239-8FF2-A0AEF9BF1E1D



FILED DATE: 11/21/2025 12:44 PM    2025L014463

| Quality Assurance | |
|---|---|
| **Deliverable** | **Activities** |
| Test Plan / Test Site / Test Scripts | <u>System testing</u> – RunDTC development and quality assurance team members will test to discover, log and address defects. This effort will be carried out over several structured test cycles with defined test and fix cycles. Defect triage calls will provide the forum for discussion and fix priority assignment. This process continues until launch impacting defects are addressed.<br><br><u>UI / browser testing</u>:<br><br>All site functionality and visual design will be tested on the major browser rendering engines (blink--Chrome and Edge; gecko--Firefox; webkit--Safari) on both desktop and mobile platforms, and across all major display breakpoints as defined in the finalized site designs. Testing will be conducted using the current public release version of the software at the time of testing. When there is a recent or upcoming major change in relevant software, we may also include testing with Long Term Support or early access versions as appropriate.<br><br><u>User acceptance testing</u> – Client will test/evaluate the platform to deem the site is built to documented and approved specifications. This effort focuses on determining that the site is built to specification.<br><br>In the event that Client's end-to-end platforms are not ready, it is expected that Client will validate the results based on agreed upon specification and not impact the UAT test schedule. Defects discovered during this period will be addressed based on business priority and level of effort.<br><br><u>Test Environment Schedule</u> – During the UAT period, development and production environment availability to different teams will follow a predetermined schedule to accommodate trouble-shooting, fix, and re-validation cycles. Client and RunDTC project managers will jointly work to establish this schedule.<br><br><u>Regression Test</u> – A final regression test cycle run by Client will be executed with the objective to exit UAT.<br><br><u>Defect Classification and Prioritization</u> – All Defects having a severity of Critical or High will be resolved before launch, unless otherwise mutually agreed upon by Client and RunDTC. Defects in a Medium or Low severity will not be considered as launch critical.<br><br>A definition of severity classifications follows:<br>1. Critical – Site completely down or consumers cannot perform major functions crucial to checkout such as searching for products or submitting orders.<br>2. High – Serious impediment to storefront such as the inability to view products. Extreme functional errors causing forms to be unusable.<br>3. Medium – Standard layout and interaction issues.<br>4. Low – Minor functional tweaks. Spelling issues throughout the site. |

 RunDTC  Client

DocuSign Envelope ID: D520BDF3-029D-4239-8F52-A0AEF9B51E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463



| Site Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Enabled Shopify Plus sites | ● RunDTC will enable the new Shopify site(s). <br> ● RunDTC will initiate Shopify production environment monitoring. <br><br> RunDTC will be responsible for the final replication of code and data to the production instance, and configuring applicable settings (such as production Payment Gateway settings). <br><br> Client and RunDTC will collaborate on a go-live date with consideration for the various development priorities, ongoing business processes, financial reporting periods, supply chain cycles, and product promotional or other non-technical factors. <br><br> Client will be responsible for any necessary DNS changes, and activation and configuration of any back-end systems. A site review of the production environment will confirm successful launch and completion of the Project. |

| Post Launch | |
|---|---|
| **Deliverable** | **Activities** |
| Hypercare | A 2 week hypercare period is included as part of this SOW.  Select project team members will remain engaged for a period of 2 weeks following site launch to fix defects (as defined from the QA/UAT Plans) that were designated non-blocking for launch. During the 2 weeks, the Developer(s) and Project Manager will triage post go-live defects; this does not include enhancements or additional feature requests. This time may also be used by RunDTC to complete and update site documentation as listed in this document. |
| Post-Launch Phase | Any necessary support post-launch & hypercare will be completed under a separate support agreement. This agreement will be created, reviewed, and executed prior to launch of the new platform. |

## Integration and Customization Details

| Solution Build | |
|---|---|
| **Deliverable** | **Activities** |
| Storefront Build | Site configuration |



DocuSign Envelope ID: D520BDE3-029D-4239-8FE2-A0AEF9BE1E1D



| | Theme creation / customization for 1 complete site and 5 landing pages |
| --- | --- |
| | Shop Pay to accept credit card payments |
| Google Analytics + Google Tag Manager | Use of dataLayer to power page level tagging |
| | Configure as necessary |
| | Site-specific event-based tagging to track unique events as needed |
| Shipping Rates | Use of native features |
| | Configure as necessary |
| Address Verification / Correction | Use of native features |
| | Configure as necessary |
| Brandfolder (DAM) *additional fees from provider will apply | Image reference integration as appropriate in liquid templates |
| | Configure as necessary |
| Shogun (CMS) *additional fees from provider will apply | Shopify integration using the Shogun app |
| | Create page templates and components |
| Feedonomics *additional fees from provider will apply | Shopify integration using the Feedonomics app |
| | Field mapping for various channels |
| Avalara (Tax) *additional fees from provider will apply | Shopify integration using the Avalara app |
| | Configure as necessary |
| Payment partners | Digital Wallets & Alternate Payment methods: ApplePay, GPay. PayPal, AfterPay, Klarna, etc. |
| Recharge (Subscription) *additional fees from provider will apply | Shopify integration using the Recharge app |
| | Configure as necessary |



RunDTC          Client

8

DocuSign Envelope ID: D520BDF3-029D-4339-8FF2-A0AEF9BF1E1D

FILED DATE: 11/21/2025 12:44 PM   2025L014463



| | |
|---|---|
| ESP + SMS (Klaviyo) *additional fees from provider will apply | Shopify integration |
| | SMS configuration |
| | Segment / list configuration |
| | IP warming |
| | Order confirmation trigger, journey and email |
| | Order cancellation trigger, journey and email |
| | Shipment notification trigger, journey and email |
| | Subscription notifications |
| | Account creation trigger, journey and email |
| | Password reset trigger, journey and email |

# Additional Client Responsibilities

Product Data Migration

- Updating and actively managing the master product list, SKUs, bundles, etc in PCL, Salsify and Shopify.
- Client will update all catalog, attribute and product data. This may include providing CSV files of data for Shopify import if needed.
- Client will provide technical and business resources to help rapidly review all catalog, pricing, and applicable attributes.

Merchandising

- Client will be responsible for all merchandising activities:
    - Creating the primary product taxonomy / assortment.

Promotions

- Client will be responsible for creating and configuring Shopify promotions and campaigns.

Collaboration

- Timely review and feedback on all project deliverables, milestones, questions, and issues that arise during the project.



RunDTC                Client                                    9

DocuSign Envelope ID: D520BDE3-029D-4239-8FE2-A0AEF9BE1E1D



FILED DATE: 11/21/2025 12:44 PM    2025L014463

Systems Integration

- Securing 3P services and agreements to support development, test and production environments. Client will also secure 3P technical support for the duration of the project.
- Maintaining a master schedule of all 3P major milestones, contact information, and testing plans.
- Planning and actual switch-over of production DNS to enable live traffic through to the Shopify sites.

Validation

- Providing to RunDTC and other 3P groups UAT test cases no less than 2 weeks prior to UAT start for review and refinement.
- Providing Coordinated UAT efforts (for non-trivial integrations such as Salsify and OMS) to quickly reconcile discrepancies and marshal responses with challenges should they arise.
- Providing final Go/No-Go decision.

# Resources - Activities and Responsibilities

RunDTC will provide the following services at different points throughout the course of this SOW. A single resource may serve in multiple roles:

- Project Management: The RunDTC Project Manager is responsible for managing the scope of work defined in this agreement. The Project Manager will communicate regularly with the Client team to ensure expectations are being met and that all applicable resources are informed of the current project status including budget, deliverables and risks. The Project Manager will schedule a weekly status call and will generate a project timeline that will be distributed to the team in order to direct and manage the work effort.

- Business Analyst: The RunDTC Business Analyst is responsible for facilitating discussion about, and documenting, functional and business requirements.  Following a defined methodology for capturing requirements and identifying priorities, the Business Analyst ensures that requirements are easily referenceable by the Client and the RunDTC project team.

- Technical Architect: The RunDTC Technical Architect oversees technical solution design, including any customizations and integrations; ensures best practices for the applicable development; reviews and approves code; leads development scrums.

- Solution Architect: The RunDTC Solution Architect is responsible for the overall technical implementation and ensures that the project is being implemented in accordance with the agreed-upon requirements and best practices. The Solution Architect will also help coordinate the delivery of technical tasks and the testing effort.

- Engineering: RunDTC engineering resources are responsible for implementing the solution as defined by the Solution Architect & Business Analyst, including the functional requirements and technical architecture.

- Quality Assurance:  RunDTC Quality Assurance Engineers will be provided as part of this project. A test plan will be created to define the scope of our testing and all necessary test cases. Test



RunDTC          Client                                                    10



FILED DATE: 11/21/2025 12:44 PM   2025L014463

cycles will be executed until all go-live blocking defects have been resolved.

- <u>Project Collaboration:</u> RunDTC will use a project portal in RunDTC's Atlassian environment (Confluence / JIRA) for project collaboration and task management. This will be the central repository for project documentation, task assignment and other project artifacts throughout the project. RunDTC and Client Project team members will have access to Confluence and JIRA.

Client will provide the following the following resources:

- <u>A Project Manager</u>: who is responsible for managing internal resources, coordinating Client contracted 3rd party systems or services, obtaining any deliverable sign offs, and leading the User Acceptance Testing (UAT) phase (after the RunDTC team has completed its test cycle as described above).

- <u>Business Subject Matter Experts (SME's)</u>: that will be available during Discovery and then on an as-needed basis to answer any questions from the project team that may come up during the course of the project.

- <u>Technical Lead</u>: the Technical Lead will be responsible for working closely with the RunDTC Solution Architect and Project Manager on coordinating various technical aspects of the project.

- <u>User Acceptance Testing</u>: a team made up of your business and technical users will need to perform a User Acceptance Test following test cases developed by your team. They will be required to document any defect in the JIRA system and approval by the UAT team is necessary to launch OMS into production.

- Attending kickoff workshops. Participants will include a project manager, business sponsor, technical resources, subject matter representatives, and operations representatives.



RunDTC _____ Client

DocuSign Envelope ID: D520BDF3-029D-4239-8FF2-A0AEF9B51E1D



FILED DATE: 11/21/2025 12:44 PM    2025L014463

## Estimated Timeline

The scope of work contained within this SOW is estimated at an overall **14 - 18 calendar weeks,** depending on the ultimate scope of work to be completed.  This timeline may be more or less, and the project team will work with Client to ensure that resources are available to support the final timeline

The engagement will begin with a **4 - 6 week Discovery period**. This will be to confirm scope and align on requirements for implementation.

During Discovery, RunDTC will work with Client Stakeholders to finalize this timeline and make any necessary adjustments.  A detailed project plan will be provided, with detailed task assignments and milestone dates in connection with the planned implementation.  The project plan will represent a parallel effort to Client's other applicable workstreams. The estimated duration represents the time from the kick off date of the project. If necessary, RunDTC will provide Client with a detailed Change Request to modify the scope of the project, as determined over the course of Discovery.

## Fees

The scope of work within this SOW will be completed on a fixed-fee basis for $372,000 plus $61,880, which is the portion of the fees attributed to Program Management and additional resources to support the expedited timeline.

This SOW will be billed according to the following milestones:

| Milestone | Fee (USD) |
|---|---|
| 1.  Execution of this SOW | $86,776 |
| 2.  Six (6) weeks following the start of the engagement or completion of the Discovery Phase (i.e. all Deliverables under the Discovery Phase are delivered and accepted by Client), whichever comes first | $86,776 |
| 3.  Four (4) weeks after the end of Discovery Phase, or completion of integration / configuration of the following solutions: Brandfolder, Shogun, Avalara; whichever comes first | $86,776 |
| 4.  Eight (8) weeks after the end of Discovery Phase, or the beginning of UAT for the Sites (if the UAT for all the Sites does not begin on the same day, the beginning of UAT for the first site), whichever comes first. | $86,776 |
| 5.  Twelve (12) weeks after the end of Discovery Phase, or (ii) the first site is live, whichever comes first. | $86,776 |
| **Total** | **$433,880** |



RunDTC _____  Client _____

DocuSign Envelope ID: D520BDF3-029D-4239-8FF2-A0AEF9B51E1D



FILED DATE: 11/21/2025 12:44 PM    2025L014463

## Invoicing

- All installments of the Fixed Fees will be invoiced according to the schedule listed in the fees table above.

- Invoices for the Fixed Fees will be due per terms of the PSA.

- Any necessary travel, pre-approved in accordance with the PSA, will be billed as separate invoices.

- All payments will be made via ACH or wire transfer. RunDTC banking details will be provided on each invoice.

# Agreement Execution

## Assumptions, Terms, & Conditions

Below are the assumptions under this Statement of Work ("SOW"). If any of the assumptions are missed or are proven to be inaccurate, RunDTC reserves the right to present Client with an amendment to this SOW through a Change Request, reflecting the impact on schedules, costs and/or deliverables. RunDTC will present Client with the risks associated with the delay and demonstrate the anticipated cost, timeline and/or deliverable impact that a missed assumption directly causes. RunDTC and Client will work together to determine the best course of action. No action will be taken until a decision is reached.

## Fees & Services

- <u>PSA.</u> This SOW is hereby incorporated into and made part of the PSA and is subject to all of the terms and conditions set forth in the PSA; provided, however, that in the event of any conflict between the terms and conditions set forth in this SOW and the terms and conditions of the PSA, the terms and conditions set forth in the PSA shall control.

- <u>Fixed Fee.</u> All work will be performed on a fixed fee basis for fixed scope. The fees provided in this Statement of Work are based on the information available to RunDTC at the time of this Statement of Work. If there are any variations to the scope contained within this SOW, or there proves to be any unforeseen complexities in the development effort, through no fault of RunDTC, costs may vary and could be greater than the fees provided within this SOW. RunDTC will review with Client any variances in scope that could impact budget, and will determine how to best proceed, including the potential for a Change Request to add budget to the project.

- <u>Services Only Engagement.</u> This SOW is for services only. No hardware, software, or hosting fees are included.

- <u>Support.</u> This SOW does not include ongoing support and maintenance post launch, other than any hypercare specified within this SOW. A separate support SOW will be provided.

- <u>Project Timeline.</u> All fees in this SOW assume a continuous project implementation without any stoppage in effort. If there is a stoppage in effort or delays, as directed by or caused by Client, additional fees may be incurred.

- <u>Project Delays.</u> RunDTC will not be responsible for any delays that result from any delays in receiving work products of third parties, feedback from Client on Deliverables, or Client requirements and/or approval on scope necessary for launch. RunDTC will further not be responsible for delays resulting in access controls, third party services and systems to be provided by Client, or other areas that are outside the reasonable control of RunDTC. RunDTC has estimated and budgeted the effort in this SOW with the assumption that all access and data is available to have a continuous project without stoppage in effort. If the RunDTC team is



_BN_ RunDTC        _al_ Client

13

DocuSign Envelope ID: D520BDE3-029D-4239-8F52-A0AFF9BF1E1D



FILED DATE: 11/21/2025 12:44 PM    2025L014463

delayed and waiting for access to a system, Client approvals, data, or anything else necessary to advance the Project, there will be additional fees to keep the team engaged during the periods of delays.  These fees will be determined based on the total impact to timeline and necessary resources to remain engaged to support the Client project.

- Additional Time.  Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request.  The RunDTC Project Manager or Account Manager will advise Client immediately of any such potential impacts to timeline and/or budget.

- Third Party Costs. Unless otherwise noted in this SOW, Client is responsible for securing 3rd party products required to implement this project, including but not limited to: 3rd party software licenses, middleware, and all software licenses/subscriptions for the project implementation.

- Change Requests. A Change Request will be issued any time an SOW changes after execution. A Change Request will also be issued after a change is requested to modify a previously-approved deliverable OR to include an item in scope which was previously determined to be out of scope. Any scope contained in a Change Request that has been previously scoped in an SOW or preceding Change Request is considered to be a replacement of that scope. RunDTC will not begin any work on a Change Request until it is approved by the client.

**Execution of Work**

- Availability. Other than as mutually agreed upon by the parties, work generally will be completed by RunDTC offsite and will rely extensively on telephone, email and screen sharing interaction meetings.

- Review and Sign-Off Process. A round of review is defined as work being presented or delivered to approved Client personnel. Presentations can be either in person or by conference call with screen sharing, as agreed upon by the parties. The Client team will review the work and provide timely feedback either in the presentation meeting or within two business days (48 hours) of that meeting, which will be addressed by RunDTC in the subsequent round, until the presented Deliverable is acceptable and approved by Client per the terms of the associated PSA.

- Test System Access. Client will provide test environments for all applicable systems and 3rd party vendor integrations identified within this SOW in order to facilitate pre-production system testing. Failure to provide the necessary access compromises RunDTC's ability to deliver a properly functioning solution and may require a Change Request for additional risk mitigation effort.  Client will manage all third-party integrations and infrastructure requirements for the successful testing and completion of the project.

- Client Resource Availability. Estimates assume availability of resources from Client to coordinate with the various entities and provide support as required. Estimates assume participation by the business partners in order to ensure overall satisfaction with the quality of the deliverable.

- Third Party Code Issues.  Unless otherwise stated in this proposal, time, materials and expenses expended by RunDTC to research and resolve issues with any codebase supplied by a third party are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- Client Code Issues.  Unless otherwise stated, time, materials and expenses expended by RunDTC to research and resolve issues with any Client-supplied codebase are outside of the scope of this proposal and will be billed at the rates defined within this SOW.

- Data Services. Unless specified herein, this SOW does not include services for data cleansing or resolving data integrity issues in any systems or applications. Integration with a system shall not include data cleansing or resolution of data integrity issues.

- Launch Date. Any references to a Launch Date in this SOW are defined as the date that the application is made available to the public such that an order can be taken.



RunDTC          Client          14

DocuSign Envelope ID: D520BDF3-029D-4239-8FF2-A0AEF9B51E1D

FILED DATE: 11/21/2025 12:44 PM    2025L014463



- <u>Launch Support / Hypercare</u>.  Hypercare to support any critical defects from the original scope and the production instance of Service Cloud post launch, will be limited to 2 calendar weeks following the date of launch.  Any new features or defects that are not part of the original scope OR any bugs or defects part of the original scope that are not complete prior to the expiration of this hypercare period will require a new support agreement to be in effect to continue addressing any ongoing support or enhancement items.

- <u>Third Party Software</u>.  Client and RunDTC together assume that any software chosen to be implemented and/or configured is 'bug-free', and functions as expected.  If bugs or software issues arise (including when upgrades or patch fixes, or service packs, or further add-ons for improvements, which cause functional elements to cease working unexpectedly), RunDTC is not responsible for amending the solution to accommodate, nor to do bug fixes on those software solutions outside RunDTC's control. This includes those software solutions' core code, upgrades, service packs, or any of their web services, connectors, or any other pieces that would not be contrived at project start date.

- <u>User Acceptance Testing</u>. The User Acceptance Testing period as listed in this SOW has been provided at 2 calendar weeks of time for the Client to identify any critical defects preventing launch, and within this time, the RunDTC team will correct any such defects.  The budget within this SOW has been allocated accordingly.  If Client requests more than 2 weeks for UAT, this will incur a Change Order

- <u>General Consulting</u>.  Any time that is spent consulting, advising, or otherwise working on topics outside of scope explicitly defined within this SOW may delay the overall implementation timeline, cause additional effort, and may generate a Change Request.  The RunDTC Project or Account Manager will advise of any such potential impacts to timeline & budget.

- <u>Content Migration</u>.  Unless specified within this SOW, Creation, migration, and loading platform content is the sole responsibility of the Client.  Platform content is defined as, but not limited to, product content (including images) and general content pages.  This SOW does not include any content development. RunDTC will not be responsible for creating, editing or translating any copy for the project, creating any promotional design elements or providing any product imagery, creation or migration of data.  If Client requests, RunDTC can provide these services via a separate SOW.

- <u>Current Functionality</u>.  Unless specified within this SOW, features and functionality of the Client's current dashboard or service platform, if one exists, are not assumed to be included in the scope of this project.  Scope of the project is assumed to be current platform functionality of the current platform version and any specified customizations defined within this SOW.

- <u>Data Privacy</u>. RunDTC and Client acknowledge the industry standards and practices related to data security are evolving, and although RunDTC codes according to best-practice security standards, RunDTC is not responsible for certification and compliance with CCPA, GDPR, or other similarly situated regional or global privacy regulations, both at the Service Cloud level and enterprise-wide at Client  RunDTC can recommend data privacy consultants who specialize in these areas and can work with any of Client's chosen experts to achieve Client's compliance with any data privacy laws under a time and materials engagement under a separate Change Request.

IN WITNESS WHEREOF, the parties have caused this Statement of Work to be executed and delivered this agreement of the dates specified below and represent that the persons whose signatures appear below are duly authorized to execute this Agreement.



RunDTC          Client                                    15

FILED DATE: 11/21/2025 12:44 PM   2025L014463



**Approved and Accepted By:**

| **RunDTC, LLC** | **ProCaps Laboratories, Inc.** |
|---|---|

Ben Noonan

Name

CEO

Title

Signature

05 / 06 / 2024

Date

Andrew Lessman

Name

CEO

Title

Andrew Lessman

Signature

5/13/2024

Date

𝓑𝓝  RunDTC         𝖆𝖑  Client                                                        16

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, N    AFFIDAVIT OF SERVICE

P25580450

FILED
12/2/2025 1:42 PM
Mariyana T
Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014463
Calendar, N
35587084

FILED DATE: 12/2/2025 1:42 PM   2025L014463

LAW OFFICES OF RICHARD E NAWRACAJ PC
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVISION

Index No. 2025L014463
Date Filed
File No.
Court Date

RUNDTC LLC

     PLAINTIFF

- vs -

PROCAPS LABORATORIES, INC.

     DEFENDANT

AFFIDAVIT OF SERVICE

STATE OF __Nevada__ , COUNTY OF __Clark__ :ss:

__Nevada__ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __Nevada__.

On __11/25/25__ at __4:14 pm__,

at __c/o Registered Agent Andrew Lessman 430 PARKSON RD HENDERSON, NV 89011__,

deponent served the within **CIVIL COVER SHEET, SUMMONS AND VERIFIED COMPLAINT** on: **PROCAPS LABORATORIES, INC.**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

_X_ #2 CORPORATION   By delivering a true copy of each personally to
Sandi Hiyane ,
Deponent knew the person to be serve to be the (title)
**Execute Assistant for Andrew Lessman**
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT.**

____ #3 SUITABLE   By delivering a true copy of each to _____ a
AGE PERSON   person
of suitable age and discretion.
Said premises is **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING   By affixing a true copy of each to the door of said premises, which is
TO DOOR   **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by _____

____ #5 MAIL COPY   On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_X_ #6 DESCRIPTION   Deponent describes the person served as aforesaid to the best of
(USE WITH #1, 2 OR 3)   deponent's ability at the time and circumstances of the service as follows.
Sex: **Female**    Color: **Asian**    Hair: **Black**
Age: **46-50**    Height: **5'1-5'6**    Weight: **121-140**
OTHER IDENTIFYING FEATURES: _____

____ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

____ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #9 OTHER

Sworn to before me this
__20__ day of __NV 2025__

NOTARY NAME & DATE

JOHNNO W LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2028

We Serve Law
235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL236-25580450

Date: 12/17/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

Procaps Laboratories, Inc.
430 Parkson Road
Henderson
NV - 89011
     NOTICE OF ZOOM CASE MANAGEMENT
      CASE: 2025L014463
RunDTC LLC-vs-Procaps Laboratories, Inc.
This cause is scheduled for initial case management via Zoom
before Judge, Hanlon, James E, Jr.
 On Tuesday January 20 2026 at 09:15 AM
      ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 972 4167 2936   PASSWORD: 909053

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For questions email: Law.Calncc@cookcountyil.gov
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

Date: 12/17/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
CHICAGO IL-60602

RunDTC LLC
32565B Golden Lantern #480
Dana Point
CA - 92629

NawracajRichard Edward
rich.nawracaj@nawracaj-law.com

NOTICE OF ZOOM CASE MANAGEMENT
CASE: 2025L014463

RunDTC LLC-vs-Procaps Laboratories, Inc.

This cause is scheduled for initial case management via Zoom
before Judge,  Hanlon, James E, Jr.  On Tuesday  January  20  2026 at 09:15 AM

** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 972 4167 2936   PASSWORD: 909053
To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For questions email: Law.Calncc@cookcountyil.gov
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

Date: 12/17/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
CHICAGO IL-60602

RunDTC LLC
32565B Golden Lantern #480
Dana Point
CA - 92629

NawracajRichard Edward
rich.nawracaj@nawracaj-law.com

NOTICE OF ZOOM CASE MANAGEMENT
CASE: 2025L014463

RunDTC LLC-vs-Procaps Laboratories, Inc.

This cause is scheduled for initial case management via Zoom
before Judge,  Hanlon, James E, Jr.  On Tuesday  January  20  2026 at 09:15 AM

** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 972 4167 2936   PASSWORD: 909053
To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For questions email: Law.Calncc@cookcountyil.gov
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.